# EXHIBIT A

E-FILED IN OFFICE - JT
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
22-A-08591-7
10/4/2022 11:04 AM
TIANA P. GARNER, CLERK

## General Civil and Domestic Relations Case Filing Information Form

☑ **Superior** or ☐ **State Court of** GWINNETT **County**

| For Clerk Use Only | |
|---|---|
| Date Filed _____ | Case Number _____ |
| MM-DD-YYYY | 22-A-08591-7 |

**Plaintiff(s)**

The Crossing at Three Bridges Condominium Association, Inc. d/b/a The Crossing at Three Bridges Condominium Association

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**

Owners Insurance Company

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** Michael D. Turner        **Bar Number** 216414        **Self-Represented** ☐

### Check One Case Type in One Box

**General Civil Cases**

- ☐ Automobile Tort
- ☒ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**

- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____        _____
   **Case Number**                    **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
                                                                        **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.
_____
_____

# This Page Intentionally Left Blank to Separate Documents

E-FILED IN OFFICE - JT
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**22-A-08591-7**
**10/4/2022 11:04 AM**
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **THE CROSSING AT THREE BRIDGES CONDOMINIUM ASSOCIATION, INC. D/B/A THE CROSSING AT THREE BRIDGES CONDOMINIUM ASSOCIATION,** ) ) ) ) ) ) | |
| **Plaintiff,** ) ) | |
| **v.** ) ) | **CIVIL ACTION FILE NO.:** |
| **OWNERS INSURANCE COMPANY,** ) a foreign corporation, ) ) | 22-A-08591-7 |
| **Defendant.** ) | |

## COMPLAINT

COMES NOW Plaintiff **The Crossing at Three Bridges Condominium Association, Inc. d/b/a The Crossing at Three Bridges Condominium Association,** by and through the undersigned counsel, and files this Complaint for breach of first party property insurance contract and bad faith denial of insurance coverage against Defendant, **Owners Insurance Company**, and in support hereof, states as follows:

## PARTIES

1.

Plaintiff is a Georgia corporation which is the named insured on the Policy at issue, with its principal place of business in Georgia.

2.

Upon information and belief, Defendant is a foreign insurance company, registered to transact business in, and in fact transacts business in, the State of Georgia. Defendant is in the business of insuring risks and properties located throughout the United States, including Georgia.

Defendant maintains an office at 289 S. Culver St., Lawrenceville, GA 30046, where it may be

served with process through its registered agent, C T Corporation System, as identified by the state

of Georgia Secretary of State registry.

## JURISDICTION AND VENUE

1.

This Court has subject matter jurisdiction over this action for breach of contract and bad

faith denial of an insurance claim because the breached contract was entered into, and concerned

property in, the state of Georgia and the amount in controversy exceeds $15,000.00. This Court

has personal jurisdiction over Defendant because Defendant is transacting business and insuring

properties in the state of Georgia and has appointed a registered agent for service of process in

Georgia pursuant to O.C.G.A. § 33-4-1 and O.C.G.A. § 33-4-4.

2.

Venue is proper in this Court because Defendant has a registered agent doing business in

Gwinnett County pursuant to O.C.G.A. § 33-4-1, O.C.G.A. § 33-4-4.

3.

In addition, by virtue of the express terms of the insurance policy at issue, Defendant has

consented to jurisdiction and venue of this Court.

## THE POLICY

4.

Prior to August 11, 2021, and in consideration of the premiums paid to Defendant by the

Plaintiff, Defendant issued a policy with Policy No. 48-008572-03 (the "Policy"). A true and

accurate copy of the Policy is attached hereto as Exhibit "A."

5.

The Policy provides numerous coverages for the real and personal property located at 4411 Suwanee Dam Rd., Suwanee, GA 30024 (the "Insured Property," "Property," or the "home"). The Policy likewise insures against loss due to Wind/Hail, subject to a deductible of $5,000.00 per occurrence. (*See* Ex. A).

6.

The Policy is an all-perils policy providing coverage for sudden and accidental direct physical loss to the dwelling, other structures, and personal property. The Policy covers property repairs and personal property on a full replacement cost basis. (*See* Ex. A).

7.

The Policy covers various types of expenses, including reasonable and necessary costs incurred for temporary repairs to protect covered property from further imminent covered loss and additional living expenses. (*See* Ex. A).

## SUDDEN AND ACCIDENTAL DAMAGE TO THE INSURED PROPERTY

8.

On or about August 11, 2021, the above-referenced property suffered damage from a sudden and accidental direct physical loss resulting from Wind/Hail (the "Loss"). The Policy was in effect at the time of the Loss.

9.

Plaintiff promptly and timely notified Defendant of the damage to the Property resulting from the Loss and made a claim pursuant to the Policy. As a result, Defendant assigned an adjuster ("Adjuster") to investigate Plaintiff's claim for sudden and accidental direct physical loss. The Adjuster was authorized as Defendant's representative and agent for purposes of the claim.

3

10.

At all times, Plaintiff made themselves and the Property available to, and fully cooperated with, the Defendant and its representative and agent to inspect and investigate the damages caused by the loss.

11.

Defendant, through its authorized representative and agent, Adjuster, performed a site inspection of the Property.

12.

Defendant's authorized representative and agent, Adjuster, incurred the duty of acting with due diligence in achieving a proper disposition of the Plaintiff's claim when Adjuster undertook the handling of the claim.

13.

Defendant, through its authorized representative and agent, Adjuster, grossly underestimated the scope of loss suffered by the Plaintiff as a result of the Wind/Hail event. Defendant failed to properly indemnify the Plaintiff and estimated Plaintiff's total loss to be $4,306.94. Plaintiff's deductible is $5,000.00 per occurrence, and Defendant withheld $120.61 in recoverable depreciation; thus, after deductions for depreciation and Plaintiff's deductible, Defendant claims Plaintiff was due $0.00 as indemnification under the Policy. A true and accurate copy of the Defendant's estimate is attached hereto as Exhibit "B."

14.

As a result of Defendant's gross underestimation, Plaintiff requested multiple times that Defendant reconsider its position regarding Defendant's estimate. Defendant refused to comply with the Plaintiff's requests and continued to frivolously and baselessly deny any additional

4

payment on Plaintiff's claim. Furthermore, the Defendant continued to ignore the opinions of the Plaintiff's experts as to the extent of damage and the amount it will cost the Plaintiff to be properly indemnified for the Loss.

15.

Plaintiff made repeated requests for payment of the claim, including a written demand sent to Defendant on August 3, 2022. A true and accurate copy of the written demand is attached hereto as Exhibit "C." Despite this demand for $482,772.40 less previous payments and the applicable deductible, Defendant continued to frivolously deny Plaintiff's claim without just cause when, under one or more portions of the Policy, the obligation to settle the claim became reasonably clear.

16.

The Plaintiff's August 3, 2022, correspondence (Ex. C) to Defendant was a letter of representation from Plaintiff's counsel and a formal 60-Day demand, pursuant to the guidelines set forth in O.C.G.A. §33-4-6. After putting Defendant on notice of a potential lawsuit through the formal 60-Day demand, the Defendant continued to deny Plaintiff's claim without just cause.

17.

Defendant did not act fairly or honestly toward the Plaintiff, or with due regard to the Plaintiff's claim and interests, when Defendant, under all circumstances articulated herein, failed to indemnify the Plaintiff for their damages in direct breach of the terms and conditions of the Policy.

18.

Plaintiff has fulfilled all conditions precedent and contractual obligations under the Policy prior to this lawsuit, or the same were waived.

19.

There exists a genuine, justifiable controversy between the Plaintiff and the Defendant as to whether Defendant is responsible for further indemnification owed to the Plaintiff as a result of the Loss. Plaintiff has exhausted every reasonable means possible to resolve this dispute with the Defendant. With no other option, Plaintiff was constrained to hire legal counsel, incur additional expenses, and file this lawsuit.

20.

Plaintiff has suffered loss under the Policy in an amount to be determined at trial.

## COUNT I: BREACH OF CONTRACT

21.

Plaintiff hereby adopts, re-alleges, and incorporates their allegations set forth in Paragraphs 1-22 of this Complaint as if fully set forth herein.

22.

Plaintiff has performed all conditions precedent to the Defendant's obligation to perform under the Policy including, without limitation, the timely payment of premiums, timely notice of the claim, and post loss obligations, or the Defendant has waived any and all other conditions.

23.

Under the terms of the Policy, Defendant is required to fully indemnify the Plaintiff for the damages sustained from the Loss.

24.

Despite Plaintiff's timely written demand, Defendant failed to provide full indemnification to the Plaintiff under the terms of the Policy.

25.

Defendant failed to act in good faith and fair dealing under the terms of the Policy by refusing to properly investigate and fully indemnify the Plaintiff according to the terms of the Policy.

26.

As a result of the Defendant's denying and delaying payment in Plaintiff's claim, Plaintiff sustained additional covered losses from mitigation and temporary repairs of the direct physical damage to the Property in an amount to be determined at trial.

27.

The Plaintiff suffered damages as a direct result of Defendant's failure to indemnify the Plaintiff for their loss.

28.

All foregoing conduct constitutes a breach of contract that has resulted in damages to the Plaintiff.

29.

**WHEREFORE,** Plaintiff prays for this Court to enter an award in Plaintiff's favor of compensatory damages, attorneys' fees, pre- and post-judgment interest, and such other and further relief as the Court may deem just and proper.

### COUNT II: BAD FAITH PURSUANT TO O.C.G.A. § 33-4-6

30.

Plaintiff hereby adopts, re-alleges, and incorporates their allegations set forth in Paragraphs 1-31 of this Complaint as if fully set forth herein.

31.

By failing to achieve a proper disposition of Plaintiff's claim, Defendant acted frivolously, and without a reasonable basis or justification, in contravention of its duty of good faith and fair dealing.

32.

Defendant did not attempt in good faith to settle the Plaintiff's claim when it could have, and should have, done so under all attendant circumstances had it acted fairly and honestly toward the Plaintiff and with due regard for the Plaintiff's interests.

33.

Defendant's failures to adjust Plaintiff's claim in good faith include, but are not limited to:

(1) Knowingly misrepresenting to claimants, and insureds, relevant facts or policy provisions relating to coverages at issue (*see* O.C.G.A. § 33-6-34(1));

(2) Failing to acknowledge with reasonable promptness pertinent communications with respect to claims arising under its policies (*see* O.C.G.A. § 33-6-34(2));

(3) Failing to adopt and implement procedures for the prompt investigation and settlement of claims arising under its policies (*see* O.C.G.A. § 33-6-34(3));

(4) Not attempting in good faith to effectuate prompt, fair, and equitable settlement of claims submitted in which liability has become reasonable clear (*see* O.C.G.A. § 33-6-34(4));

(5) Compelling insureds or beneficiaries to institute suits to recover amounts due under its policies by offering substantially less than the amounts ultimately recovered in suits brought by them (*see* O.C.G.A. § 33-6-34(5));

(6) Refusing to pay claims without conducting a reasonable investigation (*see* O.C.G.A. § 33-6-34(6));

8

(7) When requested by the insured in writing, failing to affirm or deny coverage of claims within a reasonable time after having completed its investigation related to such claim or claims (*see* O.C.G.A. § 33-6-34(7)); and

(8) When requested by the insured in writing, failing in the case of payments or offers of compromise to provide promptly a reasonable and accurate explanation of the basis for such action (or, in the case of claims denials, providing said denial to the insured in writing) (*see* O.C.G.A. § 33-6-34(10)).

34.

The above and foregoing actions of Defendant constitute bad faith pursuant to O.C.G.A. § 33-4-6, as the Defendant refused to pay Plaintiff's covered loss within sixty (60) days after Plaintiff's timely written demand (Ex. C) for payment without a reasonable basis for doing so.

35.

Defendant frivolously, and without a reasonable basis, denied proper indemnification to the Plaintiff for their covered loss.

36.

Defendant's refusal to indemnify the Plaintiff was done frivolously, without a reasonable basis, and in bad faith.

37.

As a result of Defendant's above-referenced bad faith breach of the Policy issued to the Plaintiff, and pursuant to O.C.G.A. § 33-4-6(a), Defendant is liable for penalties in the amount of "not more than fifty percent (50%) of the liability of the insurer for the loss, or $5,000.00, whichever is greater, and all reasonable attorneys' fees for the prosecution of the action against the Insurer."

9

38.

**WHEREFORE,** Plaintiff prays for this Court to enter an award, in Plaintiff's favor, of the statutory award in an amount of fifty percent (50%) of the total compensatory damages awarded or $5,000.00, whichever is greater, along with a statutory allowance for reasonable attorneys' fees in prosecuting this action, pursuant to O.C.G.A. § 33-4-6, for Defendant's unfair claims settlement practices and bad faith refusal to pay Plaintiff's loss claim when it could and should have done so, had it acted fairly and reasonably toward the insured.

## DEMAND FOR JURY TRIAL

39.

Plaintiff requests a trial by Jury on all counts of the Complaint.

## PRAYER FOR RELIEF

40.

**WHEREFORE,** Plaintiff requests that after due proceedings are had, all appropriate penalties be assessed against the Defendant and that the Plaintiff receive any and all damages at law to which they are justly entitled, and thus prays for judgment against the Defendant, as follows:

a. That this Court grant judgment in favor of the Plaintiff and against Defendant in an amount to be determined at trial for breach of insurance contract.

b. Compensatory damages, including all damages to the Plaintiff by the Defendant and any resulting expenses.

c. Bad faith damages in an amount of fifty percent (50%) of the total compensatory damages awarded or $5,000.00, whichever is greater, for Defendant's bad faith delay, denial, and its

10

intentional, frivolous failure to conduct a reasonable investigation of the Plaintiff's claim without a reasonable basis;

d.  Plaintiff's attorneys' fees and costs of suit in this action;

e.  Plaintiff's consultant and expert fees;

f.  Pre- and post-judgment interest in the maximum amount allowed by law;

g.  All statutory penalties;

h.  Any and all applicable multipliers; and,

i.  Any and all other relief that the Court may deem just and proper, whether such relief sounds in law or equity.

Dated, this 4th day of October, 2022.

RESPECTFULLY SUBMITTED,

**The Huggins Law Firm, LLC**
110 Norcross Street
Roswell, GA 30075
(o) (770) 913-6229
(e) remington@lawhuggins.com
(e) mdturner@lawhuggins.com
(e) fpeebles@lawhuggins.com

J. Remington Huggins, Esq.
Georgia Bar No.: 348736
Michael D. Turner, Esq.
Georgia Bar No.: 216414
Foster L. Peebles, Esq.
Georgia Bar No.: 410852
*Attorneys for the Plaintiff*

11

# EXHIBIT A

59511 (10-19)

18-0335-00
THE INSURANCE STORE
1634 WHITE CIR STE 103
MARIETTA GA 30066



**LIFE · HOME · CAR · BUSINESS**

PO Box 30660 · Lansing, MI 48909-8160
517.323.1200

05-27-2021                                              OWNERS INSURANCE COMPANY

You can view your policy, pay your bill, or change your
paperless options at any time online at www.auto-owners.com.

**ADDITIONAL WAYS TO PAY YOUR BILL**

| Pay Online | Pay by Mail |
| www.auto-owners.com | AUTO-OWNERS INSURANCE |
| Pay My Bill | PO BOX 740312 |
| | CINCINNATI, OH 45274-0312 |
| Pay by Phone | |
| 1-800-288-8740 | |

THE CROSSING AT THREE BRIDGES
CONDOMINIUM ASSOCIATION
C/O HOMESIDE PROPERTIES
2555 WESTSIDE PKWY STE 600
ALPHARETTA GA 30004-4191

Your agency's phone number is (770) 422-4511.

RE: Policy 48-008-572-03          Billing Account 016690999

Thank you for selecting Auto-Owners Insurance Group to serve your insurance needs! Feel free to contact your independent Auto-Owners agent with questions you may have.

Auto-Owners and its affiliate companies offer a full complement of policies, each of which has its own eligibility requirements, coverages and rates. In addition, Auto-Owners also offers many billing options. Please take this opportunity to review your insurance needs with your Auto-Owners agent, and discuss which company, program, and billing option may be most appropriate for you.

Auto-Owners Insurance Company was formed in 1916. Our A++ (Superior) rating by A.M. Best Company signifies that we have the financial strength to provide the insurance protection you need. The Auto-Owners Insurance Group is comprised of six property and casualty companies and a life insurance company.

*Serving Our Policyholders and Agents Since 1916*

59325 (12-19)

# NOTICE OF PRIVACY PRACTICES

## What We Do To Protect Your Privacy

At Auto-Owners Insurance Group*, we value your business and we want to retain your trust.  In the course of providing products and services, we may obtain nonpublic personal information about you.  We assure you that such information is used only for the purpose of providing our products and services to you.

## Protecting Confidentiality

Our agents and Company associates may have access to nonpublic personal information only for the purpose of providing our products or services to you.  We maintain physical, electronic and procedural safeguards against unauthorized use of your nonpublic personal information.

## Information We Obtain

To assist in underwriting and servicing your policy, we may obtain nonpublic personal information about you.  For example, we routinely obtain information through applications, forms related to our products or services, from visiting www.auto-owners.com, and your transactions with us.  We may obtain such information from our affiliates, independent insurance agents, governmental agencies, third parties, or consumer reporting agencies.

The type of information that we collect depends on the product or service requested, but may include your name, address, contact information, social security number, credit history, claims history, information to properly investigate and resolve any claims, or billing information.  We may obtain your medical history with your permission.  The nature and extent of the information we obtain varies based on the nature of the products and services you receive.

## The Internet and Your Information

If you would like to learn about how we gather and protect your information over the Internet, please see our online privacy statement at www.auto-owners.com/privacy.

Generally, Auto-Owners may use cookies, analytics, and other technologies to help us provide users with better service and a more customized web experience.  Our business partners may use tracking services, analytics, and other technologies to monitor visits to www.auto-owners.com.  The website may use web beacons in addition to cookies.  You may choose to not accept cookies by changing the settings in your web browser.

Information obtained on our websites may include IP address, browser and platform types, domain names, access times, referral data, and your activity while using our site; who should use our web site; the security of information over the Internet; and links and co-branded sites.

## Limited Disclosure

Auto-Owners Insurance Group companies do not disclose any nonpublic personal information about their customers or former customers except as permitted by law.  We do not sell your personal information to anyone.  We do not offer an opportunity for you to prevent or "opt out of" information sharing since we only share personal information with others as allowed by law.

When sharing information with third parties to help us conduct our business, we require them to protect your personal information.  We do not permit them to use or share your personal information for any purpose other than the work they are doing on our behalf or as required by law.

The types of information disclosed may include personal information we collect as necessary to service your policy or account, investigate and pay claims, comply with state and federal regulatory requests or demands, and process other transactions that you request.  Third parties that receive disclosures may include your independent agent, regulators, reinsurance companies, fraud prevention agencies, or insurance adjusters.

## How Long We Retain Your Information

We generally retain your information as long as reasonably necessary to provide you services or to comply with applicable law and in accordance with our document retention policy.  We may retain copies of information about you and any transactions or services you have used for a period of time that is consistent with applicable law, applicable statute of limitations or as we believe is reasonably necessary to comply with applicable law, regulation, legal process or governmental request, to detect or prevent fraud, to collect fees owed, to resolve disputes, to address problems with our services, to assist with investigations, to enforce other applicable agreements or policies or to take any other actions consistent with applicable law.

In some circumstances we may anonymize your personal information (so that it can no longer be associated with you) for research or statistical purposes, in which case we may use this information indefinitely without further notice to you.  This allows the specific information collected (name, email, address, phone number, etc.) to become anonymous, but allows Auto-Owners to keep the transaction or engagement data.

## Changes to the Privacy Policy

We will provide a notice of our privacy policy as required by law.  This policy may change from time to time, but you can always review our current policy by visiting our website at www.auto-owners.com/privacy or by contacting us.

## Contact Us

Auto-Owners Insurance Company
Phone: 844-359-4595 (toll free)
Email: privacyrequest@aoins.com

*Auto-Owners Insurance Group includes, Auto-Owners Insurance Company, Auto-Owners Life Insurance Company, Home-Owners Insurance Company, Owners Insurance Company, Property-Owners Insurance Company and Southern-Owners Insurance Company.

Agency Code  18-0335-00

Policy Number  48-008-572-03

59550 (9-19)

Policy Number: 48-008-572-03
Insurance Company:  OWNERS INS. CO.
Renewal Effective Date: 05-15-2021

Dear Policyholder,

Thank you for choosing us for your insurance needs.  Your policy is set to renew on the renewal effective date shown above.  This letter gives you advance notice of change(s) as listed below:

Your renewal premium will be  $11,208.92.
(Calculated changes are based on your current policy information.  Your actual premium could vary if the information on file is incorrect or if your needs and renewal coverages change.)

This notice is for informational purposes only.  Your policy contains the specific terms and conditions of coverage.

If you have any questions regarding your policy or this notice, please contact your Auto-Owners Insurance agency.

59550 (9-19)

Page 1 of 1

Agency Code   18-0335-00                                                   Policy Number   48-008-572-03

59321 (7-00)

# NOTICE
## Georgia

The laws of the State of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family violence.

59321 (7-00)                                                                      Page 1 of 1

54367 (7-09)

# NOTICE TO POLICYHOLDER
## Adjusted Value Factor Inflation Guard Coverage

Dear Policyholder:

This notice is for informational purposes only.

Effective upon the renewal of your policy, form 54239, BUILDING AND BUSINESS PERSONAL PROPERTY - AUTO-MATIC INCREASE, will be replaced with form 54098, ADJUSTED VALUE FACTOR INFLATION GUARD COVERAGE.. Form 54098 will continue to automatically increase your Building and Business Personal Property coverages throughout the policy period based on inflation.

This change may result in a reduction of the amount by which your coverage limits will increase on an annual basis. Please review this new endorsement and your policy carefully.  If you have questions concerning your renewal, please contact your Auto-Owners agency.

Thank you for the opportunity to provide insurance coverage for your commercial business.

54367 (7-09)                                                                      Page 1 of 1

Agency Code   18-0335-00                                    Policy Number   48-008-572-03

---

54804 (5-07)

# NOTICE TO POLICYHOLDER
## AMENDMENT OF LIABILITY INSURING AGREEMENT - KNOWN INJURY OR DAMAGE

Dear Policyholder:

The Business Liability coverage provided by this policy is amended by the endorsement entitled AMENDMENT OF LIA-- BILITY INSURING AGREEMENT - KNOWN INJURY OR DAMAGE, 54244 (5-07).  In accordance with the terms of the endorsement, coverage will not be provided for bodily injury or property damage that is known to have occurred prior to the policy period..

This notice is for informational purposes only.  Your policy contains the specific terms and conditions of coverage.

Please review this new endorsement and your policy carefully.  If you have any questions concerning this notice, please contact your Auto-Owners agency.

54804 (5-07)                                                                    Page 1 of 1

---

59349 (10-03)

# AVAILABILITY OF TERRORISM RISK INSURANCE COVERAGE

Dear Policyholder:

Our records indicate that you previously rejected our offer to provide coverage for certified acts of terrorism.  The enclosed policy does not provide coverage for certified acts of terrorism in accordance with your previous rejection of coverage.

If you would like coverage for certified acts of terrorism, please contact us.

This notice is for informational purposes only.

If you have any questions concerning your policy or this notice, please contact your Auto-Owners agency.

59349 (10-03)                                                                   Page 1 of 1

64850 (11-19)

# NOTICE OF REDUCTION IN COVERAGE

**CHANGES - WATER DAMAGE EXCLUSION**

Dear Policyholder:

As a result of the decision in AKC Inc. v United Specialty, form 54094 (8-18) Changes - Water Damage Exclusion has been revised to 54094 (11-19) Changes - Water Damage Exclusion.  Paragraph (5) regarding waterborne material has been added as an exclusion.

This notice is for informational purposes only.  This notice provides no coverage and it must not be construed to replace or modify any provisions of your policy or endorsements.  Your policy contains the specific terms, limits and conditions of coverage, and supersedes this notice.

Please review this endorsement and your policy carefully.  If you have questions, please contact your Auto-Owners Agency.

64850 (11-19)                                                                                                    Page 1 of 1

64854 (1-20)

# NOTICE OF REDUCTION IN COVERAGE

**INTENTIONAL ACTS EXCLUSION**

Dear Policyholder:

Your enclosed renewal policy includes a new endorsement titled, GEORGIA CHANGES - INTENTIONAL ACT, form 64843 (01-20).

This endorsement excludes intentional acts by or at the directions of any insured.  This is a reduction in coverage.

This notice is for informational purposes only.  Your policy contains the specific terms and conditions of coverage.

Please review your policy carefully.  If you have any questions regarding your policy or this notice, please contact your Auto-Owners Insurance agency.

64854 (1-20)                                                                                                    Page 1 of 1

Agency Code    18-0335-00                                      Policy Number    48-008-572-03

59392 (11-20)

# NOTIFICATION OF POSSIBLE CHANGES
# IN COVERAGE FOR TERRORISM

Dear Policyholder:

The Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act) will expire on December 31, 2027 unless the Federal government extends the Act.  What this means to you is the following:

1. This policy does not provide coverage for certified acts of terrorism, since you have previously declined this coverage.

2. A conditional endorsement entitled, Conditional Exclusion Of Terrorism Involving Nuclear, Biological Or Chemical Terrorism (Relating To Disposition Of Federal Terrorism Risk Insurance Act) is enclosed.  This conditional endorsement will only apply if the Act is not extended or if the Act is revised to increase statutory deductibles, decrease the federal government's share in potential losses above the statutory deductibles, change the levels, terms or conditions of coverage and we are no longer required to make terrorism coverage available and elect not to do so.  It will not apply if the Act is simply extended.

3. The conditional endorsement will provide coverage for an incident of terrorism pursuant to the terms and conditions of the policy only if the incident does not involve nuclear, biological or chemical material.

4. A premium charge will be made for this coverage after January 1, 2028.  It will be prorated for the period beginning January 1, 2028 and ending on the expiration date of this policy term.  However, it will only be made if the Terrorism Risk Insurance Act (including ensuing Congressional actions pursuant to the Act) is not extended.  Revised Declarations will be mailed to you after January 1, 2028.

5. If the Act is extended without any revision, the enclosed policy will continue to exclude coverage for certified acts of terrorism.  The conditional endorsement will not be activated and the changes in coverage or premium referenced above will not apply.

6. If the Act is extended with revisions or is replaced, and we are required or elect to continue to offer coverage for certified acts of terrorism, we may amend this policy in accordance with the provisions of the revised Act or its replacement.

This notice is for informational purposes only.

If you have any questions concerning your policy or this notice, please contact your Auto-Owners agency.

# Businessowners Insurance Policy

**Owners Insurance Company**

In witness whereof, we, the Owners Insurance Company, have caused this policy to be issued and to be duly signed by our President and Secretary.

Secretary

President

54521 (7-12)

# *Owners*

Page   1

Issued      05-27-2021

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**BUSINESSOWNERS POLICY DECLARATIONS**

AGENCY   THE INSURANCE STORE
18-0335-00          MKT TERR 072          (770) 422-4511

INSURED   THE CROSSING AT THREE BRIDGES
CONDOMINIUM ASSOCIATION
C/O HOMESIDE PROPERTIES
ADDRESS   2555 WESTSIDE PKWY STE 600

ALPHARETTA  GA  30004-4191

Endorsement Effective      05-15-2021

**POLICY NUMBER**          **48-008-572-03**

Company Use                  80-57-GA-1805

| Company Bill | POLICY TERM | |
|---|---|---|
| | 12:01 a.m. | 12:01 a.m. |
| | 05-15-2021 | to | 05-15-2022 |

This policy is amended in consideration of the additional or return premium shown below.  This Declarations voids and replaces all previously issued Declarations bearing the same policy number and premium term.

54643 (01-90)

**Entity:**      Nonprofit Organization

## PROPERTY COVERAGES – ALL DESCRIBED LOCATIONS

| COVERAGE | DEDUCTIBLE | LIMIT | PREMIUM | CHANGE |
|---|---|---|---|---|
| SPECIAL COVERAGE FORM | | | | |
| TERRORISM - CERTIFIED ACTS | | Excluded | | |
| TERRORISM COVERAGE | | | | |
| A PREMIUM CHARGE MAY BE MADE EFFECTIVE 01-01-2028. | | | | |

## BUSINESS LIABILITY PROTECTION

| COVERAGE | LIMIT | PREMIUM | CHANGE |
|---|---|---|---|
| AGGREGATE LIMIT | $2,000,000 | $1,008.94 | |
| (Other than Products - Completed Operations) | | | |
| LIABILITY AND MEDICAL EXPENSE | $1,000,000 | Included | |
| Personal Injury | Included | Included | |
| TERRORISM - CERTIFIED ACTS | Excluded | | |
| TERRORISM COVERAGE | | | |
| A PREMIUM CHARGE MAY BE MADE EFFECTIVE 01-01-2028. | | | |
| **BUSINESSOWNERS LIABILITY PLUS** | | $181.61 | |
| Fire, Lightning, Explosion, Smoke, And Water Damage Legal Liability | $300,000 | Included | |
| Medical Expenses - Per Person | $10,000 | Included | |
| Products - Completed Operations Aggregate | $2,000,000 | Included | |
| Blanket Additional Insured - Lessor of Leased Equipment | Included | Included | |
| Blanket Additional Insured - Managers or Lessors of Premises | Included | Included | |
| Blanket Waiver of Subrogation | Included | Included | |
| Broadened Knowledge of Occurrence | Included | Included | |
| Broadened Supplementary Payments Coverage | Included | Included | |
| Extended Watercraft Coverage | Included | Included | |
| Newly Formed or Acquired Organizations | Included | Included | |
| Personal Injury Extension Coverage | Included | Included | |

Forms that apply to all locations:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 54521 | (07-12) | BP0002 | (01-87) | BP0006 | (01-87) | 54961 | (11-11) | BP0009 | (01-87) |
| 54679 | (06-92) | 54709 | (04-10) | 54098 | (05-07) | 54319 | (07-06) | 54867 | (03-08) |
| 54656 | (08-91) | 54088 | (09-09) | 64728 | (02-14) | 54621 | (07-88) | 54360 | (10-08) |

Page   2

OWNERS INS. CO.

|  |  |  |
|---|---|---|
| | | Issued      05-27-2021 |

AGENCY   THE INSURANCE STORE
18-0335-00              MKT TERR 072

Company      **POLICY NUMBER**          **48-008-572-03**
Bill                                                            80-57-GA-1805

INSURED   THE CROSSING AT THREE BRIDGES

Term   05-15-2021  to  05-15-2022

## PREMIER PROPERTY PLUS COVERAGE PACKAGE DECLARATIONS

The coverages and limits below apply separately to each location or sublocation that sustains a loss to covered property and is designated in the Declarations.  No deductible applies to the below Property Plus Coverages unless indicated.

| COVERAGE | LIMIT |
|---|---|
| ACCOUNTS RECEIVABLE | $200,000 |
| ARSON REWARD | $7,500 |
| BAILEES COVERAGE | $15,000 |
| | $10,000 PER ITEM |
| BUILDING GLASS COVERAGE | SEE FORM |
| BUSINESS PERSONAL PROPERTY - EXPANDED COVERAGE | UP TO 1,000 FT |
| BUSINESS PERSONAL PROPERTY AT FAIRS OR EXHIBITIONS | $5,000 |
| BUSINESS PERSONAL PROPERTY AT NEWLY ACQUIRED PREMISES | $500,000 FOR 90 DAYS |
| BUSINESS PERSONAL PROPERTY IN TRANSIT | $100,000 |
| BUSINESS PERSONAL PROPERTY OFF PREMISES | $100,000 |
| DEBRIS REMOVAL | $100,000 |
| ELECTRONIC EQUIPMENT | |
|    UNSCHEDULED EQUIPMENT | $100,000 |
|    ELECTRICAL DISTURBANCE (SEE FORM FOR DEDUCTIBLE) | $100,000 |
|    MECHANICAL BREAKDOWN | $100,000 |
|    BUSINESS INCOME AND EXTRA EXPENSE | $100,000 |
|    MEDIA | $100,000 |
|    TRANSPORTATION | $100,000 |
| EMPLOYEE DISHONESTY | $50,000 |
| FINE ARTS, COLLECTIBLES, AND MEMORABILIA | $50,000 |
| | $10,000 PER ITEM |
| FIRE DEPARTMENT SERVICE CHARGE* | $25,000 |
|   *NOT AVAILABLE IN AZ | |
| FIRE EXTINGUISHER AND FIRE SUPPRESSION SYSTEM RECHARGE | $10,000 |
| FORGERY AND ALTERATION | $50,000 |
| MONEY & SECURITIES INSIDE PREMISES | $50,000 |
| MONEY & SECURITIES OUTSIDE PREMISES | $50,000 |
| NEWLY ACQUIRED OR CONSTRUCTED PROPERTY | $1,000,000 FOR 90 DAYS |
| OFF-PREMISES UTILITY SERVICE FAILURE | $150,000 |
|   *BUSINESS INCOME/EXTRA EXPENSE LIMITED TO $25,000 IN AL, NC, AND SC | |
| ORDINANCE OR LAW | |
|    COVERAGE A, B AND C COMBINED | $150,000 |
| OUTDOOR PROPERTY | $20,000 |
|    TREES, SHRUBS OR PLANTS | $1,000 PER ITEM |

Page 3

OWNERS INS. CO.                                                                            Issued    05-27-2021

| AGENCY | THE INSURANCE STORE | | Company | POLICY NUMBER | 48-008-572-03 |
| | 18-0335-00 | MKT TERR 072 | Bill | | 80-57-GA-1805 |

INSURED  THE CROSSING AT THREE BRIDGES                          Term  05-15-2021  to  05-15-2022

## PREMIER PROPERTY PLUS COVERAGE PACKAGE DECLARATIONS

| COVERAGE | LIMIT |
|---|---|
| OUTDOOR SIGNS | $15,000 |
| PERSONAL EFFECTS AND PROPERTY OF OTHERS | $50,000 |
| POLLUTANT CLEAN UP AND REMOVAL | $100,000 |
| REFRIGERATED PRODUCTS | $25,000 |
| REKEYING OF LOCKS | $1,000 |
| SALESPERSON'S SAMPLES | $25,000 |
| VALUABLE PAPERS AND RECORDS | $150,000 |
| WATER BACK-UP FROM SEWERS OR DRAINS | $50,000 |

## LOCATION 0001

**Location:** 4411 Suwanee Dam Rd, Suwanee, GA 30024-8701

| COVERAGE | DEDUCTIBLE | LIMIT | PREMIUM | CHANGE |
|---|---|---|---|---|
| COVERAGE PACKAGE: PROPERTY PLUS | | See Property Plus Declarations | $1,821.98 | |
| Tier: Premier | | | | |
| TERRORISM - CERTIFIED ACTS SEE FORM(S) 59352 | | Excluded | | |
| TERRORISM COVERAGE | | | | |
| A PREMIUM CHARGE MAY BE MADE EFFECTIVE 01-01-2028. | | | | |
| SEE FORMS 59392, 54309 | | | | |
| Total Building Blanket Limit of Insurance | | $6,645,600 | | |

Forms that apply to this location:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 54661 | (08-91) | 54238 | (12-01) | BP0176 (12-00) | 54604 | (07-88) | 54364 | (05-07) |
| 64706 | (05-13) | 59176 | (11-86) | 54244 (05-07) | 54094 | (11-19) | 59352 | (01-15) |
| 54309 | (09-19) | | | | | | |

## LOCATION 0001 - BUILDING 0001

| COVERAGE | DEDUCTIBLE | LIMIT | PREMIUM | CHANGE |
|---|---|---|---|---|
| BUILDING - GUARANTEED REPLACEMENT COST - BLANKET | | $436,600 | $590.45 | |
| Special Coverage Form Deductible | $5,000 | Included | | |
| Windstorm or Hail Flat Deductible | $5,000 | Included | | |
| Adjusted Value Factor 0.0420 | | | | |
| BUSINESS INCOME AND EXTRA EXPENSE | | 12 Months | Included | |
| LIMITATION OF COVERAGE FOR FUNGI, MOLD, DRY ROT, WET ROT AND BACTERIA | | See Form | Included | |
| EQUIPMENT BREAKDOWN | $5,000 | See Form | $329.42 | |

Page   4

OWNERS INS. CO.

AGENCY  THE INSURANCE STORE
18-0335-00          MKT TERR 072

INSURED  THE CROSSING AT THREE BRIDGES

Issued   05-27-2021

Company   **POLICY NUMBER**          **48-008-572-03**
Bill                                                  80-57-GA-1805

Term   05-15-2021  to  05-15-2022

| COVERAGE | DEDUCTIBLE | LIMIT | PREMIUM | CHANGE |
|---|---|---|---|---|
| COVERAGE PACKAGE: PROPERTY PLUS Tier: Premier | | | Included | |

Forms that apply to this building:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 54371 | (04-09) | 54659 | (02-05) | 54499 | (04-13) | 54500 | (04-13) | 54069 | (08-00) |
| 54340 | (04-13) | 54743 | (08-00) | 54750 | (08-00) | 54073 | (08-00) | 54226 | (08-00) |
| 54752 | (08-00) | 54064 | (08-00) | 54072 | (04-14) | 54067 | (08-00) | 54708 | (01-07) |
| 54062 | (08-00) | 54060 | (02-06) | 54070 | (02-05) | 54745 | (08-00) | 54066 | (08-00) |
| 54065 | (08-00) | 54658 | (04-07) | 54749 | (08-10) | 54068 | (08-00) | 54063 | (03-13) |
| 54227 | (08-00) | 54341 | (03-13) | 54748 | (08-00) | 54228 | (04-13) | 54841 | (03-17) |

**Occupied As:** 1 story, 4 unit, 4,800 sq ft

**Secured Interested Parties:** None

**Rating Information**

Occupancy: Condominium - Office (Association Risk Only) Owner Occupied

Class Code: 60999
Program: Premier Prof Office
Liability Rate Number: 00
Burglary Rate Group: 00
Construction Year: 2007

Construction: Masonry Veneer, Non-Sprinklered
Protection Class: 02
Territory: 104  Gwinnett County
Dispersion Credit Plan:  8%

## LOCATION 0001 -- BUILDING 0002

| COVERAGE | DEDUCTIBLE | LIMIT | PREMIUM | CHANGE |
|---|---|---|---|---|
| BUILDING - GUARANTEED REPLACEMENT COST - BLANKET | | $1,041,900 | $1,112.55 | |
| Special Coverage Form Deductible | $5,000 | Included | | |
| Windstorm or Hail Flat Deductible | $5,000 | Included | | |
| Adjusted Value Factor 0.0420 | | | | |
| BUSINESS INCOME AND EXTRA EXPENSE | | 12 Months | Included | |
| LIMITATION OF COVERAGE FOR FUNGI, MOLD, DRY ROT, WET ROT AND BACTERIA | | See Form | Included | |
| EQUIPMENT BREAKDOWN | $5,000 | See Form | Included | |
| COVERAGE PACKAGE: PROPERTY PLUS Tier: Premier | | | Included | |

Forms that apply to this building:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 54371 | (04-09) | 54659 | (02-05) | 54499 | (04-13) | 54500 | (04-13) | 54069 | (08-00) |
| 54340 | (04-13) | 54743 | (08-00) | 54750 | (08-00) | 54073 | (08-00) | 54226 | (08-00) |
| 54752 | (08-00) | 54064 | (08-00) | 54072 | (04-14) | 54067 | (08-00) | 54708 | (01-07) |
| 54062 | (08-00) | 54060 | (02-06) | 54070 | (02-05) | 54745 | (08-00) | 54066 | (08-00) |
| 54065 | (08-00) | 54658 | (04-07) | 54749 | (08-10) | 54068 | (08-00) | 54063 | (03-13) |
| 54227 | (08-00) | 54341 | (03-13) | 54748 | (08-00) | 54228 | (04-13) | 54841 | (03-17) |

**Occupied As:** 2 story, 6 unit, 7,300 sq ft

**Secured Interested Parties:** None

Page   5

| | | |
|---|---|---|
| OWNERS INS. CO. | | Issued   05-27-2021 |

| | | | |
|---|---|---|---|
| AGENCY   THE INSURANCE STORE | | Company   **POLICY NUMBER** | **48-008-572-03** |
| 18-0335-00          MKT TERR 072 | | Bill | 80-57-GA-1805 |

| | | |
|---|---|---|
| INSURED   THE CROSSING AT THREE BRIDGES | | Term   05-15-2021  to  05-15-2022 |

**Rating Information**
Occupancy: Condominium - Office (Association Risk Only) Owner Occupied

| | |
|---|---|
| Class Code: 60999 | Construction: Masonry Veneer, Non-Sprinklered |
| Program: Premier Prof Office | Protection Class: 02 |
| Liability Rate Number: 00 | Territory: 104  Gwinnett County |
| Burglary Rate Group: 00 | Dispersion Credit Plan:  8% |
| Construction Year:  2007 | |

**LOCATION 0001 - BUILDING 0003**

| COVERAGE | DEDUCTIBLE | LIMIT | PREMIUM | CHANGE |
|---|---|---|---|---|
| BUILDING - GUARANTEED REPLACEMENT COST - BLANKET | | $535,400 | $701.87 | |
| Special Coverage Form Deductible | $5,000 | Included | | |
| Windstorm or Hail Flat Deductible | $5,000 | Included | | |
| Adjusted Value Factor 0.0420 | | | | |
| BUSINESS INCOME AND EXTRA EXPENSE | | 12 Months | Included | |
| LIMITATION OF COVERAGE FOR FUNGI, MOLD, DRY ROT, WET ROT AND BACTERIA | | See Form | Included | |
| EQUIPMENT BREAKDOWN | $5,000 | See Form | Included | |
| COVERAGE PACKAGE: PROPERTY PLUS | | | Included | |
| Tier: Premier | | | | |

Forms that apply to this building:

| | | | | |
|---|---|---|---|---|
| 54371   (04-09) | 54659   (02-05) | 54499   (04-13) | 54500   (04-13) | 54069   (08-00) |
| 54340   (04-13) | 54743   (08-00) | 54750   (08-00) | 54073   (08-00) | 54226   (08-00) |
| 54752   (08-00) | 54064   (08-00) | 54072   (04-14) | 54067   (08-00) | 54708   (01-07) |
| 54062   (08-00) | 54600   (02-06) | 54070   (02-05) | 54745   (08-00) | 54066   (08-00) |
| 54065   (08-00) | 54658   (04-07) | 54749   (08-10) | 54068   (08-00) | 54063   (03-13) |
| 54227   (08-00) | 54341   (03-13) | 54748   (08-00) | 54228   (04-13) | 54841   (03-17) |

**Occupied As:**  1 story, 6 unit, 7,100 sq ft

**Secured Interested Parties:**  None

**Rating Information**
Occupancy: Condominium - Office (Association Risk Only) Owner Occupied

| | |
|---|---|
| Class Code: 60999 | Construction: Masonry Veneer, Non-Sprinklered |
| Program: Premier Prof Office | Protection Class: 02 |
| Liability Rate Number: 00 | Territory: 104  Gwinnett County |
| Burglary Rate Group: 00 | Dispersion Credit Plan:  8% |
| Construction Year:  2007 | |

**LOCATION 0001 - BUILDING 0004**

| COVERAGE | DEDUCTIBLE | LIMIT | PREMIUM | CHANGE |
|---|---|---|---|---|
| BUILDING - GUARANTEED REPLACEMENT COST - BLANKET | | $809,900 | $904.14 | |
| Special Coverage Form Deductible | $5,000 | Included | | |
| Windstorm or Hail Flat Deductible | $5,000 | Included | | |

Page   6

OWNERS INS. CO.

|  | | | | Issued | 05-27-2021 |

AGENCY  THE INSURANCE STORE
18-0335-00            MKT TERR 072

Company    **POLICY NUMBER**        **48-008-572-03**
Bill                                              80-57-GA-1805

INSURED   THE CROSSING AT THREE BRIDGES

Term  05-15-2021  to  05-15-2022

| COVERAGE | DEDUCTIBLE | LIMIT | PREMIUM | CHANGE |
|---|---|---|---|---|
| Adjusted Value Factor 0.0420 | | | | |
| BUSINESS INCOME AND EXTRA EXPENSE | | 12 Months | Included | |
| LIMITATION OF COVERAGE FOR FUNGI, MOLD, DRY ROT, WET ROT AND BACTERIA | | See Form | Included | |
| EQUIPMENT BREAKDOWN | $5,000 | See Form | Included | |
| COVERAGE PACKAGE: PROPERTY PLUS | | | Included | |
| Tier: Premier | | | | |

Forms that apply to this building:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 54371 | (04-09) | 54659 | (02-05) | 54499 | (04-13) | 54500 | (04-13) | 54069 | (08-00) |
| 54340 | (04-13) | 54743 | (08-00) | 54750 | (08-00) | 54073 | (08-00) | 54226 | (08-00) |
| 54752 | (08-00) | 54064 | (08-00) | 54072 | (04-14) | 54067 | (08-00) | 54708 | (01-07) |
| 54062 | (08-00) | 54060 | (02-06) | 54070 | (02-05) | 54745 | (08-00) | 54066 | (08-00) |
| 54065 | (08-00) | 54658 | (04-07) | 54749 | (08-10) | 54068 | (08-00) | 54063 | (03-13) |
| 54227 | (08-00) | 54341 | (03-13) | 54748 | (08-00) | 54228 | (04-13) | 54841 | (03-17) |

**Occupied As:** 2 story, 12 unit, 14,200 sq ft

**Secured Interested Parties:** None

**Rating Information**
Occupancy: Condominium - Office (Association Risk Only) Owner Occupied

Class Code: 60999
Program: Premier Prof Office
Liability Rate Number: 00
Burglary Rate Group: 00
Construction Year: 2007

Construction: Masonry Veneer, Non-Sprinklered
Protection Class: 02
Territory: 104  Gwinnett County
Dispersion Credit Plan:  8%

**LOCATION 0001 - BUILDING 0005**

| COVERAGE | DEDUCTIBLE | LIMIT | PREMIUM | CHANGE |
|---|---|---|---|---|
| BUILDING - GUARANTEED REPLACEMENT COST - BLANKET | | $289,600 | $459.18 | |
| Special Coverage Form Deductible | $5,000 | Included | | |
| Windstorm or Hail Flat Deductible | $5,000 | Included | | |
| Adjusted Value Factor 0.0420 | | | | |
| BUSINESS INCOME AND EXTRA EXPENSE | | 12 Months | Included | |
| LIMITATION OF COVERAGE FOR FUNGI, MOLD, DRY ROT, WET ROT AND BACTERIA | | See Form | Included | |
| EQUIPMENT BREAKDOWN | $5,000 | See Form | Included | |
| COVERAGE PACKAGE: PROPERTY PLUS | | | Included | |
| Tier: Premier | | | | |

Forms that apply to this building:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 54371 | (04-09) | 54659 | (02-05) | 54499 | (04-13) | 54500 | (04-13) | 54069 | (08-00) |
| 54340 | (04-13) | 54743 | (08-00) | 54750 | (08-00) | 54073 | (08-00) | 54226 | (08-00) |
| 54752 | (08-00) | 54064 | (08-00) | 54072 | (04-14) | 54067 | (08-00) | 54708 | (01-07) |
| 54062 | (08-00) | 54060 | (02-06) | 54070 | (02-05) | 54745 | (08-00) | 54066 | (08-00) |
| 54065 | (08-00) | 54658 | (04-07) | 54749 | (08-10) | 54068 | (08-00) | 54063 | (03-13) |
| 54227 | (08-00) | 54341 | (03-13) | 54748 | (08-00) | 54228 | (04-13) | 54841 | (03-17) |

OWNERS INS. CO.                                                                          Issued      05-27-2021

AGENCY   THE INSURANCE STORE                        Company   **POLICY NUMBER**        **48-008-572-03**
         18-0335-00          MKT TERR 072            Bill                              80-57-GA-1805

INSURED   THE CROSSING AT THREE BRIDGES                      Term   05-15-2021  to  05-15-2022

---

**Occupied As:** 1 story, 6 unit, 7,100 sq ft

**Secured Interested Parties:** None

**Rating Information**
Occupancy: Condominium - Office (Association Risk Only) Owner Occupied

Class Code: 60999                                Construction: Masonry Veneer, Non-Sprinklered
Program: Premier Prof Office                     Protection Class: 02
Liability Rate Number: 00                        Territory: 104  Gwinnett County
Burglary Rate Group: 00                          Dispersion Credit Plan:  8%
Construction Year:  2007

**LOCATION 0001 - BUILDING 0006**

| COVERAGE | DEDUCTIBLE | LIMIT | PREMIUM | CHANGE |
|---|---|---|---|---|
| BUILDING - GUARANTEED REPLACEMENT COST - BLANKET | | $406,600 | $564.97 | |
|   Special Coverage Form Deductible | $5,000 | Included | | |
|   Windstorm or Hail Flat Deductible | $5,000 | Included | | |
|   Adjusted Value Factor 0.0420 | | | | |
| BUSINESS INCOME AND EXTRA EXPENSE | | 12 Months | Included | |
| LIMITATION OF COVERAGE FOR FUNGI, MOLD, DRY ROT, WET ROT AND BACTERIA | | See Form | Included | |
| EQUIPMENT BREAKDOWN | $5,000 | See Form | Included | |
| COVERAGE PACKAGE: PROPERTY PLUS | | | Included | |
|   Tier: Premier | | | | |

Forms that apply to this building:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 54371 | (04-09) | 54659 | (02-05) | 54499 | (04-13) | 54500 | (04-13) | 54069 | (08-00) |
| 54340 | (04-13) | 54743 | (08-00) | 54750 | (08-00) | 54073 | (08-00) | 54226 | (08-00) |
| 54752 | (08-00) | 54064 | (08-00) | 54072 | (04-14) | 54067 | (08-00) | 54708 | (01-07) |
| 54062 | (08-00) | 54060 | (02-06) | 54070 | (02-05) | 54745 | (08-00) | 54066 | (08-00) |
| 54065 | (08-00) | 54658 | (04-07) | 54749 | (08-10) | 54068 | (08-00) | 54063 | (03-13) |
| 54227 | (08-00) | 54341 | (03-13) | 54748 | (08-00) | 54228 | (04-13) | 54841 | (03-17) |

**Occupied As:** 2 story, 10 unit, 12,000 sq ft

**Secured Interested Parties:** None

**Rating Information**
Occupancy: Condominium - Office (Association Risk Only) Owner Occupied

Class Code: 60999                                Construction: Masonry Veneer, Non-Sprinklered
Program: Premier Prof Office                     Protection Class: 02
Liability Rate Number: 00                        Territory: 104  Gwinnett County
Burglary Rate Group: 00                          Dispersion Credit Plan:  8%
Construction Year:  2007

Page   8

OWNERS INS. CO.                                                    Issued      05-27-2021

AGENCY  THE INSURANCE STORE                    Company   **POLICY NUMBER**    **48-008-572-03**
18-0335-00          MKT TERR 072               Bill                           80-57-GA-1805

INSURED  THE CROSSING AT THREE BRIDGES                    Term   05-15-2021  to  05-15-2022

---

### LOCATION 0001 - BUILDING 0007

| COVERAGE | DEDUCTIBLE | LIMIT | PREMIUM | CHANGE |
|---|---|---|---|---|
| BUILDING - GUARANTEED REPLACEMENT COST - BLANKET | | $828,100 | $916.69 | |
| Special Coverage Form Deductible | $5,000 | Included | | |
| Windstorm or Hail Flat Deductible | $5,000 | Included | | |
| Adjusted Value Factor 0.0420 | | | | |
| BUSINESS INCOME AND EXTRA EXPENSE | | 12 Months | Included | |
| LIMITATION OF COVERAGE FOR FUNGI, MOLD, DRY ROT, WET ROT AND BACTERIA | | See Form | Included | |
| EQUIPMENT BREAKDOWN | $5,000 | See Form | Included | |
| COVERAGE PACKAGE: PROPERTY PLUS | | | Included | |
| Tier: Premier | | | | |

Forms that apply to this building:

| | | | | |
|---|---|---|---|---|
| 54371 (04-09) | 54659 (02-05) | 54499 (04-13) | 54500 (04-13) | 54069 (08-00) |
| 54340 (04-13) | 54743 (08-00) | 54750 (08-00) | 54073 (08-00) | 54226 (08-00) |
| 54752 (08-00) | 54064 (08-00) | 54072 (04-14) | 54067 (08-00) | 54708 (01-07) |
| 54062 (08-00) | 54060 (02-06) | 54070 (02-05) | 54745 (08-00) | 54066 (08-00) |
| 54065 (08-00) | 54658 (04-07) | 54749 (08-10) | 54068 (08-00) | 54063 (03-13) |
| 54227 (08-00) | 54341 (03-13) | 54748 (08-00) | 54228 (04-13) | 54841 (03-17) |

**Occupied As:** 1 story, 2 unit, 2,450 sq ft

**Secured Interested Parties:** None

**Rating Information**
Occupancy: Condominium - Office (Association Risk Only) Owner Occupied

Class Code: 60999                          Construction: Masonry Veneer, Non-Sprinklered
Program: Premier Prof Office               Protection Class: 02
Liability Rate Number: 00                  Territory: 104  Gwinnett County
Burglary Rate Group: 00                    Dispersion Credit Plan:  8%
Construction Year: 2007

---

### LOCATION 0001 - BUILDING 0008

| COVERAGE | DEDUCTIBLE | LIMIT | PREMIUM | CHANGE |
|---|---|---|---|---|
| BUILDING - GUARANTEED REPLACEMENT COST - BLANKET | | $828,100 | $916.69 | |
| Special Coverage Form Deductible | $5,000 | Included | | |
| Windstorm or Hail Flat Deductible | $5,000 | Included | | |
| Adjusted Value Factor 0.0420 | | | | |
| BUSINESS INCOME AND EXTRA EXPENSE | | 12 Months | Included | |
| LIMITATION OF COVERAGE FOR FUNGI, MOLD, DRY ROT, WET ROT AND BACTERIA | | See Form | Included | |
| EQUIPMENT BREAKDOWN | $5,000 | See Form | Included | |
| COVERAGE PACKAGE: PROPERTY PLUS | | | Included | |
| Tier: Premier | | | | |

Page   9

OWNERS INS. CO.

| | | | |
|---|---|---|---|
| | | Issued | 05-27-2021 |
| AGENCY | THE INSURANCE STORE | Company | **POLICY NUMBER** | **48-008-572-03** |
| | 18-0335-00        MKT TERR 072 | Bill | | 80-57-GA-1805 |
| INSURED | THE CROSSING AT THREE BRIDGES | | Term   05-15-2021  to  05-15-2022 |

---

Forms that apply to this building:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 54371 | (04-09) | 54659 | (02-05) | 54499 | (04-13) | 54500 | (04-13) | 54069 | (08-00) |
| 54340 | (04-13) | 54743 | (08-00) | 54750 | (08-00) | 54073 | (08-00) | 54226 | (08-00) |
| 54752 | (08-00) | 54064 | (08-00) | 54072 | (04-14) | 54067 | (08-00) | 54708 | (01-07) |
| 54062 | (08-00) | 54060 | (02-06) | 54070 | (02-05) | 54745 | (08-00) | 54066 | (08-00) |
| 54065 | (08-00) | 54658 | (04-07) | 54749 | (08-10) | 54068 | (08-00) | 54063 | (03-13) |
| 54227 | (08-00) | 54341 | (03-13) | 54748 | (08-00) | 54228 | (04-13) | 54841 | (03-17) |

**Occupied As:** 1 story, 3 unit, 3,500 sq ft

**Secured Interested Parties:** None

**Rating Information**

Occupancy: Condominium - Office (Association Risk Only) Owner Occupied

| | |
|---|---|
| Class Code: 60999 | Construction: Masonry Veneer, Non-Sprinklered |
| Program: Premier Prof Office | Protection Class: 02 |
| Liability Rate Number: 00 | Territory: 104  Gwinnett County |
| Burglary Rate Group: 00 | Dispersion Credit Plan:  8% |
| Construction Year:  2007 | |

## LOCATION 0001   BUILDING 0009

| COVERAGE | DEDUCTIBLE | LIMIT | PREMIUM | CHANGE |
|---|---|---|---|---|
| BUILDING - GUARANTEED REPLACEMENT COST - BLANKET | | $828,100 | $916.69 | |
|    Special Coverage Form Deductible | $5,000 | Included | | |
|    Windstorm or Hail Flat Deductible | $5,000 | Included | | |
|    Adjusted Value Factor 0.0420 | | | | |
| BUSINESS INCOME AND EXTRA EXPENSE | | 12 Months | Included | |
| LIMITATION OF COVERAGE FOR FUNGI, MOLD, DRY ROT, WET ROT AND BACTERIA | | See Form | Included | |
| EQUIPMENT BREAKDOWN | $5,000 | See Form | Included | |
| COVERAGE PACKAGE: PROPERTY PLUS | | | Included | |
| Tier: Premier | | | | |

Forms that apply to this building:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 54371 | (04-09) | 54659 | (02-05) | 54499 | (04-13) | 54500 | (04-13) | 54069 | (08-00) |
| 54340 | (04-13) | 54743 | (08-00) | 54750 | (08-00) | 54073 | (08-00) | 54226 | (08-00) |
| 54752 | (08-00) | 54064 | (08-00) | 54072 | (04-14) | 54067 | (08-00) | 54708 | (01-07) |
| 54062 | (08-00) | 54060 | (02-06) | 54070 | (02-05) | 54745 | (08-00) | 54066 | (08-00) |
| 54065 | (08-00) | 54658 | (04-07) | 54749 | (08-10) | 54068 | (08-00) | 54063 | (03-13) |
| 54227 | (08-00) | 54341 | (03-13) | 54748 | (08-00) | 54228 | (04-13) | 54841 | (03-17) |

**Occupied As:** 1 story, 5 unit, 6,000 sq ft

**Secured Interested Parties:** None

**Rating Information**

Occupancy: Condominium - Office (Association Risk Only) Owner Occupied

| | |
|---|---|
| Class Code: 60999 | Construction: Masonry Veneer, Non-Sprinklered |
| Program: Premier Prof Office | Protection Class: 02 |
| Liability Rate Number: 00 | Territory: 104 .Gwinnett County |
| Burglary Rate Group: 00 | Dispersion Credit Plan:  8% |
| Construction Year:  2007 | |

Page   10

OWNERS INS. CO.                                                                      Issued      05-27-2021

| AGENCY | THE INSURANCE STORE | | Company | POLICY NUMBER | 48-008-572-03 |
|---|---|---|---|---|---|
| | 18-0335-00 | MKT TERR 072 | Bill | | 80-57-GA-1805 |

| INSURED | THE CROSSING AT THREE BRIDGES | | Term   05-15-2021   to   05-15-2022 |
|---|---|---|---|

**LOCATION 0001 - BUILDING 0010**

| COVERAGE | DEDUCTIBLE | LIMIT | PREMIUM | CHANGE |
|---|---|---|---|---|
| BUILDING - GUARANTEED REPLACEMENT COST - BLANKET | | $641,300 | $783.74 | |
|   Special Coverage Form Deductible | $5,000 | Included | | |
|   Windstorm or Hail Flat Deductible | $5,000 | Included | | |
|   Adjusted Value Factor 0.0420 | | | | |
| BUSINESS INCOME AND EXTRA EXPENSE | | 12 Months | Included | |
| LIMITATION OF COVERAGE FOR FUNGI, MOLD, DRY ROT, WET ROT AND BACTERIA | | See Form | Included | |
| EQUIPMENT BREAKDOWN | $5,000 | See Form | Included | |
| COVERAGE PACKAGE: PROPERTY PLUS | | | Included | |
| Tier: Premier | | | | |

**Forms that apply to this building:**

| | | | | |
|---|---|---|---|---|
| 54371   (04-09) | 54659   (02-05) | 54499   (04-13) | 54500   (04-13) | 54069   (08-00) |
| 54340   (04-13) | 54743   (08-00) | 54750   (08-00) | 54073   (08-00) | 54226   (08-00) |
| 54752   (08-00) | 54064   (08-00) | 54072   (04-14) | 54067   (08-00) | 54708   (01-07) |
| 54062   (08-00) | 54060   (02-06) | 54070   (02-05) | 54745   (08-00) | 54066   (08-00) |
| 54065   (08-00) | 54658   (04-07) | 54749   (08-10) | 54068   (08-00) | 54063   (03-13) |
| 54227   (08-00) | 54341   (03-13) | 54748   (08-00) | 54228   (04-13) | 54841   (03-17) |

**Occupied As:**  1 story, 6 unit, 7,100 sq ft

**Secured Interested Parties:**  None

**Rating Information**
Occupancy: Condominium - Office (Association Risk Only) Owner Occupied

Class Code: 60999                                  Construction: Masonry Veneer, Non-Sprinklered
Program: Premier Prof Office                       Protection Class: 02
Liability Rate Number: 00                           Territory: 104  Gwinnett County
Burglary Rate Group: 00                            Dispersion Credit Plan:  8%
Construction Year:  2007

| | TERM | CHANGE |
|---|---|---|
| TOTAL POLICY PREMIUM | $11,208.92 | $1,245.40 - Return |

Paid In Full does not apply to fixed fees, statutory charges, or minimum premium.

Merit Rating Discount of 15% Applies

A 02% Cumulative Multi-Policy Discount applies.  Supporting policies are marked with an (X):
Comm Umb(X)  Comm Auto( )  WC( )  Life( )  Personal( )  Farm( ).

Agency Code   18-0335-00                                                    Policy Number   48-008-572-03

54621 (7-88)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SUNTANNING DEVICE EXCLUSION

**THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE BUSINESSOWNERS LIABILITY COVERAGE FORM.**

It is agreed:

No coverage is provided by this policy for any claim, suit, action or proceeding against the insured arising out of the ownership, operation, maintenance or use of a suntanning device.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1984, 1985

54621 (7-88)                                                                Page 1 of 1

Agency Code    18-0335-00

Policy Number    48-008-572-03

59176 (11-86)

# INTEREST RATE ENDORSEMENT

It is agreed:

Any interest which must be paid on a judgment which is awarded to the Insured as a result of his or her suit against the Company will accrue at a rate equal to the rate established at auction for 26 week United States Treasury Bills immediately preceding the date the judgment is entered, however said interest rate shall not exceed 12 percent per year.

59176 (11-86)

Page 1 of 1

54068 (8-00)

# THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# REKEYING OF LOCKS

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

Under **A. COVERAGE, 5. Additional Coverages**, the following Additional Coverage is added:

**Rekeying of Locks**

We will pay reasonable necessary expenses you incur to rekey locks on doors of the building described in the Declarations, provided the keys to such locks are a part of a theft loss covered by this policy.  The most we will pay is the Limit of Insurance shown in the Declarations for REKEYING OF LOCKS.  This is an additional amount of insurance. No Deductible applies to this Additional Coverage.

All other policy terms and conditions apply.

Includes copyrighted material of  ISO Commercial Services, Inc., with its permission
54068 (8-00)                Copyright, ISO Commercial Risk Services, Inc., 1984, 1985, 1986            Page 1 of 1

Agency Code    18-0335-00                                          Policy Number    48-008-572-03

54069 (8-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ARSON REWARD

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

Under **A. COVERAGE, 5. Additional Coverages**, the following Additional Coverage is added:

**Arson Reward**

We will pay for information which leads to a conviction for arson in connection with a fire loss to Covered Property insured by this policy.  The most we will pay is the Limit of Insurance shown in the Declarations for ARSON REWARD regardless of the number of persons who provide information.  This payment shall be in addition to the amount of insurance applying to the Covered Property.  No Deductible applies to this Additional Coverage.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
54069 (8-00)                     Copyright, Insurance Services Office, Inc., 1984, 1985, 1986            Page **1** of 1

---

'54072 (4-14)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROPERTY PLUS COVERAGE PACKAGE AMENDATORY ENDORSEMENT

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

Under **C. LIMITS OF INSURANCE**, the following provision is added:

The corresponding Limit of Insurance for any one coverage, which is part of the PROPERTY PLUS COVERAGE PACK-AGE, applies only to loss of or damage to covered property at each building and at each location designated in the Declarations regardless of the number of buildings or locations shown in the Declarations.

All other policy terms and conditions apply.

54072 (4-14)        Includes copyrighted material of ISO Commercial Services, Inc., with its permission.        Page 1 of 1

Agency Code    18-0335-00                                    Policy Number    48-008-572-03

54073 (8-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BUSINESS PERSONAL PROPERTY - EXPANDED COVERAGE

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

Under **A. COVERAGE, 1. Covered Property, b. Business Personal Property**, the phrase ". . .within 100 feet of the described premises. . ." is deleted and replaced by ". . .within the distance, shown in the Declarations for BUSINESS PERSONAL PROPERTY - EXPANDED COVERAGE, from the described premises. . .".

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1985, 1986

54073 (8-00)                                                                 Page 1 of 1

---

54661 (8-91)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ABSOLUTE ASBESTOS EXCLUSION ENDORSEMENT

**THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE BUSINESSOWNERS LIABILITY COVERAGE FORM.**

No coverage is provided by this coverage form for any claim, suit, action or proceeding against the insured arising out of the discharge, dispersal, release, escape or inhalation of any asbestos related particle, dust, irritant, contaminant, pollutant, toxic element or material.

All other policy terms and conditions apply.

54661 (8-91)                                                                 Page 1 of 1

54679 (6-92)

## COMMUNICABLE DISEASES EXCLUSION
### Businessowners Policy

It is agreed:

1.  The following exclusion is added and applies to:

    a.  Business Liability Coverage; and

    b.  Medical Expenses Coverage.

2.  **EXCLUSION**

    This policy does not apply to "bodily injury", "personal injury" or medical expenses for "bodily injury" arising out of or resulting from the transmission of any communicable disease by any "insured".

All other policy terms and conditions apply.

54679 (6-92)                                                                        Page 1 of 1

---

54064 (8-00)

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# DEBRIS REMOVAL

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

Under **A. COVERAGE, 5. Additional Coverages, a. Debris Removal,** paragraph **(4)** is deleted and replaced by the following:

**(4)**  If:

   **(a)**  The sum of loss or damage and debris removal expense exceeds the Limit of Insurance; or

   **(b)**  The debris removal expense exceeds the amount payable under the 25% Debris Removal coverage limitation in paragraph **(2)** above;

   we will pay up to the Limit of Insurance shown in the Declarations for DEBRIS REMOVAL.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1984, 1985

54064 (8-00)                                                                        Page 1 of 1

Agency Code   18-0335-00

Policy Number   48-008-572-03

54067 (8-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FIRE DEPARTMENT SERVICE CHARGE

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

Under **A. COVERAGE, 5. Additional Coverages, c. Fire Department Service Charge** is deleted and replaced by the following:

**c.   Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to the Limit of Insurance shown in the Declarations for FIRE DEPARTMENT SERVICE CHARGE for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1984, 1985, 1986

54067 (8-00)

Page 1 of 1

Agency Code   18-0335-00                                    Policy Number   48-008-572-03

54226 (8-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BUSINESS PERSONAL PROPERTY IN TRANSIT

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

1.   Under **A. COVERAGE, 6. Coverage Extensions, b. Personal Property Off Premises** is deleted.

2.   Under **A. COVERAGE, 5. Additional Coverages**, the following Additional Coverage is added:

**Business Personal Property In Transit**

   a.   We will pay for direct physical loss of or damage to your Business Personal Property (other than property in the care, custody or control of your salespersons) in transit beyond the distance shown in the Declarations, under BUSINESS PERSONAL PROPERTY - EXPANDED COVERAGE, from the described premises caused by or resulting from any Covered Cause of Loss.

   b.   Property must be in or upon a motor vehicle you own, lease or operate.

   c.   Our payment for any one loss shall not exceed the Limit of Insurance shown in the Declarations for BUSINESS PERSONAL PROPERTY IN TRANSIT.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Service Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1984, 1986

54226 (8-00)                                                                Page 1 of 1

Agency Code   18-0335-00                                                    Policy Number   48-008-572-03

54238 (12-01)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

# AMENDMENT OF POLLUTION EXCLUSION - EXCEPTION FOR BUILDING HEATING EQUIPMENT

This endorsement modifies insurance provided under the BUSINESSOWNERS LIABILITY COVERAGE FORM.

It is agreed:

Under **B. EXCLUSIONS, 1. f.,** subparagraph **(1) (a)** is deleted and replaced by the following:

This insurance does not apply to:

**f. (1)**   "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured.  However, this subparagraph, **(a)**, does not apply to "bodily injury" if sustained within a building at such premises, site or location and caused by smoke, fumes, vapor or soot from equipment used to heat a building at such premises, site or location.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
54238 (12-01)                Copyright, Insurance Services Office, Inc., 1984, 1985, 2001                Page 1 of 1

Agency Code    18-0335-00                                                    Policy Number    48-008-572-03

54604 (7-88)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CONDITIONAL AMENDATORY ENDORSEMENT

**THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE BUSINESSOWNERS POLICY.**

1.  Unless indicated in the Declarations, the following coverages are deleted:

    a.  Under the STANDARD PROPERTY COVERAGE FORM OR the SPECIAL PROPERTY COVERAGE FORM:
        Additional Coverages - Business Income and Extra Expense.

    b.  Under the BUSINESSOWNERS LIABILITY COVERAGE FORM:
        Personal Injury - Damages because of personal injury as afforded under Business Liability.

        Druggist Liability - Bodily injury or property damage arising out of practice of pharmacy as afforded under
        Business Liability by Exception to Exclusion j(9).

2.  Unless indicated in the Declarations, coverage does not apply to underground tanks and/or their contents.

54604 (7-88)                                                                     Page 1 of 1

Agency Code    18-0335-00

Policy Number    48-008-572-03

54708 (1-07)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FIRE EXTINGUISHER AND FIRE SUPPRESSION SYSTEM RECHARGE

This endorsement modifies insurance under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

Under **A. COVERAGE, 5. Additional Coverages**, the following Additional Coverage is added:

**Fire Extinguisher And Fire Suppression System Recharge**

We shall pay for the recharging of fire extinguishers and fire suppression systems that you own that have been discharged to control a fire at a premises described in the Declarations.

The most we shall pay to recharge your fire extinguishers and fire suppression systems in any one occurrence is the Limit of Insurance shown in the Declarations for FIRE EXTINGUISHER AND FIRE SUPPRESSION SYSTEM RECHARGE.

No Deductible applies to this Additional Coverage.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1984, 1985, 1986

54708 (1-07)

Page 1 of 1

Agency Code   18-0335-00                                         Policy Number   48-008-572-03

54743 (8-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BUSINESS PERSONAL PROPERTY AT FAIRS OR EXHIBITIONS

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

1.   Under **A. COVERAGE**, **6. Coverage Extensions**, **b. PERSONAL PROPERTY OFF PREMISES** is deleted.

2.   Under **A. COVERAGE, 5. Additional Coverages**, the following Additional Coverage is added:

**Business Personal Property at Fairs or Exhibitions**

We will pay for direct physical loss of or damage to Business Personal Property while it is temporarily at any fair or exhibition caused by or resulting from any Covered Cause of Loss.  This Additional Coverage shall apply for a period not to exceed 15 days at any one fair or exhibition.  This coverage does not apply to Covered Property in or on a vehicle.

Our payment for any one loss at any one fair or exhibition shall not exceed the Limit of Insurance shown in Declarations for BUSINESS PERSONAL PROPERTY AT FAIRS OR EXHIBITIONS.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1985, 1986

54743 (8-00)                                                                              Page 1 of 1

Agency Code   18-0335-00

Policy Number   48-008-572-03

54748 (8-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WATER BACK-UP FROM SEWERS OR DRAINS

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

1.  Under **A. COVERAGE, 5. Additional Coverages, f. Business Income** and **g. Extra Expense** do not apply to the coverage provided by this endorsement.

2.  Subject to the provisions of paragraph **3.** below, under **B. EXCLUSIONS, g. Water** subparagraph **(3)** is deleted.

3.  Under C. LIMITS OF INSURANCE, the following limitation is added:

The most we shall pay for all loss of or damage to Covered Property caused directly by water back-up from sewers or drains in any one loss is the Limit of Insurance shown in the Declarations for WATER BACK-UP FROM SEWERS OR DRAINS.  In the event the amount of loss of or damage to Covered Property does not exceed the Limit of Insurance shown in Declarations for WATER BACK-UP FROM SEWERS OR DRAINS, you may at your option, apply the re- mainder of such Limit of Insurance to your actual loss Business Income or necessary Extra Expense, if any, subject to the terms and conditions of the BUSINESS INCOME AND EXTRA EXPENSE endorsement.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1984, 1985, 1986

54748 (8-00)

Page 1 of 1

Agency Code   18-0335-00

Policy Number   48-008-572-03

BUSINESSOWNERS
54867 (3-08)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AGGREGATE LIMITS AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

Under **D. LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE, 4. Aggregate Limits** is deleted and replaced by the following

**4. Aggregate Limits**

The most we will pay for:

a. Injury or damage under the "products/completed operations hazard" arising from all "occurrences" during the policy period is the Products-Completed Operations Aggregate limit shown in the Declarations; and

b. All other injury or damage, including medical expenses, arising from all "occurrences" during the policy period is the Aggregate Limit (Other than Products-Completed Operations) shown in the Declarations.  This limitation does not apply to "property damage" to premises rented to you arising out of fire or explosion.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

54867 (3-08)          Copyright Insurance Services Office, Inc., 1984, 1985          Page 1 of 1

Agency Code   18-0335-00

Policy Number   48-008-572-03

64706 (5-13)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CHANGES - DIMINUTION IN VALUE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

It is agreed:

Under **E. PROPERTY LOSS CONDITIONS, 6. Loss Payment, b.** is deleted and replaced by the following:

**b.** We will either:

**(1)** Repair, rebuild or replace the property with other property of like kind and quality, or pay the cost of such repair, rebuilding or replacement, as limited by any applicable policy provision; or

**(2)** Take all or any part of the property at an agreed or appraised value.

With respect to Paragraph **b.(1)**, this policy covers only the cost of repair, rebuilding or replacement.  Such cost does not include recovery of, and therefore this policy does not pay any compensation for, an actual or perceived reduction in the market value of any property.  However, if the property that has sustained loss or damage is subject to an endorsement which explicitly addresses market value, then that endorsement will apply to such property in accordance with its terms.

All other policy terms and conditions apply.

64706 (5-13)      Includes copyrighted material of Insurance Services Office, Inc., with its permission.      Page 1 of 1

Agency Code   18-0335-00                                                   Policy Number   48-008-572-03

64843 (1-20)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES - INTENTIONAL ACT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

**B. EXCLUSIONS** is amended.  The following exclusion is added to Paragraph **2.**
We will not pay for loss or damage arising out of any act committed:
**(1)**  By or at the direction of any insured; and
**(2)**  With the intent to cause a loss.
However, this exclusion will not apply to deny coverage to an innocent co-insured, provided the loss is otherwise covered
under this Policy and the loss arose out of an act of family violence or sexual assault by an insured, against whom a
family violence or sexual assault complaint is brought for such act.  Our payment to the insured is limited to that insured's
legal interest in the property less any payments we first made to a mortgageholder or other party with a legal secured
interest in the property.  In no event will we pay more than the Limit of Insurance.

All other policy terms and conditions apply.

64843 (1-20)          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          Page 1 of 1

Agency Code   18-0335-00                                              Policy Number   48-008-572-03

54062 (8-00)

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FORGERY AND ALTERATION

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

1. Under **A. COVERAGE, 5. Additional Coverages**, the following Additional Coverage is added:

   **Forgery And Alteration**

   a. We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in "money", that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

   b. If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

   c. The most we will pay for any loss, including legal expenses, under this Additional Coverage is the Limit of Insurance shown in the Declarations for FORGERY AND ALTERATION.

2. Under **H. PROPERTY DEFINITIONS**, the following definition is added and applies only to the coverage afforded by the Additional Coverage, Forgery And Alteration.

   "Money" means:

   a. Currency, coins and bank notes in current use and having a face value; and

   b. Travelers checks, register checks and money orders held for sale to the public.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1987, 1999

54062 (8-00)                                                                          Page 1 of 1

Agency Code   18-0335-00                                                    Policy Number   48-008-572-03

54063 (3-13)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SALESPERSON'S SAMPLES

This endorsement modifies insurance under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

1.  Under the **A. COVERAGE 5. Additional Coverages**, the following Additional Coverage is added:

**Salesperson's Samples**
We will pay for direct physical loss of or damage to samples of merchandise which are:
1.  Owned by you while in your care, custody or control;
2.  Owned by you and in the care, custody or control of your salesperson and/or agents; or
3.  While in transit, except by parcel post, between your premises and the salesperson and/or agent
caused by or resulting from any Covered Cause of Loss.

This coverage does not apply to:
1.  Jewelry, furs or articles consisting principally of fur;
2.  Property located in or on the building described in the Declarations or in the open (or in a vehicle) within the distance shown in the Declarations, under BUSINESS PERSONAL PROPERTY - EXPANDED COVERAGE, from the described premises;
3.  Property at or on the premises of your salespersons and/or agents; or
4.  Merchandise intended for sale, which may be sold and shipped by you to others, or which has been purchased by you from others.

Our payment for any one loss shall not exceed the Limit of Insurance shown in the Declarations for SALESPERSON'S SAMPLES.

2.  Under SECTION B. EXCLUSIONS the following exclusions are added to apply only to this Additional Coverage.

a.  Breakage, marring, scratching, tearing or denting, unless caused by: fire or lightning; aircraft; theft and/or attempted theft; earthquake; flood; explosion; malicious damage or collision; derailment or overturn of a transporting conveyance.
b.  Mysterious or unexplained disappearance or from shortage disclosed by taking inventory.
c.  Theft from any vehicle, unless at the time of the theft there is actually in or upon such vehicle your salesperson, representative or a permanent employee, or a person whose sole duty it is to attend the vehicle.  This exclusion shall not apply to property in the custody of a common carrier.

3.  In addition to the conditions of this coverage form, the following conditions apply only to this Additional Coverage.

1.  **PAIR OR SET**
In case of loss of or damage to any part of a pair or set, we may:
(a)  repair or replace any part of the pair or set to restore it to its value before the loss; or
(b)  pay the difference between the actual cash value of the property before and after the loss.
2.  **PARTS**
In case of loss or damage to any part of property covered, consisting of several parts when complete, we shall pay only for the value of the part lost or damaged.

All other policy terms and conditions apply.

54063 (3-13)        Includes copyrighted material of ISO Commercial Services, Inc., with its permission:        Page 1 of 1

Agency Code   18-0335-00                                            Policy Number   48-008-572-03

54065 (8-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLLUTANT CLEAN UP AND REMOVAL

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

Under **A. COVERAGE, 5. Additional Coverages, h. Pollutant Clean Up and Removal** is deleted and replaced by the following:

**h.   Pollutant Clean Up and Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the release, discharge or dispersal of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period.  The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

**(1)**  The date of direct physical loss or damage; or

**(2)**  The end of the policy period.

The most we will pay under this Additional Coverage at each described premises for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy is the Limit of Insurance shown in the Declarations for POLLUTANT CLEAN UP AND REMOVAL.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1984, 1985, 1986

54065 (8-00)                                                                           Page 1 of 1

54066 (8-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PERSONAL EFFECTS AND PROPERTY OF OTHERS

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

1.  Under **A. COVERAGE, 5. Additional Coverages**, the following Additional Coverage is added:

    **Personal Effects and Property of Others**

    We shall pay for direct physical loss or damage to:

    **(1)**  Personal effects owned by you, your officers, your partners or your employees caused by or resulting from any Covered Cause of Loss except loss or damage by theft.

    **(2)**  Personal property of others in your care, custody or control caused by or resulting from any Covered Cause of Loss.

    Our payment for any one loss at any described premises shall not exceed the Limit of Insurance shown in the Declarations for PERSONAL EFFECTS AND PROPERTY OF OTHERS.  Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.  This coverage is excess over any other coverage provided by this policy.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1984, 1985, 1986

Agency Code   18-0335-00                                    Policy Number   48-008-572-03

54088 (9-09)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

The following exclusion is added to **B. EXCLUSIONS, 1. Applicable to Business Liability Coverage**:

**Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury", "property damage", "personal injury" or "advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

1. The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

2. The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

3. The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

4. Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
© Insurance Services Office, Inc., 2008

54088 (9-09)                                                      Page 1 of 1

Agency Code    18-0335-00                                                      Policy Number    48-008-572-03

54094 (11-19)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CHANGES - WATER DAMAGE EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

**B. EXCLUSIONS** is amended.  Exclusion **g. Water** is deleted and replaced by the following.

**g.   Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **g.(1)** through **(5)** is caused by an act of nature or is otherwise caused. However, if any of the above in Paragraphs **g.(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

All other policy terms and conditions apply.

54094 (11-19)        Includes copyrighted material of Insurance Services Office, Inc., with its permission.        Page 1 of 1

Agency Code    18-0335-00                                          Policy Number    48-008-572-03

54098 (5-07)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADJUSTED VALUE FACTOR INFLATION GUARD COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

Under **C. LIMITS OF INSURANCE, 4. Building Limit-Automatic Increase**, is deleted and replaced by the following:

**4. Building and Business Personal Property - Adjusted Value Inflation Guard Coverage**

   **a. Building Limit**

      **(1)** The Limit of Insurance for Buildings will automatically increase by the adjusted value factor shown in the Declarations for Building.

      **(2)** The amount of the increase will be:

         **(a)** The Building limit that applied on the most recent of the following:

            **1)** The policy inception date;

            **2)** The policy anniversary date; or

            **3)** The date of any other policy change amending the Building limit, times

         **(b)** The adjusted value factor shown in the Declarations, times

         **(c)** The number of days since the applicable date in **(2)(a)** immediately above divided by 365 days.

      **(3)** The Limit of Insurance for Buildings will be rounded to the nearest $100 at each renewal.

   **b. Business Personal Property Limit**

      **(1)** The Limit of Insurance for Business Personal Property will automatically increase by the adjusted value factor shown in the Declarations for Business Personal Property.

      **(2)** The amount of the increase will be:

         **(a)** The Business Personal Property limit that applied on the most recent of the following:

            **1)** The policy inception date;

            **2)** The policy anniversary date; or

            **3)** Any other policy change amending the Business Personal Property limit, times

         **(b)** The adjusted value factor shown in the Declarations, times

         **(c)** The number of days since the applicable date in **(2)(a)** immediately above divided by 365 days.

      **(3)** The Limit of Insurance for Business Personal Property will be rounded to the nearest $10 at each renewal.

Includes copyrighted materials of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1986, 1987.

54098 (5-07)                                                                                    Page 1 of 1

54340 (4-13)

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# BAILEES COVERAGE

This endorsement modifies insurance under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

1. Under **A. COVERAGE, 5. Additional Coverages**, the following Additional Coverage is added:
   **Bailees Coverage**
   a. We will pay for direct physical loss or damage to the property of others that:
      **(1)** Is in your possession or in the possession of any of your employees; or
      **(2)** Is being transported by you, any of your employees, a public carrier or mail service.
   b. We will also cover your actual incurred cost for labor and materials.
   c. We do not cover the following properties:
      **(1)** Property held for storage or for which a storage charge is made. If you do not have instructions from the owner of the goods to store goods held by you, such goods are not considered stored.
      **(2)** Property while in the possession of any person, company or corporation other than you, your employees, a public carrier or mail service.
      **(3)** Any land motor vehicle.
      **(4)** Watercraft.
      **(5)** Aircraft including objects falling from aircraft.
      **(6)** Accounts, bills, currency, deeds, food stamps or other evidences of debt, money, notes or securities.  Lottery tickets held for sale are not securities.
      **(7)** Contraband or property in the course of illegal transportation or trade.
   d. In addition to other policy exclusions, we will not pay for loss or damage caused directly or indirectly by any of the following.  Such loss is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.
      **(1)** Misappropriation, secretion, conversion, infidelity or any dishonest act by you or others or the employees or agents of either to whom the covered property may be entrusted.  This exclusion does not apply to carriers for hire.
      **(2)** Delay.
      **(3)** Vandalism or malicious mischief.
      **(4)** Burglary of property left in your delivery vehicles overnight unless locked and in your building which you oc-cupy.
   e. We will pay no more than the smallest of either:
      **(1)** The cost to replace damaged property with new property of similar quality and features reduced by the amount of decrease in value because of age, wear, obsolescence or market value applicable to the damaged property immediately prior to the loss; or
      **(2)** The Limit of Insurance shown in the Declarations for BAILEES COVERAGE.
      This is an additional amount of insurance.
      Our payment for loss of or damage to property of others will only be for the account of the owner of the property.
   f. No deductible applies to this Additional Coverage.

2. Under **E. PROPERTY LOSS CONDITIONS, 6. Loss Payment, d. (3)** the following is added:
   All property covered under Bailees Coverage.

All other policy terms and conditions apply.

54340 (4-13)        Includes copyrighted material of ISO Commercial Services, Inc., with its permission.        Page 1 of 1

Agency Code   18-0335-00

Policy Number   48-008-572-03

54364 (5-07)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

The following explanation is added with respect to application of the Exclusion of "Fungi", Wet Rot, Dry Rot And Bacteria and the Limited Coverage of the same title:

With respect to the portion of Covered Property that would still have required repair or replacement had there been no "fungi", wet or dry rot or bacteria, this Exclusion and Limited Coverage will not serve to limit the amount of recovery for such repair or replacement.

However, the Exclusions and Limited Coverage shall continue to apply to:

1.  The cost to treat, contain, remove or dispose of "fungi" wet rot, dry rot or bacteria beyond that which is required to repair or replace Covered Property;

2.  The cost of testing as described in the Limited Coverage; and

3.  Any increase in loss under Business Income and/or Extra Expense Forms resulting from **1.** or **2.** above.

Regardless of whether the Exclusion and Limited Coverage apply to a loss, the Limit of Insurance on Covered Property is not increased.  The maximum recoverable, for the total of the cost to repair or replace Covered Property and any additional covered cost to treat, contain, remove, dispose of or test for "fungi", wet or dry rot or bacteria, is the applicable Limit of Insurance on the affected Covered Property.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1984, 1985, 1987, 2002, 2004.

54364 (5-07)

Agency Code   18-0335-00                                                    Policy Number   48-008-572-03

54656 (8-91)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE PART

Exclusion f. under COVERAGE A is replaced by the following:

**f.** **(1)** "Bodily injury", "property damage" or "personal injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

    **(a)** At or from premises you own, rent or occupy;

    **(b)** At or from any site or location used by or for you or others for the handling, storage, disposal, processing or treatment of waste;

    **(c)** That are at any time transported, handled, stored, treated, disposed of, or processed as waste by or for you or any person or organization for whom you may be legally responsible; or

    **(d)** At or from any site or location on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations:

        **(i)** If the pollutants are brought on or to the site or location in connection with such operations; or

        **(ii)** If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize the pollutants.

**(2)** Any loss, cost or expense arising out of any governmental direction or request that you test for, monitor, clean up, remove, contain, treat, detoxify or neutralize the pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

Subparagraphs (a) and (d)(i) of paragraph (1) of this exclusion do not apply to "bodily injury", "property damage" or "personal injury" caused by heat, smoke or fumes from a hostile fire.  As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1984, 1985

54656 (8-91)                                                    Page 1 of 1

Agency Code   18-0335-00

Policy Number   48-008-572-03

54658 (4-07)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BUILDING GLASS COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

**1.   BUILDING GLASS COVERAGE**

    **a.**   If the Declarations indicates Building Glass applies, we will pay for direct physical loss or damage to your interior and exterior building glass, including all lettering and ornamentation.

    **b.**   We will also pay for necessary:

        **(1)** Expenses incurred to put up temporary plates or board up openings;

        **(2)** Repair or replacement of encasing frames; and

        **(3)** Expenses incurred to remove or replace obstructions.

    **c.**   **SECTION A.3., Covered Causes of Loss** and **SECTION B., EXCLUSIONS**, do not apply to this coverage, except for:

        **(1)** Paragraph **B.1.c., Governmental Action**;

        **(2)** Paragraph **B.1.d., Nuclear Hazard**; and

        **(3)** Paragraph **B.1.f., War and Military Action**.

    **d.**   We will not pay for loss or damage:

    Caused by or resulting from:

        **(1)** Wear and tear;

        **(2)** Hidden or latent defect;

        **(3)** Corrosion; or

        **(4)** Rust.

**2.**   **SECTION A.4., LIMITATIONS**, paragraph b. does not apply to this coverage.

**3.**   **SECTION C., LIMITS OF INSURANCE**, paragraph **1.** is deleted and replaced by:

    **1.**   The Limit of Insurance shown in the Declarations for:

        **a.**   The building is the most we will pay for all loss or damage to that building including interior and exterior glass, in any one occurrence; or

        **b.**   If no Limit of Insurance is shown for a building, the Limit of Insurance for business personal property is the most we will pay for all loss or damage to the business personal property, including interior and exterior glass, in any one occurrence.

**4.**   **SECTION D. DEDUCTIBLES** is revised as follows:

    **a.**   Paragraph **2.c.** is deleted.

    **b.**   Paragraph **4.** is added:

        **4.**   We will not pay for loss or damage to building glass in any one occurrence until the amount of loss or damage exceeds the glass deductible shown in the Declarations. We will then pay the amount of loss that exceeds the deductible.  This deductible applies only once per occurrence regardless of the number of insured buildings or the amount business personal property sustaining covered loss or damage.  The glass deductible will be used toward satisfying the requirements of the PROPERTY COVERAGES deductible in the Declarations.

**5.**   **SECTION G. OPTIONAL COVERAGES**, paragraph **2. Exterior Grade Floor Glass** is deleted.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

54658 (4-07)

Copyright, Insurance Services Office, Inc., 1984, 1985, 1986

Page 1 of 1

Agency Code   18-0335-00                                Policy Number   48-008-572-03

54659 (2-05)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# GUARANTEED BUILDING REPLACEMENT COST

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

It is agreed:

When Guaranteed Replacement Cost is shown in the Declarations, **C. LIMITS OF INSURANCE** is amended to include the following:

6. **Guaranteed Building Replacement Cost**

   If you have:

   a. permitted us to adjust the Limit of Insurance for the Building to reflect:

      (1) any increase due to inflation; and

      (2) property valuation estimates made by us;

   b. paid any additional premium for adjustment of the Limit of Insurance for the Building;

   c. notified us within 90 days from the start of construction of any new building, addition to or remodeling of an existing insured building, which

increases the replacement cost by $10,000 or more; and

   d. elected to repair or replace the damaged building

then, at the time of loss to your building, we will adjust the Limit of Insurance for Building to equal the current replacement cost of the building if the amount of loss to the building exceeds the Limits of Insurance as determined by **4. Building Limit - Automatic Increase**.

These provisions do not apply to any loss or damage to a covered building or structure resulting directly or indirectly from mine subsidence.

In no event shall our payment under the Additional Coverage, Limited Coverage For "Fungi", Wet Rot, Dry Rot and Bacteria, be increased because of these provisions.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1984, 1985, 1986, 2002

54659 (2-05)                                                                    Page 1 of 1

Agency Code   18-0335-00                                    Policy Number   48-008-572-03

54709 (4-10)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

The following exclusions apply in addition to those contained in **B. EXCLUSIONS, 1. Applicable to Business Liability Coverage**.

"Bodily injury", "personal injury" or "advertising injury":
**(1)** Arising out of any:
   **(a)** Refusal to employ;
   **(b)** Termination of employment;
   **(c)** Employment-related practice, policy, act or omission, including but not limited to coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at a person; or
   **(d)** Criminal or civil action brought against a person by or at the direction of the insured directly or indirectly related to any offense described in **(a)**, **(b)** or **(c)** above; or
**(2)** To anyone as a consequence of "bodily injury", "personal injury" or "advertising injury" to a person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, **(c)** or **(d)** above is directed.
This exclusion applies:
**(1)** Whether the insured may be liable as an employer or in any other capacity;
**(2)** Whether the offense is alleged to arise out of the employment during the course or scope of employment, outside the course or scope of employment or after termination of employment;
**(3)** Whether directly or indirectly related to a person's prospective, current or past employment; or
**(4)** To any obligation to share damages with or repay someone else who may pay damages because of the injury.

All other policy terms and conditions apply.

Includes material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1988

54709 (4-10)                                                                 Page 1 of 1

Agency Code   18-0335-00                                                   Policy Number   48-008-572-03

54745 (8-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# OUTDOOR PROPERTY

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

1.  Under **A. COVERAGE, 6. Coverage Extensions, c. Outdoor Property** is deleted.

2.  Under **A. COVERAGE, 5. Additional Coverages**, the following Additional Coverage is added:

**Outdoor Property**

We shall pay for direct physical loss or damage to your outdoor fences, radio and television antennas, trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss of or damage to:

**(1)** all trees, shrubs or plants (other than "stock" of trees, shrubs or plants) and all covered outdoor property is the Limit of Insurance shown in the Declarations for OUTDOOR PROPERTY.

**(2)** any one tree, shrub or plant (other than "stock" of trees, shrubs or plants) is the Limit of Insurance per item shown in the Declarations under TREES, SHRUBS OR PLANTS.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1984, 1985, 1986

54745 (8-00)                                                              Page 1 of 1

Agency Code    18-0335-00                                    Policy Number    48-008-572-03

54749 (8-10)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REFRIGERATED PRODUCTS

This endorsement modifies insurance under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

1.  Under **A. COVERAGE, 5. Additional Coverages, f. Business Income** and **g. Extra Expense** do not apply to the coverage provided by this Additional Coverage.

2.  Under **A. COVERAGE, 5. Additional Coverages**, the following Additional Coverage is added:
    **Refrigerated Products**
    We shall pay for loss of or damage to "perishable stock" caused directly by any of the following:
    a.  Mechanical breakdown of the refrigeration system; or
    b.  The interruption of electrical services to the refrigeration system caused by direct physical damage to the electrical generating or transmission equipment of your "local utility service". You must exercise diligence in inspecting and maintaining refrigeration equipment. If interruption of electrical service or mechanical or electrical breakdown is known, you must use all reasonable means to protect the covered property from further damage.

3.  Under **C. LIMITS OF INSURANCE**, the following limitation is added:
    The most we shall pay for all loss or damage caused directly by mechanical or electrical breakdown of the refrigeration system or the interruption of electrical service to the refrigeration system caused by direct physical damage by a Covered Cause of Loss to the electrical generating or transmission equipment of your "local utility service" in any one loss is the Limit of Insurance shown in the Declarations for REFRIGERATED PRODUCTS. In the event the amount of loss of or damage to "perishable stock" does not exceed the Limit of Insurance shown in the Declarations for REFRIGERATED PRODUCTS, you may at your option, apply the remainder of such Limit of Insurance to your actual loss Business Income or necessary Extra Expense, if any, subject to the terms and conditions of the BUSINESS INCOME AND EXTRA EXPENSE endorsement.

4.  Under **SECTION B. EXCLUSIONS**:

    a.  exclusion **1.e. Power Failure** is deleted and replaced by the following exclusion.
        **e.  Off-Premises Services**
        We shall not pay for loss or damage caused by or resulting from the failure to supply "power supply services" from any regional or national grid.
    b.  Exclusion **2.d.(6)** is deleted and replaced by the following exclusion for this Additional Coverage only:
        **(6)**  Mechanical breakdown, including rupture or bursting caused by centrifugal force. However, this does not apply to any resulting loss or damage caused by elevator collision or mechanical breakdown of refrigeration systems.

5.  **Definitions**
    The following definitions apply only to this Additional Coverage:

    **"Local Utility Service"** means your billing entity, repair entity or service entity directly providing "power supply services" to the premises described in the Declarations.

    **"Perishable stock"** means merchandise held in storage or for sale that is refrigerated for preservation and is susceptible to loss or damage if the refrigeration fails.

    **"Power Supply Services"** means the following types of property supplying electricity to the described premises that are not located on a described premises and not rented, leased or owned by any insured:
    **(1)**  Utility generating plants;
    **(2)**  Switching stations;
    **(3)**  Substations;
    **(4)**  Transformers; and
    **(5)**  Transmission lines.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 1984, 1985, 1986

54749 (8-10)                                                    Page 1 of 1

54750 (8-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEWLY ACQUIRED OR CONSTRUCTED PROPERTY

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

1.  Under **A. COVERAGE, 6. Coverage Extensions, a. Personal Property at Newly Acquired Premises**, is deleted.

2.  Under **A. COVERAGE, 5. Additional Coverages**, the following Additional Coverage is added:

    **Newly Acquired or Constructed Property**

    **a.**   We will pay for direct physical loss or damage to:

    **(1)**   Your new buildings while being built on the described premises; and

    **(2)**   Buildings you acquire at locations, other than the described premises, intended for:

    **(a)**   Similar use as the building described in the Declarations; or

    **(b)**   Use as a warehouse.

    The most we will pay for loss or damage is the Limit of Insurance shown in the Declarations for NEWLY ACQUIRED OR CONSTRUCTED PROPERTY.

    **b.**   We will pay for direct physical loss of or damage to Business Personal Property at any location you acquire other than at fairs or exhibitions.

    The most we will pay for loss or damage is the Limit of Insurance shown in the Declarations for BUSINESS PERSONAL PROPERTY AT NEWLY ACQUIRED PREMISES at each building.

    **c.**   Coverage for each newly acquired or constructed property will end when any of the following first occurs:

    **(1)**   This policy expires.

    **(2)**   The number of days shown in the Declarations under:

    **(a)**   NEWLY ACQUIRED OR CONSTRUCTED PROPERTY at new premises; or

    **(b)**   BUSINESS PERSONAL PROPERTY AT NEWLY ACQUIRED PREMISES;

    expire after you acquire or begin to construct the property.

    **(3)**   You report values to us.

    **(4)**   You secure other insurance for such property.

    We will charge you additional premium for values reported from the date construction begins or you acquire the property.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1984, 1985, 1986

Agency Code    18-0335-00                                   Policy Number    48-008-572-03

54752 (8-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BUSINESS PERSONAL PROPERTY OFF PREMISES

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

1.   Under **A. COVERAGE, 6. Coverage Extensions, b. Personal Property Off Premises** is deleted.

2.   Under **A. COVERAGE, 5. Additional Coverages**, the following Additional Coverage is added:

**Business Personal Property Off Premises**

We shall pay for direct physical loss of or damage to your Business Personal Property:

**a.**   That is temporarily at a location you do not own, lease or operate; and

**b.**   Caused by or resulting from any Covered Cause of Loss.

This Coverage does not apply to Covered Property:

**a.**   In or on a vehicle;

**b.**   In the care, custody or control of your salespersons; or

**c.**   At any fair or exhibition.

Our payment for any one loss shall not exceed the Limit of Insurance shown in the Declarations for BUSINESS PERSONAL PROPERTY OFF PREMISES.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Service Office, Inc., with its permission
Copyright, Insurance Services Office, Inc., 1984, 1986

Agency Code    18-0335-00                                        Policy Number    48-008-572-03

54961 (11-11)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYER'S LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

**1.** Under **B. EXCLUSIONS, 1. Applicable to Business Liability Coverage**, exclusion **e.** is deleted and replaced by the following exclusion.
  **e.** "Bodily injury" to:
  **(1)** An employee of any insured arising out of and in the course of employment by any insured; or
  **(2)** The spouse, child, parent, brother or sister of that employee as a consequence of Paragraph **(1)** above.
  This exclusion applies:
  **(1)** Whether any insured may be liable as an employer or in any other capacity; and
  **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.
  This exclusion does not apply to liability assumed by any insured under an "insured contract".

**2.** **C. WHO IS AN INSURED** is amended as follows. Paragraph **1.** is deleted and replaced by the following.
  **1.** If you are designated in the Declarations as:
  **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of business which you are the sole owner.
  **b.** A partnership or joint venture, you are an insured.  Your members, your partner, and their spouses are also insureds, but only with respect to the conduct of your business.
  **c.** A limited liability company, you are insured.  Your members are also insureds, but only with respect to the conduct of your business.
  **d.** An organization other than a partnership or joint venture, you are an insured.  Your ex-

ecutive officers and directors are insureds, but only with respect to their duties as your officers or directors.  Your stockholders are also insureds, but only with respect to their liability as stockholders.

However, with respect to paragraphs **1. a.** through **1. d.** above, no person is an insured for "bodily injury" or "personal injury":
  **a.** To:
  **(1)** You and your spouse if the Named Insured is an individual;
  **(2)** Your members, your partners, and their spouses if the Named Insured is a partnership or joint venture;
  **(3)** Your members if the Named Insured is a Limited Liability Company; or
  **(4)** Your executive officers and directors if the Named Insured is other than a partnership, joint venture or limited liability company.
  **b.** To an employee of any insured while in the course of his or her employment or performing duties related to the conduct of any insured's business.
  **c.** To the spouse, child, parent, brother or sister of any employee as a consequence of Paragraph **b.** immediately above.
  **d.** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **a.** and **b.** immediately above.
  **e.** Arising out of his or her providing or failing to provide professional health care services.

All other policy terms and conditions apply.

54961 (11-11)       Includes copyrighted material of Insurance Services Office, Inc., with its permission.       Page 1 of 1

Agency Code    18-0335-00

Policy Number    48-008-572-03

64728 (2-14)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE

A. The following is added to Paragraph **1.** of **B EXCLUSIONS**:

(1) Damages, other than damages because of "personal injury" and "advertising injury", arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

(2) Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.  The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

B. The following is added to Paragraph **p.** of **B EXCLUSIONS**:

**Personal Injury And Advertising Injury**

"Personal injury" and "advertising injury":

Arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

All other policy terms and conditions apply.

64728 (2-14)        Includes copyrighted material of Insurance Services Office, Inc., with its permission.        Page 1 of 1

Agency Code    18-0335-00                                      Policy Number    48-008-572-03

64839 (7-19)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CHANGES - ACTUAL CASH VALUE AND DEPRECIATION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

Wherever it appears in this Coverage Form and any endorsement attached to this Coverage Form:

1.  Actual cash value means the cost to repair or replace lost or damaged property with property of similar quality and features reduced by the amount of depreciation applicable to the lost or damaged property immediately prior to the loss.

2.  Depreciation means a decrease in value because of age, wear, obsolescence or market value and includes:

    a.  The cost of materials, labor and services;

    b.  Any applicable taxes; and

    c.  Profit and overhead

    necessary to repair, rebuild or replace lost or damaged property.

The meanings of actual cash value and depreciation in this endorsement supersede any provision in this Coverage Form and any endorsement attached to the Coverage Form to the contrary.

All other policy terms and conditions apply.

64839 (7-19)        Includes copyrighted material of Insurance Services Office, Inc., with its permission.        Page 1 of 1

Agency Code    18-0335-00                                                                    Policy Number    48-008-572-03

BP 00 02 01 87

# BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage.  Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations.  The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning.  Refer to SECTION H - PROPERTY DEFINITIONS.

## A.  COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1.  Covered Property

Covered Property, as used in this policy, means the following types of property for which a Limit of Insurance is shown in the Declarations:

**a.  Buildings**, meaning the buildings and structures at the premises described in the Declarations, including:

**(1)** Completed additions;

**(2)** Permanently installed fixtures, machinery and equipment;

**(3)** Your personal property in apartments or rooms furnished by you as landlord;

**(4)** Outdoor fixtures;

**(5)** Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

**(a)** Fire extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(6)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the buildings or structures;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

**b.  Business Personal Property** located in or on the buildings at the described premises or in the open (or in a vehicle) within 100 feet of the described premises, including:

**(1)** Property you own that is used in your business;

**(2)** Property of others that is in your care, custody or control; but this property is not covered for more than the amount for which you are legally liable, plus the cost of labor, materials or services furnished or arranged by you on personal property of others; and

**(3)** Tenant's improvements and betterments.  Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove.

Copyright, Insurance Services Office, Inc., 1984, 1986

### 2. Property Not Covered

Covered Property does not include:

**a.** Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

**b.** Bullion, money or securities;

**c.** Contraband, or property in the course of illegal transportation or trade;

**d.** Land (including land on which the property is located), water, growing crops or lawns;

**e.** Outdoor fences, radio or television antennas, including their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants, all except as provided in the:

    **(1)** Outdoor Property Coverage Extension; or

    **(2)** Outdoor Signs Optional Coverage;

**f.** Watercraft (including motors, equipment and accessories) while afloat.

### 3. Covered Causes of Loss

RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

**a.** Excluded in Section B., Exclusions; or

**b.** Limited in Paragraph A.4., Limitations;

that follow.

### 4. Limitations

**a.** We will not pay for loss of or damage to:

    **(1)** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

    **(2)** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

    **(3)** Property that is missing, but there is no physical evidence to show what happened to it, such as shortage disclosed on taking inventory. This limitation does not apply to the Optional Coverage for Money and Securities.

    **(4)** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**b.** We will not pay more for loss of or damage to glass that is part of a building or structure than $100 for each plate, pane, multiple plate insulating unit, radiant or solar heating panel, jalousie, louver, or shutter. We will not pay more than $500 for all loss of or damage to building glass that occurs at any one time.

This Limitation does not apply to loss or damage by the "specified causes of loss", except vandalism.

**c.** We will not pay for loss of or damage to fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken, unless caused by the "specified causes of loss" or building glass breakage. This restriction does not apply to:

    **(1)** Glass that is part of a building or structure;

    **(2)** Containers of property held for sale; or

    **(3)** Photographic or scientific instrument lenses.

**d.** For loss or damage by theft, the following types of property are covered only up to the limits shown:

    **(1)** $2,500 for furs, fur garments and garments trimmed with fur.

    **(2)** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold,

Copyright, Insurance Services Office, Inc., 1984, 1986

silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**(3)** $2,500 for patterns, dies, molds and forms.

**5. Additional Coverages**

**a. Debris Removal**

**(1)** We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earliest of:

**(a)** The date of direct physical loss or damage; or

**(b)** The end of the policy period.

**(2)** The most we will pay under this Additional Coverage is 25% of:

**(a)** The amount we pay for the direct loss or damage; plus

**(b)** The deductible in this policy applicable to that loss or damage.

But this limitation does not apply to any additional debris removal limit provided in paragraph (4) below.

**(3)** This Additional Coverage does not apply to costs to:

**(a)** Extract "pollutants" from land or water; or

**(b)** Remove, restore or replace polluted land or water.

**(4)** If:

**(a)** The sum of loss or damage and debris removal expense exceeds the Limit of Insurance; or

**(b)** The debris removal expense exceeds the amount payable under

the 25% Debris Removal coverage limitation in paragraph (2) above;

we will pay up to an additional $5,000 for each location in any one occurrence under the Debris Removal Additional Coverage.

**b. Preservation of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 10 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

**d. Collapse**

We will pay for loss or damage caused by or resulting from risks of direct physical loss involving collapse of a building or any part of a building caused only by one or more of the following:

**(1)** The "special causes of loss" or breakage of building glass, all only as insured against in this policy;

**(2)** Hidden decay;

**(3)** Hidden insect or vermin damage;

**(4)** Weight of people or personal property;

**(5)** Weight of rain that collects on a roof;

Copyright, Insurance Services Office, Inc., 1984, 1986

**(6)** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

We will not pay for loss of or damage to the following types of property, if otherwise covered in this policy, under items (2), (3), (4), (5) and (6) unless the loss or damage is a direct result of the collapse of a building:

awnings; gutters and downspouts; yard fixtures; outdoor swimming pools; piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls; walks, roadways and other paved surfaces.

Collapse does not include settling, cracking, shrinkage, bulging or expansion.

**e. Water damage**

If loss or damage caused by or resulting from a covered water damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or steam escapes.

We will not pay the cost of repairing or replacing the system or appliance itself; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**(1)** Results in sprinkler leakage; or

**(2)** Is directly caused by freezing.

**f. Business Income**

We will pay for the actual loss of Business Income you sustained due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises, including personal property in the open (or in a vehicle) within 100 feet, caused by or resulting from any Covered Cause of Loss.

We will only pay for loss of Business Income that occurs within 12 consecutive months after the date of direct physical loss or dam-

age. This Additional Coverage is not subject to the Limits of Insurance.

Business Income means the:

**(1)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**(2)** Continuing normal operating expenses incurred, including payroll.

**g. Extra Expense**

We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises, including personal property in the open (or in a vehicle) within 100 feet, caused by or resulting from a Covered Cause of Loss.

Extra Expense means expense incurred:

**(1)** To avoid or minimize the suspension of business and to continue "operations":

**(a)** At the described premises; or

**(b)** At replacement premises or at temporary locations, including:

**(i)** Relocation expenses; and

**(ii)** Costs to equip and operate the replacement or temporary locations.

**(2)** To minimize the suspension of business if you cannot continue "operations".

**(3) (a)** To repair or replace any property; or

**(b)** To research, replace or restore the lost information on damaged valuable papers and records;

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage f., Business Income.

We will only pay for Extra Expense that occurs within 12 consecutive months after

Copyright, Insurance Services Office, Inc., 1984, 1986

the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance.

**h. Pollutant Clean Up and Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the release, discharge or dispersal of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:

**(1)** The date of direct physical loss or damage; or

**(2)** The end of the policy period.

The most we will pay for each location under this Additional Coverage is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**6. Coverage Extensions**

In addition to the Limits of Insurance, you may extend the insurance provided by this policy as follows:

**a. Personal Property at Newly Acquired Premises**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to that property at any premises you acquire.

The most we will pay for loss or damage under this Extension is $10,000 at each premises.

**(2)** Insurance under this Extension for each newly acquired premises will end when any of the following first occurs:

**(a)** This policy expires.

**(b)** 30 days expire after you acquire or begin construction at the new premises; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the premises.

**b. Personal Property Off Premises**

You may extend the insurance that applies to Business Personal Property to apply to covered Business Personal Property, other than money and securities, while it is in course of transit or temporarily at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Extension is $1,000.

**c. Outdoor Property**

You may extend the insurance provided by this policy to apply to your outdoor fences, radio and television antennas, signs (other than signs attached to buildings), trees, shrubs and plants, including debris removal expense, caused by or resulting from any of the following causes of loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant.

**d. Valuable Papers and Records - Cost of Research**

You may extend the insurance that applies to Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist. The most we will pay under this Extension is $1,000 at each described premises.

**B. EXCLUSIONS**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such

loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a. Building Ordinance**

The enforcement of any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

**b. Earth Movement**

**(1)** Any earth movement (other than sinkhole collapse), such as an earthquake, landslide or earth sinking, rising or shifting.  But if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

**(2)** Volcanic eruption, explosion or effusion. But if loss or damage by fire, building glass breakage or volcanic action results, we will pay for that resulting loss or damage.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust, or particulate matter; or

**(c)** Lava flow.

All volcanic eruptions that occur within any 72-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if loss or damage by fire results, we will pay for that resulting loss or damage.

**e. Power Failure**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

**f. War and Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, u-surped power, or action taken by governmental authority in hindering or defending against any of these

**g. Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up from a sewer or drain; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

   Copyright, Insurance Services Office, Inc., 1984, 1986

Agency Code   18-0335-00  Policy Number   48-008-572-03

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

But if loss or damage by fire, explosion or sprinkler leakage results, we will pay for that resulting loss or damage.

2. We will not pay for loss or damage caused by or resulting from any of the following:

**a. Electrical Apparatus:** Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if loss or damage by fire results, we will pay for that resulting loss or damage.

**b. Consequential Losses:** Delay, loss of use or loss of market.

**c. Smoke, Vapor, Gas:** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. Maintenance Types of Loss:**

**(1)** Wear and tear;

**(2)** Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Insects, birds, rodents or other animals;

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force; or

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

But if loss or damage by the "specified causes of loss" or building glass breakage results, we will pay for that resulting loss or damage.

**e. Steam Apparatus:** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control.  But if loss or damage by fire or combustion explosion results, we will pay for that resulting loss or damage.  We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fire vessel or within the flues or passages through which the gases of combustion pass.

**f. Frozen Plumbing:** Water that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the water supply if the heat is not maintained.

**g. Dishonesty:** Dishonest or criminal act by you, any of your partners, employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others; or

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.

**h. False Pretense:** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do

   Copyright, Insurance Services Office, Inc., 1984, 1986

Agency Code   18-0335-00                                                                                 Policy Number   48-008-572-03

so by any fraudulent scheme, trick, device or false pretense.

**i.** **Exposed Property:** Rain, snow, ice or sleet to personal property in the open.

**j.** **Collapse:** Collapse, except as provided in the Additional Coverage for Collapse. But if loss or damage by a Covered Cause of Loss results at the described premises, we will pay for that resulting loss or damage.

**k.** **Pollution:** We will not pay for loss or damage caused by or resulting from the release, discharge or dispersal of "pollutants" unless the release, discharge or dispersal is itself caused by any of the "specified causes of loss". But if loss or damage by the "specified causes of loss" results, we will pay for the resulting damage caused by the "specified causes of loss".

**3.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

**a.** **Weather Conditions:** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the loss or damage.

**b.** **Acts or Decisions:** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** **Negligent Work:** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4.** **Business Income and Extra Expense Exclusions.** We will not pay for:

**a.** Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

**(1)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(2)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration".

**b.** Any other consequential loss.

## C. LIMITS OF INSURANCE

**1.** The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

**2.** The most we will pay for loss of or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

**3.** The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

**4.** **Building Limit - Automatic Increase**

**a.** The Limit of Insurance for Buildings will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Building limit that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Building limit, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

Agency Code    18-0335-00                                              Policy Number    48-008-572-03

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Building limit, divided by 365.

Example:

If:  The applicable Building limit is $100,000.
The annual percentage increase is 8%.
The number of days since the beginning of the policy year (or last policy change) is 146.

The amount of increase is
$100,000 x .08 x 146 ÷ 365 ≈ $3,200.

**5. Business Personal Property Limit - Seasonal Increase**

a. The Limit of Insurance for Business Personal Property will automatically increase by 25% to provide for seasonal variations.

b. This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

(1) The 12 months immediately preceding the date the loss or damage occurs; or

(2) The period of time you have been in business as of the date the loss or damage occurs.

**D. DEDUCTIBLES**

1. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

2. Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under all of the following Optional Coverages in any one occurrence is $250:

a. Money and Securities;

b. Employee Dishonesty;

c. Exterior Grade Floor Glass; and

d. Outdoor Signs.

But this $250 deductible will not increase the deductible shown in the Declarations. This deductible will be used to satisfy the requirements of the deductible in the Declarations.

3. No deductible applies to the following Additional Coverages:

a. Fire Department Service Charge;

b. Business Income; and

c. Extra Expense.

**E. PROPERTY LOSS CONDITIONS**

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

You must see that the following are done in the event of loss or damage to Covered Property:

a. Notify the police if a law may have been broken.

b. Give us prompt notice of the loss or damage. Include a description of the property involved.

**c.** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**d.** Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the limit of insurance.

**e.** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**f.** Permit us to inspect the property and records proving the loss or damage.

**g.** If requested, permit us to question you under oath at such times as may be reasonably required about any matter relating to this insurance of your claim, including your books and records. In such event, your answers must be signed.

**h.** Send us a signed, sworn statement of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**i.** Cooperate with us in the investigation or settlement of the claim.

**j.** Resume all or part of your "operations" as quickly as possible.

**4. Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

**a.** There has been full compliance with all of the terms of this insurance; and

**b.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**5. Limitation - Electronic Media and Records**

We will not pay for any loss of Business Income caused by direct physical loss of or damage to Electronic Media and Records after the longer of:

**a.** 60 consecutive days from the date of direct physical loss or damage; or

**b.** The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace with reasonable speed and similar quality, other property at the described premises due to loss or damage caused by the same occurrence.

Electronic Media and Records are:

**(1)** Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

**(2)** Data stored on such media; or

**(3)** Programming records used for electronic data processing or electronically controlled equipment.

Example No. **1**:

A Covered Cause of Loss damages a computer on June 1. It takes until September 1 to replace the computer, and until October 1 to restore the data that was lost when the damage occurred. We will only pay for the Business Income Loss sustained during the period June 1 - September 1. Loss during the period September 2 - October 1 is not covered.

Example No. **2**:

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1 - September 29 (60 consecutive days). Loss during the period September 30 - October 15 is not covered.

**6. Loss Payment**

In the event of loss or damage covered by this policy:

**a.** We will not pay you more than your financial interest in the Covered Property.

Copyright, Insurance Services Office, Inc., 1984, 1986

**b.** We will either:

    **(1)** Pay the value of lost or damaged property, as described in paragraph d. below;

    **(2)** Pay the cost of repairing or replacing the lost or damaged property, plus any reduction in value of repaired items;

    **(3)** Take all or any part of the property at an agreed or appraised value; or

    **(4)** Repair, rebuild or replace the property with other property of like kind and quality.

**c.** We will give notice of our intentions within 30 days after we receive the sworn statement of loss.

**d.** We will determine the value of Covered Property as follows:

    **(1)** At replacement cost (without deduction for depreciation), except as provided in (2) through (7) below.

        **(a)** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

        **(b)** We will not pay on a replacement cost basis for any loss or damage:

            **(i)** Until the lost or damaged property is actually repaired or replaced; and

            **(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

        **(c)** We will not pay more for loss or damage on a replacement cost basis than the least of:

            **(i)** The cost to replace, on the same premises, the lost or damaged property with other property:

                **i.** Of comparable material and quality; and

                **ii.** Used for the same purpose; or

            **(ii)** The amount you actually spend that is necessary to repair or replace the lost or damaged property.

    **(2)** If the "Actual Cash Value Buildings" option applies, as shown in the Declarations, paragraph (1) above does not apply to Buildings. Instead, we will determine the value of Buildings at actual cash value.

    **(3)** The following property at actual cash value:

        **(a)** Used or second-hand merchandise held in storage or for sale;

        **(b)** Property of others;

        **(c)** Household contents, except personal property in apartments or rooms furnished by you as landlord,

        **(d)** Manuscripts;

        **(e)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

    **(4)** Glass at the cost of replacement with safety glazing material if required by law.

    **(5)** Tenants' Improvements and Betterments at:

        **(a)** Replacement cost if you make repairs promptly.

        **(b)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

 Copyright, Insurance Services Office, Inc., 1984, 1986

**(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(ii)** Divide the amount determined in (i) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(c)** Nothing if others pay for repairs or replacement.

**(6)** Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

**(a)** Blank materials for reproducing the records; and

**(b)** Labor to transcribe or copy the records.

**(7)** Applicable only to the Optional Coverages:

**(a)** Money at its face value; and

**(b)** Securities at their value at the close of business on the day the loss is discovered.

**e.** Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn statement of loss, if:

**(1)** You have complied with all of the terms of this policy; and

**(2) (a)** We have reached agreement with you on the amount of loss; or

**(b)** An appraisal award has been made.

**7.   Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At our option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**8.   Resumption of Operations**

We will reduce the amount of your:

**a.** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**b.** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**9.   Vacancy**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage, we will:

**a.** Not pay for any loss or damage caused by:

**(1)** Vandalism;

**(2)** Sprinkler leakage, unless you have protected the system against freezing;

**(3)** Building glass breakage;

**(4)** Water damage;

**(5)** Theft; or

**(6)** Attempted Theft.

**b.** Reduce the amount we would otherwise pay for the loss or damage by 15%.

Agency Code    18-0335-00                                                        Policy Number    48-008-572-03

Buildings under construction are not considered vacant.

## F. PROPERTY GENERAL CONDITIONS

### 1. Control of Property

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

If you violate a condition of this policy, we will not pay for loss or damage at the involved location. But your coverage will continue for other locations at which the violation does not apply.

### 2. Mortgage Holders

**a.** The term "mortgage holder" includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

    **(1)** Pays any premium due under this policy at our request if you have failed to do so;

    **(2)** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

    **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this policy will then apply directly to the mortgage holder.

**e.** If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

    **(1)** The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

    **(2)** The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgage holder at least:

    **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

    **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we do not renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

### 3. No Benefit to Bailee

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

### 4. Policy Period, Coverage Territory

Under this form:

**a.** We cover loss or damage commencing:

    **(1)** During the policy period shown in the Declarations; and

    **(2)** Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

**b.** The coverage territory is:

    **(1)** The United States of America (including its territories and possessions);

    **(2)** Puerto Rico; and

BP 00 02 01 87                  Copyright, Insurance Services Office, Inc., 1984, 1986                  Page 13 of 18

**(3)** Canada.

## G. OPTIONAL COVERAGES

If shown as applicable in the Declarations, the following Optional Coverages also apply. These coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below.

**1. Outdoor Signs**

**a.** We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

  **(1)** Owned by you; or

  **(2)** Owned by others but in your care, custody or control.

**b.** Paragraph A.3., Covered Causes of Loss, and Section B., Exclusions, do not apply to this Optional Coverage, except for:

  **(1)** Paragraph B.1.c., Governmental Action;

  **(2)** Paragraph B.1.d., Nuclear Hazard; and

  **(3)** Paragraph B.1.f., War and Military Action.

**c.** We will not pay for loss or damage caused by or resulting from:

  **(1)** Wear and tear;

  **(2)** Hidden or latent defect;

  **(3)** Rust;

  **(4)** Corrosion; or

  **(5)** Mechanical breakdown.

**d.** The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Outdoor Signs shown in the Declarations.

**e.** The provisions of this Optional Coverage supersede all other references to outdoor signs in this policy.

**2. Exterior Grade Floor Glass**

**a.** We will pay for direct physical loss of or damage to all exterior grade floor and basement glass, including all lettering and ornamentation, located at the described premises and:

  **(1)** Owned by you; or

  **(2)** Owned by others but in your care, custody or control.

**b.** We will also pay for necessary:

  **(1)** Expenses incurred to put up temporary plates or board up openings;

  **(2)** Repair or replacement of encasing frames; and

  **(3)** Expenses incurred to remove or replace obstructions.

**c.** Paragraph A.3., Covered Causes of Loss, and Section B., Exclusions, do not apply to this Optional Coverage, except for:

  **(1)** Paragraph B.1.c., Governmental Action;

  **(2)** Paragraph B.1.d., Nuclear Hazard; and

  **(3)** Paragraph B.1.f., War and Military Action.

**d.** We will not pay for loss or damage caused by or resulting from:

  **(1)** Wear and tear;

  **(2)** Hidden or latent defect;

  **(3)** Corrosion; or

  **(4)** Rust.

**e.** This Optional Coverage supersedes all limitations in this policy that apply to exterior grade floor glass.

**3. Money and Securities**

**a.** We will pay for loss of money and securities used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the

Agency Code   18-0335-00                                                         Policy Number   48-008-572-03

property, at the described premises, or in transit between any of these places, resulting directly from:

(1) Theft, meaning any act of stealing;

(2) Disappearance; or

(3) Destruction.

b. In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

(1) Resulting from accounting or arithmetical errors or omissions;

(2) Due to the giving or surrendering of property in any exchange or purchase; or

(3) Of property contained in any money-operated device unless the amount of money deposited in it is recorded by a continuous recording instrument in the device.

c. The most we will pay for loss in any one occurrence is:

(1) The limit shown in the Declarations for Inside the Premises for money and securities while:

(a) In or on the described premises; or

(b) Within a bank or savings institution; and

(2) The limit shown in the Declarations for Outside the Premises for money and securities while anywhere else.

d. All loss:

(1) Caused by one or more persons; or

(2) Involving a single act or series of related acts;

is considered one occurrence.

e. You must keep records of all money and securities so we can verify the amount of any loss or damage.

4. **Employee Dishonesty**

a. We will pay for direct loss of or damage to Business Personal Property, including money and securities, resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you and your partner) with the manifest intent to:

(1) Cause you to sustain loss or damage; and also

(2) Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

(a) Any employee; or

(b) Any other person or organization.

b. We will not pay for loss or damage:

(1) Resulting from any dishonest or criminal act that you or any of your partners commit whether acting alone or in collusion with other persons.

(2) The only proof of which as to its existence or amount is:

(a) An inventory computation; or

(b) A profit and loss computation.

c. The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Employee Dishonesty shown in the Declarations.

d. All loss or damage:

(1) Caused by one or more persons; or

(2) Involving a single act or series of related acts;

is considered one occurrence.

e. We will pay only for loss or damage you sustain through acts committed or events occurring during the Policy Period.

Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

f.  This Optional Coverage does not apply to any employee immediately upon discovery by:

(1)  You; or

(2)  Any of your partners, officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

g.  We will pay only for covered loss or damage discovered no later than one year from the end of the Policy Period.

h.  if you (or any predecessor in interest) sustained loss or damage during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

(1)  This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

(2)  The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

i.  The insurance under paragraph h. above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

(1)  This Optional Coverage as of its effective date; or

(2)  The prior insurance had it remained in effect.

5.  **Mechanical Breakdown**

a.  We will pay for direct damage to Covered Property caused by an Accident to an Object.  The Object must be:

(1)  Owned by you or in your care, custody or control; and

(2)  At the described premises.

b.  Accident means a sudden and accidental breakdown of the Object or a part of the Object.  At the time the breakdown occurs, it must manifest itself by physical damage to the Object that necessitates repair or replacement.

c.  None of the following is an Accident:

(1)  Depletion, deterioration, corrosion or erosion;

(2)  Wear and tear;

(3)  Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

(4)  Breakdown of any vacuum tube, gas tube or brush;

(5)  Breakdown of any electronic computer or electronic data processing equipment;

(6)  Breakdown of any structure or foundation supporting the Object or any of its parts;

(7)  The functioning of any safety or protective device; or

(8)  The explosion of gases or fuel within the furnace of any Object or within the flues or passages through which the gases of combustion pass.

d.  Object means any of the following equipment:

(1)  Boiler and Pressure Vessels:

(a)  Steam heating boilers and condensate return tanks used with them;

(b)  Hot water heating boilers and expansion tanks used with them;

(c)  Hot water supply boilers;

(d)  Other fired or unfired vessels used for maintenance or service of the

 Copyright, Insurance Services Office, Inc., 1984, 1986

Agency Code   18-0335-00

Policy Number   48-008-572-03

discarded premises but not used for processing or manufacturing;

**(e)** Steam boiler piping, valves, fittings, traps and separators, but only if they:

**(i)** Are on your premises or between parts of your premises;

**(ii)** Contain steam or condensate of steam; and

**(iii)** Are not part of any other vessel or apparatus;

**(f)** Feed water piping between any steam boiler and a feed pump or injector.

**(2)** Air Conditioning Units - Any air conditioning unit that has a capacity of 60,000 Btu or more, including:

**(a)** Inductors, converters and coils that make use of a refrigerant and form part of a cooling, humidity control or space heating system;

**(b)** Interconnecting piping, valves and fittings containing only a refrigerant, water, brine or other solution;

**(c)** Vessels heated directly or indirectly that:

**(i)** Form part of an absorption type system; and

**(ii)** Function as a generator, refrigerator or concentrator;

**(d)** Compressors, pumps, fans and blowers used solely with the system together with their driving electric motors; and

**(e)** Control equipment used solely with the system.

**e.** Object does not mean:

**(1)** As Boiler and Pressure Vessels:

**(a)** Equipment that is not under internal vacuum or internal pressure other than weight of contents;

**(b)** Boiler settings;

**(c)** Insulating or refractory material; or

**(d)** Electrical, reciprocating or rotating apparatus within or forming a part of the boiler or vessel.

**(2)** As Air Conditioning Units, any:

**(a)** Vessel, cooling tower, reservoir or other source of cooling water for a condenser or compressor, or any water piping leading to or from that source; or

**(b)** Wiring or piping leading to or from the unit.

**f.** We will not pay for an Accident to any Object while being tested.

**g. Suspension**

Whenever an Object is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an Accident to that Object. This can be done by delivering or mailing a written notice of suspension to:

**(1)** Your last known address; or

**(2)** The address where the object is located.

If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**H. PROPERTY DEFINITIONS**

**1. "Operations"** means your business activities occurring at the described premises.

**2. "Period of Restoration"** means the period of time that:

**a.** Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

**b.** Ends on the date when the property at the described premises should be repaired,

   Copyright, Insurance Services Office, Inc., 1984, 1986

Agency Code   18-0335-00

Policy Number   48-008-572-03

rebuilt or replaced with reasonable speed and similar quality.

"Period of restoration" does not include any increased period required due to the enforcement of any law that:

(1) Regulates the construction, use or repair, or requires the tearing down of any property; or

(2) Regulates the prevention, control, repair, clean-up or restoration of environmental damage.

The expiration date of this policy will not cut short the "period of restoration".

3. **"Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.  Waste includes materials to be recycled, reconditioned or reclaimed.

4. **"Specified Causes of Loss"** means the following:

Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or similar rock formations.  It does not include the cost of filling sinkholes.

b. Falling objects does not include loss of or damage to:

(1) Personal property in the open; or

(2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam.

Copyright, Insurance Services Office, Inc., 1984, 1986

Agency Code    18-0335-00                                                                 Policy Number    48-008-572-03

BP 00 06 01 87

# BUSINESSOWNERS LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage.  Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations.  The words "we", "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under SECTION C - WHO IS AN INSURED.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION F - LIABILITY AND MEDICAL EXPENSES DEFINITIONS.

## A.  COVERAGES

1.  **Business Liability** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies.  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under COVERAGE EXTENSION SUPPLEMENTARY PAYMENTS.

    a.  This insurance applies only:

        (1)  To "bodily injury" or "property damage":

            (a)  That occurs during the policy period; and

            (b)  That is caused by an "occurrence". The "occurrence" must take place in the "coverage territory".

        (2)  To "personal injury" caused by an offense:

            (a)  Committed in the "coverage territory" during the policy period; and

            (b)  Arising out of the conduct of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you.

        (3)  To "advertising injury" caused by an offense committed:

            (a)  In the "coverage territory" during the policy period; and

        (b)  In the course of advertising your goods, products or services.

    b.  We will have the right and duty to defend any "suit" seeking those damages.  But

        (1)  The amount we will pay for damages is limited as described in Section D - Limits of Insurance;

        (2)  We may investigate and settle any claim or "suit" at our discretion; and

        (3)  Our right and duty to defend will end when we have used up the applicable limit of insurance in the payment of judgment or settlements or medical expenses.

    c.  Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting from the "bodily injury".

    d.  "Property damage" that is loss of use of tangible property that is not physically injured will be deemed to occur at the time of the "occurrence" that caused it.

    e.  **Coverage Extension - Supplementary Payments**

        In addition to the Limit of Insurance, we will pay, with respect to any claim or "suit" we defend:

        (1)  All expenses we incur.

BP 00 06 01 87                    Copyright, Insurance Services Office, Inc., 1984, 1985                    Page 1 of 12

**(2)** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

**(4)** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $100 a day because of time off from work.

**(5)** All costs taxed against the insured in the "suit".

**(6)** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**(7)** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

**2.. Medical Expenses**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us, within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the Limit of Insurance. We will pay reasonable expenses for:

**(1)** First aid at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**B. EXCLUSIONS**

**1. Applicable to Business Liability Coverage -**

This insurance does not apply to:

**a.** "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b.** "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** Assumed in a contract or agreement that is an "insured contract", or

**(2)** That the insured would have in the absence of the contract or agreement.

**c.** "Bodily injury" or "property damage" for which any insured may be held liable by reason of any:

**(1)** Causing or contributing to the intoxication of any person;

(2) the furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d.** Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

**e.** "Bodily injury" to:

(1) An employee of the insured arising out of and in the course of employment by the insured; or

(2) The spouse, child, parent, brother or sister of that employee as a consequence of (1) above.

This exclusion applies:

(a) Whether the insured may be liable as an employer or in any other capacity; and

(b) to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f.** (1) "bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, release or escape of pollutants:

(a) At or from premises you own, rent or occupy;

(b) At or from any site or location used by or for you or others for the handling, storage, disposal, processing or treatment of waste;

(c) That are at any time transported, handled, stored, treated, disposed of, or processed as waste by or for

you or any person or organization for whom you may be legally responsible; or

(d) At or from any site or location on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations:

(i) If the pollutants are brought on or to the site or location in connection with such operations; or

(ii) If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize the pollutants.

(2) Any loss, cost or expense arising out of any governmental direction or request that you test for, monitor, clean up, remove, contain, treat, detoxify or neutralize the pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

Subparagraphs (a) and (d)(i) of paragraph (1) of this exclusion do not apply to "bodily injury" or "property damage" caused by heat, smoke or fumes from a hostile fire. As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

**g.** "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is

(a) Less than 26 feet long; and

   Copyright, Insurance Services Office, Inc., 1984, 1985

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the following equipment:

**(a)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(b)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**h.** "Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice or preparation for, a prearranged racing, speed or demolition contest or in any stunting activity.

**i.** "Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j.** "Bodily injury" or "property damage" due to rendering or failure to render any professional service. This includes but is not limited to:

**(1)** Legal, accounting or advertising services;

**(2)** Preparing, approving, or failing to prepare or approve maps, drawings,

opinions, reports, surveys, change orders, designs or specifications;

**(3)** Supervisory, inspection or engineering services;

**(4)** Medical, surgical, dental, x-ray or nursing services or treatment;

**(5)** Any health service or treatment;

**(6)** Any cosmetic or tonsorial service or treatment;

**(7)** Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

**(8)** Ear piercing services; and

**(9)** Services in the practice of pharmacy; but this exclusion does not apply to an insured whose operations include those of a retail druggist or drugstore.

**k.** "Property damage" to:

**(1)** Property you own, rent or occupy;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in your care, custody or control;

**(5)** That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf is performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Agency Code   18-0335-00

Policy Number   48-008-572-03

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard."

**l.** "Property damage" to "your product" arising out of it or any part of it.

**m.** "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**n.** "Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work", or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**o.** Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product;"

**(2)** "Your work;" or

**(3)** "Impaired property;"

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**p.** "Personal injury" or "advertising injury:"

**(1)** Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

**(2)** Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

**(3)** Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured; or

**(4)** For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**q.** "Advertising injury" arising out of:

**(1)** Breach of contract, other than misappropriation of advertising ideas under an implied contract;

**(2)** The failure of goods, products or services to conform with advertised quality or performance;

**(3)** The wrong description of the price of goods, products or services; or

**(4)** An offense committed by an insured whose business is advertising, broadcasting, publishing or telecasting.

Exclusions c., d., e., f., g., h., i., k., l., m., n. and o. do not apply to damage by fire or explosion to premises rented to you. A separate Limit of Insurance applies to this coverage as described in Section D., Limits of Insurance.

**2. Applicable to Medical Expenses Coverage -**

We will not pay expenses for "bodily injury":

**a.** To any insured.

**b.** To a person hired to do work for or on behalf of any insured or a tenant of any insured.

BP 00 06 01 87

Copyright, Insurance Services Office, Inc., 1984, 1985

Agency Code   18-0335-00                                                       Policy Number   48-008-572-03

c. To a person injured on that part of premises you own or rent that the person normally occupies.

d. To a person, whether or not an employee of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers compensation or disability benefits law or a similar law.

e. To a person injured while taking part in athletics.

f. Included within the "products-completed operations hazard".

g. Excluded under Business Liability Coverage.

h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

3. **Applicable to both Business Liability Coverage and Medical Expenses Coverage - Nuclear Energy Liability Exclusion.**

This insurance does not apply:

a. Under Business Liability Coverage to "bodily injury" or "property damage":

   (1) With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

      (a) Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

      (b) The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of

America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

b. Under Medical Expenses Coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

c. Under Business Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of the "nuclear material", if:

   (1) The "nuclear material":

      (a) Is at any "nuclear facility" owned by, or operated by or on behalf of, an insured; or

      (b) Has been discharged or dispersed therefrom;

   (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

   (3) The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility"; but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

As used in this exclusion:

*"byproduct material"* has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

*"hazardous properties"* include radioactive, toxic or explosive properties;

*"nuclear facility"* means;:

Copyright, Insurance Services Office, Inc., 1984, 1985

Agency Code   18-0335-00                                                          Policy Number   48-008-572-03

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for:

    (1) Separating the isotopes of uranium or plutonium;

    (2) Processing or utilizing "spent fuel"; or

    (3) Handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

*"nuclear material"* means "source material", "special nuclear material" or "byproduct material";

*"nuclear reactor"* means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

*"property damage"* includes all forms of radioactive contamination of property.

*"source material"* has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

*"special nuclear material"* has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof; *"spent fuel"* means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor"; *"waste"* means any waste material:

(a) Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content; and

(b) Resulting from the operation by any person or organization of any "nuclear facility" included under paragraphs (a) and (b) of the definition of "nuclear facility"

## C.  WHO IS AN INSURED

1. If you are designated in the Declarations as:

    a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

    b. A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

    c. An organization other than a partnership or joint venture, you are an insured. Your executive officers and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

    a. Your employees, other than your executive officers; but only for acts within the scope of their employment by you. However, none of these employees is an insured for:

        (1) "Bodily injury" or "property damage" to you or to a co-employee while in the course of his or her employment;

        (2) "Bodily Injury" or "personal injury" arising out of his or her providing or failing to provide professional health care services; or

        (3) "Property damage" to property owned or occupied by or rented or loaned to that employee, any of your other employees, or any of your partners or members (if you are a partnership or joint venture).

**b.** Any person (other than your employee), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

    **(1)** With respect to liability arising out of the maintenance or use of that property; and

    **(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-employee of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**D. LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE**

**1.** The limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The most we will pay for the sum of all damages because of all:

**a.** "Bodily injury", "property damage" and medical expenses arising out of any one "occurrence"; and

**b.** "Personal injury" and "advertising injury" sustained by any one person or organization;

is the Liability and Medical Expenses limit shown in the Declarations. But the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses limit shown in the Declarations.

**3.** The most we will pay under Business Liability Coverage for damages because of "property damage" to premises rented to you arising out of any one fire or explosion is the Fire Legal Liability limit shown in the Declarations.

**4. Aggregate Limits**

The most we will pay for:

**a.** Injury or damage under the "products-completed operations hazard" arising from all "occurrences" during the policy period is the Liability and Medical Expenses limit; and

**b.** All other injury or damage, including medical expenses, arising from all "occurrences" during the policy period is twice the Liability and Medical Expenses limit. This limitation does not apply to "property damage" to premises rented to you arising out of fire or explosion.

The limits of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E. LIABILITY AND MEDICAL EXPENSES GENERAL CONDITIONS**

Agency Code    18-0335-00

Policy Number    48-008-572-03

1.  **Bankruptcy**

    Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy

2.  **Duties in The Event Of Occurrence, Claim Or Suit**

    a.  You must see to it that we are notified promptly of an "occurrence" that may result in a claim.  Notice should include:

        **(1)** How, when and where the "occurrence" took place; and

        **(2)** The names and addresses of any injured persons and witnesses.

    b.  If a claim is made or "suit" is brought against any insured, you must see to it that we receive prompt written notice of the claim or "suit".

    c.  You and any other involved insured must:

        **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

        **(2)** Authorize us to obtain records and other information;

        **(3)** Cooperate with us in the investigation, settlement or defense of the claim or "suit"; and

        **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

    d.  No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3.  **Financial Responsibility Laws**

    a.  When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, the insurance provided by the policy for "bodily injury" liability and

    "property damage" liability will comply with the provisions of the law to the extent of the coverage and limits of insurance required by that law.

    b.  With respect to "mobile equipment" to which this insurance applies, we will provide any liability, uninsured motorists, underinsured motorists, no-fault or other coverage required by any motor vehicle law.  We will provide the required limits for those coverages.

4.  **Legal Action Against Us**

    No person or organization has a right under this policy:

    a.  To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

    b.  To sue us on this policy unless all of its terms have been fully complied with.

    A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance.  An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

5.  **Separation Of Insureds**

    Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

    a.  As if each named Insured were the only Named Insured; and

    b.  Separately to each insured against whom claim is made or "suit" is brought.

**F.  LIABILITY AND MEDICAL EXPENSES DEFINITIONS**

1.  **"Advertising Injury"** means injury arising out of one or more of the following offenses:

    a.  Oral or written publication of material that slanders or libels a person or organization or

    Copyright, Insurance Services Office, Inc., 1984, 1985

Agency Code   18-0335-00                                                              Policy Number   48-008-572-03

disparages a person's or organization's goods, products or services;

**b.** Oral or written publication of material that violates a person's right of privacy;

**c.** Misappropriation of advertising ideas or style of doing business; or

**d.** Infringement of copyright, title or slogan.

**2.** **"Auto"** means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

**3.** **"Bodily injury"** means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** **"Coverage Territory"** means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a. above; or

**c.** All parts of the world if:

**(1)** The injury or damage arises out of:

**(a)** Goods or products made or sold by you in the territory described in a. above; or

**(b)** The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; and

**(2)** The insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in a. above or in a settlement we agree to.

**5.** **"Impaired Property"** means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

**(1)** The repair, replacement, adjustment or removal of "your product" or "your work"; or

**(2)** Your fulfilling the terms of the contract or agreement.

**6.** **"Insured Contract"** means:

**(a)** A lease of premises;

**(b)** A sidetrack agreement;

**(c)** An easement or license agreement in connection with vehicle or pedestrian private railroad crossings at grade;

**(d)** Any other easement agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**(e)** An indemnification of a municipality as required by ordinance, except in connection with work for a municipality;

**(f)** An elevator maintenance agreement; or

**(g)** That part of any other contract or agreement pertaining to your business under which you assume the tort liability of another to pay damages because of "bodily injury" or "property damage" to a third person or organization, if the contract or agreement is made prior to the "bodily injury" or "property damage". Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

An "insured contract" does not include that part of any contract or agreement:

**(a)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(1)** Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

**(2)** Giving directions or instructions, or failing to give them, if that is the primary cause of injury or damage;

**(b)** Under which the insured, if an architect, engineer or surveyor, assumes liability for injury or damage arising out of the insured's rendering or failing to render professional services, including those listed in (a) above and supervisory, inspection or engineering services; or

**(c)** That indemnifies any person or organization for damage by fire or explosion to premises rented or loaned to you.

**7.** **"Loading or Unloading"** means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**8.** **"Mobile Equipment"** means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, on which are permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to

permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing;

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equpiment.

**9.** **"Occurrence"** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**10.** **"Personal Injury"** means injury, other than "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** Wrongful entry into, or eviction of a person from, a room, dwelling or premises that the person occupies;

**d.** Oral or written publication of material that slanders or libels a person or organization or

Copyright, Insurance Services Office, Inc., 1984, 1985

disparages a person's or organization's goods, products or services; or

**e.** Oral or written publication of material that violates a person's right of privacy.

**11. a. "Products - Completed Operations Hazard"** includes all "bodily injury" and "property damage" arising out of "your product" or "your work" except:

    **(1)** Products that are still in your physical possession; or

    **(2)** Work that has not yet been completed or abandoned.

The "bodily injury" or "property damage" must occur away from premises you own or rent, unless your business includes the selling, handling or distribution of "your product" for consumption on premises you own or rent.

**b.** "Your work" will be deemed completed at the earliest of the following times:

    **(1)** When all of the work called for in your contract has been completed.

    **(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

    **(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**c.** This hazard does not include "bodily injury" or "property damage" arising out of:

    **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the "loading or unloading" of it; or

    **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials.

**12. "Property Damage"** means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property; or

**b.** Loss of use of tangible property that is not physically injured.

**13. "Suit"** means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes an arbitration proceeding alleging such damages to which you must submit or submit with our consent.

**14. "Your Product"** means:

**a.** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

    **(1)** You;

    **(2)** Others trading under your name; or

    **(3)** A person or organization whose business or assets you have acquired; and

**b.** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in a. and b. above.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

**15. "Your Work"** means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in a. or b. above.

Copyright, Insurance Services Office, Inc., 1984, 1985

Agency Code    18-0335-00                                                      Policy Number    48-008-572-03

BP 00 09 01 87

# BUSINESSOWNERS COMMON POLICY CONDITIONS

All coverages of this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 5 days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy.

      (1) The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

         (a) Seasonal unoccupancy; or

         (b) Buildings in the course of construction, renovation or addition.

         Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

      (2) After damage by a covered cause of loss, permanent repairs to the building:

         (a) Have not started, and

         (b) Have not been contracted for,

         within 30 days of initial payment of loss.

      (3) The building has:

         (a) An outstanding order to vacate;

         (b) An outstanding demolition order; or

         (c) Been declared unsafe by governmental authority.

      (4) Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

      (5) Failure to:

         (a) Furnish necessary heat, water sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

         (b) Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

   b. 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

   c. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

BP 00 09 01 87                      Copyright, Insurance Services Office, Inc., 1984, 1985                      Page 1 of 3

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. CONCEALMENT, MISREPRESENTATION OR FRAUD

This policy is void in any case of fraud by you at any time as it relates to this policy. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This policy;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this policy.

## D. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## E. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;
2. Give you reports on the conditions we find; and
3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that condition:

1. Are safe or healthful; or
2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization, which makes insurance inspections, surveys, reports or recommendations.

## F. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## G. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

## H. OTHER INSURANCE

1. If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

2. Business Liability Coverage is excess over any other insurance that insures for direct physical loss or damage.

3. When this insurance is excess, we will have no duty under Business Liability Coverage to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

## I. PREMIUMS

1. The first named Insured shown in the Declarations:

    a. Is responsible for the payment of all premiums; and
    b. Will be the payee for any return premiums we pay.

2. The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

Agency Code   18-0335-00

Policy Number   48-008-572-03

**3.** With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

    **a.** Paid to us prior to the anniversary date; and

    **b.** Determined in accordance with paragraph 2. above.

Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

**4.** Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

**J. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

**1.** Applicable to Businessowners Property coverage:

If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

    **a.** Prior to a loss to your Covered Property.

    **b.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

    **(1)** Someone insured by this insurance;

    **(2)** A business firm:

        **(a)** Owned or controlled by you; or

        **(b)** That owns or controls you; or

    **(3)** Your tenant.

You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

This will not restrict your insurance.

**2.** Applicable to Businessowners Liability coverage:

If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Expenses Coverage.

**K. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1984, 1985

Agency Code    18-0335-00                                                                Policy Number    48-008-572-03

BUSINESSOWNERS
BP 01 76 12 00

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

**A.** Paragraph **A.1.** of the **Cancellation** Common Policy Condition is replaced by the following:

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation stating a future date on which the policy is to be cancelled, subject to the following:

**a.** If only the interest of the first Named Insured is affected, the effective date of cancellation will be either the date we receive notice from the first Named Insured or the date specified in the notice, whichever is later.  However, upon receiving a written notice of cancellation from the first Named Insured, we may waive the requirement that the notice state the future date of cancellation, by confirming the date and time of cancellation in writing to the first Named Insured.

**b.** If by statute, regulation or contract this policy may not be cancelled unless notice is given to a governmental agency, mortgagee or other third party, we will mail or deliver at least 10 days notice to the first Named Insured and the third party as soon as practicable after receiving the first Named Insured's request for cancellation.

Our notice will state the effective date of cancellation, which will be the later of the following:

**(1)** 10 days from the date of mailing or delivering our notice, or

**(2)** The effective date of cancellation stated in the first Named Insured's notice to us.

**B.** Paragraph **A.5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5. Premium Refund**

**a.** If this policy is cancelled, we will send the first Named Insured any premium refund due.

**b.** If we cancel, the refund will be pro rata, except as provided in **c.** below.

**c.** If the cancellation results from failure of the first Named Insured to pay, when due, any premium to us or any amount, when due, under a premium finance agreement, then the refund may be less than pro rata.  Calculation of the return premium at less than pro rata represents a penalty charged on unearned premium.

**d.** If the first Named Insured cancels, the refund may be less than pro rata.

**e.** The cancellation will be effective even if we have not made or offered a refund.

**C.** The following is added to the **Cancellation** Common Policy Condition and supersedes any other provisions to the contrary:

If we decide to:

**1.** Cancel or nonrenew this policy; or

**2.** Increase current policy premium by more than 15% (other than any increase due to change in risk, exposure or experience modification or resulting from an audit of auditable coverages); or

BP 01 76 12 00                              Copyright, Insurance Services Office, Inc., 2000                              Page 1 of 2

Agency Code   18-0335-00                                      Policy Number   48-008-572-03

3.   Change any policy provision which would limit or restrict coverage;

Then:

We will mail or deliver notice of our action (including the dollar amount of any increase in renewal premium of more than 15%) to the first Named Insured and lienholder, if any, at the last mailing address known to us.  Except as applicable as described in Paragraph **D.** below, we will mail or deliver notice at least:

1.   10 days before the effective date of cancellation if this policy has been in effect less than 60 days or if we cancel for nonpayment of premium; or

2.   45 days before the effective date of cancellation if this policy has been in effect 60 or more days and we cancel for a reason other than nonpayment of premium; or

3.   45 days before the expiration date of this policy if we decide to nonrenew, increase the premium or limit or restrict coverage.

**D.**   The following provisions apply to insurance covering residential real property only if the Named Insured is a natural person.  With respect to such insurance, the following is added to the **Cancellation** Common Policy Condition and supersedes any provisions to the contrary:

1.   When this policy has been in effect for 60 days or less and is not a renewal with us, we may cancel for any reason by notifying the first Named Insured at least 10 days before the date cancellation takes effect.

2.   When this policy has been in effect for more than 60 days, or at any time if it is a renewal with us, we may cancel only for one or more of the following reasons:

(a)   Nonpayment of premium, whether payable to us or to our agent;

(b)   Upon discovery of fraud, concealment of a material fact, or material misrepresentation made by or with the knowledge of any person insured under this policy in obtaining

this policy, continuing this policy or presenting a claim under this policy;

(c)   Upon the occurrence of a change in the risk which substantially increases any hazard insured against; or

(d)   Upon the violation of any of the material terms or conditions of this policy by any person insured under this policy.

We may cancel by providing notice to the first Named Insured at least:

•   10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

•   45 days before the effective date of cancellation if we cancel for any of the reasons listed in **(b)**, **(c)** or **(d)** above.

**E.**   The following is added to Paragraph **B.2. Exclusions** in the Businessowners Property Coverage Forms:

1.   We will not pay for loss or damage arising out of any act committed:

a.   By or at the direction of any insured; and

b.   With the intent to cause a loss.

2.   However, this exclusion will not apply to deny coverage to an innocent co-insured, provided the loss:

a.   Is otherwise covered under this Policy; and

b.   Arose out of an act of family violence by an insured, against whom a family violence complaint is brought for such act.

3.   If we pay a claim pursuant to Paragraph **E.2.**, our payment to the insured is limited to that insured's legal interest in the property less any payments we first made to a mortgageholder or other party with a legal secured interest in the property.  In no event will we pay more than the Limit of Insurance.

BP 01 76 12 00                 Copyright, Insurance Services Office, Inc., 2000                 Page 2 of 2

Agency Code    18-0335-00                                                 Policy Number    48-008-572-03

54070 (2-05)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ORDINANCE OR LAW

This endorsement modifies insurance under the following:

    BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM
    BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

Under **A. COVERAGE, 5. Additional Coverages**, the following Additional Coverage is added:

**Ordinance or Law**

**A. Coverage**

    1.  **Coverage A - Coverage For Loss to the Undamaged Portion of the Building.**

        If a Covered Cause of Loss occurs to Covered Building Property and a Limit of Insurance is shown in the Declarations under:

        **a.**  ORDINANCE OR LAW - COVERAGE A, B AND C COMBINED; or

        **b.**  ORDINANCE OR LAW - COVERAGE A

        we will pay for loss to the undamaged portion of the building caused by enforcement of any ordinance or law that:

        **a.**  Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

        **b.**  Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

        **c.**  Is in force at the time of loss.

        When ORDINANCE OR LAW - COVERAGE A is shown in the Declarations, Coverage A is included within the Limit of Insurance applicable to the Covered Building Property shown in the Declarations.

This is not an additional amount of insurance.

    2.  **Coverage B - Demolition Cost Coverage.**

        If a Covered Cause of Loss occurs to Covered Building Property and a Limit of Insurance is shown in the Declarations under:

        **a.**  ORDINANCE OR LAW - COVERAGE A, B AND C COMBINED; or

        **b.**  ORDINANCE OR LAW - COVERAGE B

        we will pay the cost to demolish and clear the site of undamaged parts of the property caused by enforcement of building, zoning or land use ordinance or law in force at the time of the loss.

    3.  **Coverage C - Increased Cost of Construction Coverage.**

        If a Covered Cause of Loss occurs to Covered Building Property and a Limit of Insurance is shown in the Declarations under:

        **a.**  ORDINANCE OR LAW - COVERAGE A, B AND C COMBINED; or

        **b.**  ORDINANCE OR LAW - COVERAGE C

        we will pay for the increased cost to repair, rebuild or construct the property caused by enforcement of building, zoning or land use ordinance or law in force at the time of the loss.  If the property is repaired or rebuilt, it must be intended for similar occupancy as the current property, unless otherwise required by zoning or land use ordinance or law in force at the time of the loss.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1984, 1985, 1986, 1989
Copyright, ISO Properties, Inc., 2002

54070 (2-05)

Agency Code   18-0335-00

Policy Number   48-008-572-03

However, we will not pay for the increased cost of construction if the building is not repaired or replaced.

**B. Exclusion**

The following exclusion applies only to the coverage provided by this endorsement.

We will not pay, under this endorsement for:

a. Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread of any activity of "fungi", wet rot, dry rot or bacteria; or

b. The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet rot, dry rot or bacteria.

**C. Limit of Insurance**

When a Limit of Insurance is shown in the Declarations for:

1. ORDINANCE OR LAW - COVERAGE A, B AND C COMBINED, the most we shall pay for the total of all covered loss caused by the enforcement of any ordinance or law under Coverage A, Coverage B and Coverage C combined, is such limit.

2. a. ORDINANCE OR LAW - COVERAGE A;

   b. ORDINANCE OR LAW - COVERAGE B; or

   c. ORDINANCE OR LAW - COVERAGE C

   the most we shall pay for covered loss caused by the enforcement of any ordinance or law under each coverage is the applicable limit shown.

Subject to **C.1** and **C.2** above the following loss payment provisions apply.

1. **Under Coverage A - Coverage for Loss to the Undamaged Portion of the Building:**

a. If the Replacement Cost option applies and the property is repaired or replaced, on the same or another premises, we will not pay more for loss or damage to Covered Building Property caused by enforcement of an ordinance or law, than the lesser of:

   (1) The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

   (2) The Limit of Insurance applicable to the Covered Building Property.

b. If the Replacement Cost option applies and the property is not repaired or replaced or if the Replacement Cost option does not apply, we will not pay more for loss or damage to Covered Building Property caused by enforcement of an ordinance or law, than the lesser of:

   (1) The actual cash value of the building at the time of loss;

   (2) The Limit of Insurance shown in the Declarations under:

      (a) ORDINANCE OR LAW - COVERAGE A;

      (b) ORDINANCE OR LAW - COVERAGE A, B AND C COMBINED; or

      (c) ORDINANCE OR LAW - COVERAGE A and ORDINANCE OR LAW - COVERAGE A, B AND C COMBINED;

   (3) The Limit of Insurance applicable to the Covered Building Property.

2. **Coverage B - Demolition Cost Coverage**

We will not pay more under Coverage B - Demolition Cost Coverage than the lesser of the following:

**a.** The amount you actually spend to demolish and clear the site of the described premises; or

**b.** The Limit of Insurance shown in the Declarations under:

    **(a)** ORDINANCE OR LAW - COVERAGE B;

    **(b)** ORDINANCE OR LAW - COVERAGE A, B AND C COMBINED; or

    **(c)** ORDINANCE OR LAW - COVERAGE B and ORDINANCE OR LAW - COVERAGE A, B AND C COMBINED.

**3. Coverage C - Increased Cost of Construction Coverage**

  **a.** We will not pay under Coverage C - Increased Cost of Construction Coverage:

    **(1)** Until the property is actually repaired or replaced, at the same or another premises; and

    **(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may, at our option, extend this period in writing during the two years.

  **b.** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage C is the lesser of:

    **(1)** The increased cost of construction at the same premises; or

    **(2)** The Limit of Insurance shown in the Declarations under:

      **(a)** ORDINANCE OR LAW - COVERAGE C;

      **(b)** ORDINANCE OR LAW - COVERAGE A, B AND C COMBINED; or

    **(c)** ORDINANCE OR LAW - COVERAGE C and ORDINANCE OR LAW - COVERAGE A, B AND C COMBINED.

  **c.** If the ordinance or law requires relocation to another premises, the most we will pay under Coverage C is the lesser of:

    **(1)** The increased cost of construction at the new premises; or

    **(2)** The Limit of Insurance shown in the Declarations under:

      **(a)** ORDINANCE OR LAW - COVERAGE C;

      **(b)** ORDINANCE OR LAW - COVERAGE A, B AND C COMBINED; or

      **(c)** ORDINANCE OR LAW - COVERAGE C and ORDINANCE OR LAW - COVERAGE A, B AND C COMBINED.

**4.** When a Limit of Insurance is shown in the Declarations for ORDINANCE OR LAW - COVERAGE A, B AND C COMBINED and in the event the total amount paid under Coverage A, Coverage B and Coverage C combined does not exceed such Limit of Insurance, you may at your option, apply the remainder of such Limit of Insurance to your actual loss of Business Income or necessary Extra Expense, if any, subject to the terms and conditions of the BUSINESS INCOME AND EXTRA EXPENSE endorsement.

**D.** Under SECTION B., EXCLUSIONS, 1. a. does not apply to the coverage provided by this endorsement only.

**E.** When a covered Cause of Loss occurs to Covered Building Property shown in the Declarations and coverage is subsequently provided by this endorsement, the definition of "Period of Restoration" contained in SECTION H. PROPERTY DEFINITIONS is deleted and replaced by the following:

"Period of Restoration" means the period of time that:

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1984, 1985, 1986, 1989
Copyright, ISO Properties, Inc., 2002

Agency Code    18-0335-00

Policy Number    48-008-572-03

1. Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

2. Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

"Period of restoration" does not include any increased period required due to the enforcement of any law that regulates the prevention, control, repair, clean-up or restoration of environmental damage.

The expiration date of this policy will not cut short the "period of restoration".

**F.** The terms of this endorsement apply separately to each building to which this endorsement applies.

**G.** Under **H. PROPERTY DEFINITIONS**, the following definition is added:

"Fungi" means any type or form of fungus, including but not limited to mold, mildew, mycotoxins, spores, scents or byproducts produced or released by any type or form of fungus.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1984, 1985, 1986, 1989
Copyright, ISO Properties, Inc., 2002

54070 (2-05)

Page 4 of 4

Agency Code   18-0335-00                                          Policy Number   48-008-572-03

54227 (8-00)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BUSINESS INCOME AND EXTRA EXPENSE

This endorsement modifies insurance provided under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

1.  Under **A. COVERAGE, 5. Additional Coverages, f. Business Income and g. Extra Expense** are deleted and replaced by the following:

    **f.   Business Income**

    Subject to the Limit of Insurance provisions of this endorsement, we will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration".  The suspension must be caused by direct physical loss of or damage to property at the described premises, including personal property in the open (or in a vehicle) within the distance shown in the Declarations under BUSINESS PERSONAL PROPERTY - EXPANDED COVERAGE, caused by or resulting from any Covered Cause of Loss.

    Business Income means the:

    **(1)** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

    **(2)** Continuing normal operating expenses incurred, including payroll.

    **g.   Extra Expense**

    Subject to the Limit of Insurance provisions of this endorsement, we will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises, including personal property in the open (or in a vehicle) within the distance shown in the Declarations under BUSINESS PERSONAL PROPERTY - EXPANDED COVERAGE, caused by or resulting from a Covered Cause of Loss.

    Extra Expense means expense incurred:

    **(1)** To avoid or minimize the suspension of business and to continue "operations":

    　　**(a)** At the described premises; or

    　　**(b)** At replacement premises or at temporary locations, including:

    　　　　**1)** Relocation expenses; and

    　　　　**2)** Costs to equip and operate the replacement or temporary locations.

    **(2)** To minimize the suspension of business if you cannot continue "operations".

    **(3) (a)** To repair or replace any property; or

    　　**(b)** To research, replace or restore the lost information on damaged valuable papers and records;

    to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or the Additional Coverage, f. Business Income.

2.  **Limit of Insurance**

    Under **C. LIMITS OF INSURANCE**, the following provisions are added and apply only to the Additional Coverages, Business Income and Extra Expense.

    **a.** In the event of loss or damage to Covered Property which is covered by the following Additional Coverages:

    　　**(1)** WATER BACK-UP FROM SEWERS OR DRAINS;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1986

54227 (8-00)                                                          Page 1 of 2

**(2)** REFRIGERATED PRODUCTS;
**(3)** OFF-PREMISES UTILITY SERVICE FAILURE; or
**(4)** ORDINANCE OR LAW;

and you sustain actual loss of Business Income due to the necessary suspension of your "operations" during the "period of restoration" or incur necessary Extra Expense during the "period of restoration", we shall not pay more than the applicable Limit of Insurance shown in the Declarations for:

**(1)** WATER BACK-UP FROM SEWERS OR DRAINS;
**(2)** REFRIGERATED PRODUCTS;
**(3)** OFF-PREMISES UTILITY SERVICE FAILURE; or
**(4)** ORDINANCE OR LAW;

for all loss or damage including Business Income and Extra Expense.

This provision does not apply to the Additional Coverage, ORDINANCE OR LAW, only when a

Limit of Insurance is shown in the Declarations for one or more of the following:

**(1)** ORDINANCE OR LAW - COVERAGE A;
**(2)** ORDINANCE OR LAW - COVERAGE B; or
**(3)** ORDINANCE OR LAW - COVERAGE C.

**b.** In the event loss of or damage to Covered Property is not covered by the following Additional Coverages:

**(1)** WATER BACK-UP FROM SEWERS OR DRAINS;
**(2)** REFRIGERATED PRODUCTS;
**(3)** OFF-PREMISES UTILITY SERVICE FAILURE; or
**(4)** ORDINANCE OR LAW;

we will only pay for loss of Business Income and Extra Expense that occurs within 12 consecutive months after the date of direct physical loss of or damage. This Additional Coverage is not subject to the Limits of Insurance.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1986

54227 (8-00)

Agency Code   18-0335-00                                                Policy Number   48-008-572-03

54228 (4-13)

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

# ELECTRONIC EQUIPMENT

This endorsement modifies insurance under the following:

BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

It is agreed:

Under **A. COVERAGE, 5. Additional Coverages,** the following Additional Coverage is added:

**Electronic Equipment**

1. **COVERAGE**
   **Covered Property**
   **(1) Scheduled Equipment**
   When scheduled in the Declarations, we will pay for direct physical loss of or damage to:
   **(a)** Electronic equipment, component parts of such equipment and air conditioning equipment necessary for the operation of the electronic equipment which you own, which is leased or rented to you, or which is in your care, custody or control while located at the premises described in the Declarations.
   **(b)** "Laptop computers", component parts of such equipment and "media" designated for use with a covered "laptop computer" which you own, which is leased or rented to you or which is in your care, custody or control.
   Direct physical loss of or damage to Covered Property must be caused by a Covered Cause of Loss.
   **(2) Unscheduled Equipment**
   **(a)** When a limit of insurance is shown in the Declarations under ELECTRONIC EQUIPMENT, EQUIPMENT-UNSCHEDULED, for unscheduled equipment, we will pay for direct physical loss of or damage to electronic equipment, component parts of such equipment and air conditioning equipment necessary for the operation of the electronic equipment which you own, which is leased or rented to you or which is in your care, custody or control while located at the premises described in the Declarations.

   We do not cover unscheduled laptop computers.

   **(b)** When a limit of insurance is shown in the Declarations under ELECTRONIC EQUIPMENT, MEDIA, we will pay for direct physical loss of or damage to "media" which you own, which is leased or rented to you or which is in your care, custody or control while located at the premises described in the Declarations.  We will pay for your costs to research, replace or restore information on "media" which has incurred direct physical loss or damage by a Covered Cause of Loss.

   Direct physical loss of or damage to Covered Property must be caused by a Covered Cause of Loss.
2. **EXCLUSIONS**
   Under B. EXCLUSIONS, of the COVERAGE FORM, the following exclusions are added to apply to this Additional Coverage.
   **a.** Wear and tear, inherent vice, hidden or latent defect, gradual deterioration, insects, vermin, rodents, depreciation, or by processing or any work on the property.  We will cover accidental direct physical loss from fire or explosion which is caused by any of these.
   **b.** Loss or damage caused by:
   **(1)** Corrosion or rusting;

**(2)** Dryness or dampness of atmosphere; or
**(3)** Extremes of temperature
unless directly resulting from accidental direct physical damage to the electronic equipment system's air conditioning equipment caused by a peril not excluded by this endorsement.
**c.** Any dishonest, fraudulent or criminal act by:
    **(1)** You;
    **(2)** Your partners; or
    **(3)** Any of your officers, directors or trustees
    whether acting alone or in collusion with others.
**d.** "Electrical disturbance" unless caused by lightning.
**e.** Loss or damage caused by:
    **(1)** Data processing "media" failure; or
    **(2)** Breakdown or malfunction of the data processing equipment and component parts
    while the "media" is being run through the system.  We will cover loss, damage or expense caused directly by ensuing fire or explosion.
**f.** Actual work upon, installation or testing of Covered Property.  We will cover loss caused by ensuing fire or explosion.
**g.** Faulty construction or error in the design of the Covered Property.  We will cover loss, damage or expense caused directly by ensuing fire or explosion.
**h.** Delay or loss of market.
**i.** Loss or damage caused by or resulting from improper operation of Covered Property.
**j.** Breakage, marring, scratching, tearing or denting of any "laptop computer" unless caused by: fire or lightning; aircraft; theft and/or attempted theft; earthquake; flood; explosion; malicious damage or collision, derailment or overturn of a transporting conveyance.
**k.** Loss or damage to any "laptop computer" not scheduled in the Declarations.
**3. LIMIT OF INSURANCE**
Accidental direct physical loss of or damage to Covered Property shall be adjusted on the basis of:
**a.** Actual cash value; or
**b.** Replacement cost
whichever is indicated in the Declarations as applying to the damaged Covered Property.  Actual cash value includes deduction for depreciation.
**a.** When loss to Covered Property is settled at the actual cash value of the property at the time of loss, we shall pay no more than the lesser of the following:
    **(1)** The cost to repair or replace the damaged Covered Property with property of like kind and quality; or
    **(2)** The Limit of Insurance shown in the Declarations for the Covered Property.
**b.** When loss to Covered Property is settled at replacement cost of the Covered Property at the time of loss, we shall pay no more than the lesser of the following:
    **(1)** The full cost to repair the Covered Property;
    **(2)** The full cost to replace the Covered Property with property of like kind and quality even if the property has technological advantages, provided such Covered Property is capable of performing the same function as the equipment being replaced; or
    **(3)** The Limit of Insurance shown in the Declarations for the Covered Property.
**c.** We shall pay no more for "media" than the lesser of the following:
    **(1)** The actual cost to repair, replace or reproduce the "media";
    **(2)** If the "media" is not repaired, replaced or reproduced, the value of blank "media" of the same type; or
    **(3)** The Limit of Insurance shown in the Declarations for "media".
The Limit of Insurance shown in the Declarations for Covered Property is the total limit of our liability for loss or damage to all Covered Property in any one occurrence at one location.  With respect to Covered Property you do not own, we will pay no more than the amount for which you are legally liable.
**4. COVERAGE EXTENSIONS**
    **a. Property At Newly Acquired Or Temporary Locations**
    We will pay for accidental direct physical loss or damage to Covered Property caused by a Covered Cause of Loss at:
    **(1)** Any location you acquire for similar occupancy or warehousing purposes; or

**(2)** Any temporary location, other than fairs or exhibitions, you acquire for similar occupancy or warehousing purposes

other than at the premises shown in the Declarations, but within territorial limits.

The most we will pay for loss or damage under this extension is the Limit of Insurance shown in the Declarations under ELECTRONIC EQUIPMENT, EQUIPMENT - UNSCHEDULED.

This coverage extension will stop:
**(1)** 60 days from your acquisition of such property; or
**(2)** On the date values of Covered Property at such locations are reported to us; or
**(3)** On the expiration date of the policy
whichever comes first.

Additional premium for the values reported shall be due and payable from the date the property arrives at such locations.

**b. Newly Acquired Property**
We will pay for accidental direct physical loss or damage, caused by a Covered Cause of Loss, to additional property you acquire of the same type as the Covered Property described in a. COVERED PROPERTY above while at any one location.

The most we will pay for loss or damage under this extension is the Limit of Insurance shown in the Declarations under ELECTRONIC EQUIPMENT, EQUIPMENT - UNSCHEDULED.

This coverage extension will stop:
**(1)** 60 days from your acquisition of such property; or
**(2)** On the date values of such property are reported to us; or
**(3)** On the expiration date of the policy
whichever comes first.

Additional premium for the values reported shall be due and payable from the date the property is acquired.

**5. ADDITIONAL COVERAGES**
**a. Transportation**
We will pay for accidental direct physical loss of or damage to Covered Property caused by:
**(1)** Fire, lightning, explosion, smoke, riot and civil commotion, and vandalism and malicious mischief;
**(2)** The overturning, upset or collision of the vehicle, transporting the covered property, with another vehicle or object other than the road bed; or
**(3)** Theft of an entire case or package from a vehicle:
    **(a)** While such property is in a fully enclosed and securely locked body or compartment; and
    **(b)** Theft results from forcible entry, evidenced by visible marks
that occurs during transportation by motor vehicles you own, lease or operate.

We do not cover property held as samples, held for rental or sale, or that you rent to others while in the care, custody or control of salespersons.

Our liability in any one occurrence shall not exceed the Limit of Insurance shown in the Declarations under ELECTRONIC EQUIPMENT, TRANSPORTATION.

**b. Business Income and Extra Expense**
**(1) Business Income**
    **(a)** We will pay for the actual loss of Business Income you sustain due to the necessary, suspension of your "operations" during the "period of restoration".  The suspension must be the direct result of interruption of your business caused by accidental direct physical loss of or damage to:
        **1)** The electronic equipment or "media" covered by this Additional Coverage;
        **2)** The building housing the electronic equipment or "media" that prevents access to and use of the electronic equipment or "media"; or

     **3)** The air conditioning or electrical systems that are required to operate the electronic equipment, provided such damage or destruction is inside the building or outside within 100 feet of the building caused by the perils insured against and subject to (4) EXCLUSIONS below.

**(b)** We will also pay expenses you incur to reduce the covered loss.  We will not pay for expenses:

     **1)** You incur to extinguish a fire; or

     **2)** Expenses that exceed the amount by which the covered loss is reduced.

Business Income means the:

**(a)** Net Income (Net Profit or Loss  before income taxes) that would have been earned or incurred; and

**(b)** Continuing normal operating expenses incurred, including payroll.

**(2) Extra Expense**

**(a)** We will pay necessary Extra Expense, other than loss of Business Income, you incur during the "period of restoration" that you would not have incurred following accidental direct physical loss of or damage to:

     **1)** The electronic equipment or "media" covered by this Additional Coverage;

     **2)** The building housing the electronic equipment or "media" that prevents access to and use of the equipment or "media"; or

     **3)** The air conditioning or electrical systems that are required to operate the electronic equipment, provided such damage or destruction is inside the building or outside within 100 feet of the building caused by the perils insured against and subject to (4) EXCLUSIONS below.

**(b)** We will also cover the cost to repair, replace or restore:

     **1)** Books of accounts, abstracts, drawings;

     **2)** Card index systems; or

     **3)** Other records or data such as film, tape, disks, drum, cell or other magnetic storage or recording "media" for electronic data processing

that have been damaged or destroyed by perils we insure against, if such cost:

     **1)** Exceeds the normal cost for such repair, replacement or restoration; and

     **2)** Was incurred to reduce loss under this Additional Coverage.

However, we will cover no more of such excess cost than the amount by which the total extra expense payable under this coverage was reduced.

Extra Expense means expense incurred to avoid or minimize the suspension of business and continue "operations":

**(a)** At the described premises; or

**(b)** At replacement premises or at temporary locations, including:

     **1)** Relocation expenses.

     **2)** Costs to equip and operate the replacement or temporary locations.

     **3)** Costs to minimize the suspension of business if you cannot continue "operations".

     **4) (a)** Costs to expedite repair or replace any Covered Property; or

        **(b)** Costs to expedite research, replace or restore the lost information on damaged valuable papers and records:

     to the extent it reduces the amount of loss that otherwise would have been payable under the Additional Coverage, Business Income, of this endorsement.

**(3) Coverage Extension**

We extend Business Income and Extra Expense to include the actual loss or damage sustained by you which is a direct result of an interruption of the business covered by this policy because access to the described business premises is prohibited by order of civil authority because of damage or destruction of property adjacent to the described premises by the perils insured against.  Coverage applies while access is denied, but no longer than two consecutive weeks.

**(4) Exclusions**

The following exclusions apply only to the Business Income and Extra Expense provisions of this Additional Coverage above, in addition to those contained in B. EXCLUSIONS:

**(a)** We will not pay for any Extra Expense or increase of Business Income loss, caused by any of the following, whether or not any other cause or happening contributes concurrently or in any sequence to the loss or damage:

     **1)** Enforcement of any local or state ordinance or law regulating construction, repair or demolition of buildings or structures;

      2) Interference at the described premises by strikers or other persons with:

         **a)** Rebuilding, repairing or replacing the property; or

         **b)** Resumption or continuation of business; or

      **3)** The suspension, lapse, or cancellation of any lease, license, contract or order beyond the "period of restoration".

**(b)** We will not cover loss or damage caused directly or indirectly by any of the following, whether or not any other cause or happening contributes concurrently or in any sequence to the loss or damage:

      **1)** Theft of any property, which is not an integral part of a building or structure at the time of loss. We will cover direct loss that ensues from a peril not excluded in this policy. We will cover direct loss by pillage and looting which occurs during and at the immediate place of riot or civil commotion.

      **2)** Any other consequential or remote loss.

**(5) Limit of Insurance**

  **(a)** Business Income

    Subject to (c) below, we will pay only for loss of your business income that occurs during the "period of restoration", but not exceeding 12 consecutive months after the date of accidental direct physical loss of or damage to Covered Property, resulting from a Covered Cause of Loss.

  **(b)** Extra Expense

    Subject to (c) below, we will pay only for necessary extra expense during the "period of restoration" starting with the date of damage or destruction. Payments under this coverage shall not be limited by the expiration of the policy.

  **(c)** Our total payment for both Business Income and Extra Expense for any one occurrence shall not exceed the Limit of Insurance shown in the Declarations under ELECTRONIC EQUIPMENT, BUSINESS INCOME and EXTRA EXPENSE.

**(6) Loss Determination**

  **(a)** The amount of Business Income loss will be determined based on:

      **1)** The Net Income of the business if no loss or damage occurred;

      **2)** The continuing normal operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

      **3)** Other relevant sources of information, including:

         **a)** Your financial records and accounting procedures;

         **b)** Bills, invoices and other vouchers; and

         **c)** Deeds, liens or contracts.

  **(b)** The amount of Extra Expense will be determined based on:

      **1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

         **a)** The salvage value that remains of any property bought for temporary use during the "period of restoration" once "operations" are resumed; and

         **b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

      **2)** All necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

  **(c)** Resumption Of Operations

    We will reduce the amount of your:

      **1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations," in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

      **2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

  **(d)** If you do not resume "operations" , or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**(7) Loss Payment - Business Income and Extra Expense**

  We will pay for covered loss within 30 days after we receive the sworn proof of loss, if:

  **(1)** You have complied with all of the terms of this policy; and

  **(2) (a)** We have reached agreement with you on the amount of loss; or

Agency Code   18-0335-00                                          Policy Number   48-008-572-03

        **(b)** An appraisal award has been made.

**6.   DEDUCTIBLE**

We will not pay for loss or damage to Covered Property in any one occurrence until the loss or damage exceeds the deductible shown in the Declarations. We will then pay the amount of loss that exceeds the deductible.  This deductible applies only once per occurrence regardless of the number of buildings in which covered property is located.

**7.   OTHER INSURANCE**

The insurance provided by this endorsement is primary.  If there is other insurance provided on a primary basis, we will pay only our share.  Our share will be the ratio of the amount of this insurance to the total amount of insurance.

**8.   OPTIONAL COVERAGES**

    **a.**  Mechanical Breakdown Coverage

        **(1)** When a Limit of Insurance for MECHANICAL BREAKDOWN is shown in the Declarations under Electronic Equipment, we will pay loss or damage to covered property caused by "mechanical breakdown".  This provision supersedes any other policy provision that may exclude loss or damage caused by or resulting from "mechanical breakdown".

        **(2)** Under 2. EXCLUSIONS above exclusion e. is deleted and replaced by the following:

            **e.**  Loss or damage caused by data processing "media" failure while the "media" is being run through the system.  We will cover loss, damage or expense caused directly by ensuing fire or explosion.

        **(3)** We will not pay for loss or damage to Covered Property in any one occurrence until the loss or damage exceeds the deductible shown in the Declarations.  We will then pay the amount of loss that exceeds the deductible.  This deductible applies only once per occurrence.

    **b.**  Electrical Disturbance Coverage

        **(1)** When a limit of insurance for ELECTRICAL DISTURBANCE is shown in the Declarations under Electronic Equipment, we will pay for loss or damage to Covered Property caused by:

            **(a)** "Electrical disturbance"; or

            **(b** "Power supply disturbance".

        **(2)** Under 2. EXCLUSIONS above, exclusion d. does not apply.

        **(3)** The deductible for this coverage shall be:

            **(a)** $1,000; or

            **(b)** 5% of the combined unscheduled equipment and scheduled equipment limits shown in the Declarations whichever is greater.

**9.   DEFINITIONS**

    **a.**  "Electrical disturbance" means electrical or magnetic damage, disturbance or erasure of electronic recordings.

    **b.**  "Laptop computer" means portable data collectors, notebook (laptop) computers, subnote book computers, palmtop computers, handheld computers and portable or any similar computer.  "Laptop computer" does not mean cellular phone, wireless phone or pager.

    **c.**  "Mechanical breakdown" means component failure or mechanical malfunction, breakdown or failure.

    **d.**  "Media" means materials on which information is recorded such as film, magnetic tape, paper tape, disks, drums, and cards.  "Media" includes computer software and reproduction of data contained on covered media.

    **e.**  "Power Supply Disturbance" means blackout, brownout, power surge or interruption of power supply.

All other policy terms and conditions apply.

Agency Code   18-0335-00                                                Policy Number   48-008-572-03

BUSINESSOWNERS
54244 (5-07)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF LIABILITY INSURING AGREEMENT - KNOWN INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM

It is agreed:

Under **A. COVERAGES, 1. Business Liability**, is deleted and replaced by the following:

1.  **Business Liability.**

    a.  We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies.  We will have the right and duty to defend the insured against any "suit" seeking those damages.  We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result.  But:

        (1)  The amount we will pay for damages is limited as described in D. LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE; and

        (2)  Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements or medical expenses.

        No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under COVERAGE EXTENSION - SUPPLEMENTARY PAYMENTS.

    b.  This insurance applies:

        (1)  To "bodily injury" and "property damage" only if:

            (a)  The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

            (b)  The "bodily injury" or "property damage" occurs during the policy period; and

            (c)  Prior to the policy period, no insured listed under Paragraph 1. of C. WHO IS AN INSURED and no employee authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part.  If such a listed insured or authorized employee knew prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

        (2)  To "personal injury" and "advertising injury" caused by an offense arising out of your business, but only if the offense was committed in the "coverage territory" during the policy period.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 2001

54244 (5-07)                                                                        Page 1 of 2

Agency Code   18-0335-00                                      Policy Number   48-008-572-03

**c.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of C. WHO IS AN INSURED or any employee authorized by you to give or receive notice of an "occurrence" or claim:

    **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

    **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

    **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**d.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**e.** **Coverage Extension - Supplementary Payments**

    In addition to the Limit of Insurance, we will pay, with respect to any claim or "suit" we defend:

    **(1)** All expenses we incur.

    **(2)** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies.  We do not have to furnish these bonds.

    **(3)** The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance.  We do not have to furnish these bonds.

    **(4)** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $100 a day because of time off from work.

    **(5)** All costs taxed against the insured in the "suit".

    **(6)** Prejudgment interest awarded against the insured on that part of the judgment we pay.  If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

    **(7)** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 2001

Agency Code    18-0335-00    Policy Number    48-008-572-03

54309 (9-19)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

**A. Applicability Of This Endorsement**

1. **The provisions of this endorsement will apply if and when one of the following situations occurs:**

   a. **The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act), terminates; or**

   b. **The Program is renewed, extended or otherwise continued in effect without a requirement by the Program to make terrorism coverage available to you and with revisions that increase insurers' statutory percentage deductible or decrease the federal government's statutory percentage share in potential terrorism losses above such deductible, or that results in a change in the level or terms or conditions of coverage.**

2. **When this endorsement becomes applicable in accordance with the terms of A.1.a. or A.1.b., above, it supersedes any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism".**

3. **If this endorsement does NOT become applicable, then any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism", will remain in effect. However, if the Program is renewed, extended or otherwise continued in effect with revisions that change the level or terms or conditions of coverage, and we are required to offer you the revised coverage or to provide revised coverage to those who previously accepted coverage under the**

**Program, then we will take the appropriate steps in response to the federal requirements.**

**B.** The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

   a. Use or threat of force or violence; or

   b. Commission or threat of a dangerous act; or

   c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

   a. The effect is to intimidate or coerce a government or the civilian population or any segments thereof, or to disrupt any segment of the economy; or

   b. It appears that the intent is to intimidate or coerce a government or the civilian population, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**C.** If the BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM or the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM is included in this policy, then under **B. EXCLUSIONS**, the following exclusion is added:

**Exclusion Of "Terrorism"**

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected

Agency Code   18-0335-00                                           Policy Number   48-008-572-03

incident of "terrorism". Such loss or damage is ex-
cluded regardless of any other cause or event that
contributes concurrently or in any sequence to the
loss. **But this exclusion applies only when one or
more of the following are attributed to an
incident of "terrorism":**

1.  The "terrorism" is carried out by means of the
    dispersal or application of radioactive material,
    or through the use of a nuclear weapon or
    device that involves or produces a nuclear
    reaction, nuclear radiation or radioactive
    contamination;
2.  Radioactive material is released, and it appears
    that one purpose of the "terrorism" was to re-
    lease such material;
3.  The "terrorism" is carried out by means of the
    dispersal or application of pathogenic or poison-
    ous biological or chemical materials; or
4.  Pathogenic or poisonous biological or chemical
    materials are released, and it appears that one
    purpose of the "terrorism" was to release such
    materials.

**D. Exception To Exclusion Of "Terrorism" For Cer-
tain Fire Losses**

If "terrorism" results in fire, we will pay for the loss or
damage caused by that fire, subject to all applicable
policy provisions including the Limit of Insurance on
the affected property. Such coverage for fire applies
only to direct loss or damage caused by fire to Cov-
ered Property. Therefore, for example, the cover-
age does not apply to insurance provided under the
Additional Coverages Business Income and/or Extra
Expense or endorsements that apply to those Addi-
tional Coverages.

**E.** Under the BUSINESSOWNERS LIABILITY COVER-
AGE FORM, the following exclusion is added:

We will not pay for "bodily injury", "property
damage", "personal injury", "advertising injury", or
any loss or damage caused directly or indirectly by
"terrorism", including action in hindering or defending
against an actual or expected incident of "terrorism".
All "bodily injury", "property damage", "personal
injury",  "advertising injury", or such loss or damage
is excluded regardless of any other cause or event
that contributes concurrently or in any sequence to
such injury or damage. **But this exclusion applies
only when one or more of the following are
attributed to an incident of "terrorism":**

1.  The "terrorism" is carried out by means of the
    dispersal or application of radioactive material,
    or through the use of a nuclear weapon or
    device that involves or produces a nuclear
    reaction, nuclear radiation or radioactive
    contamination;
2.  Radioactive material is released, and it appears
    that one purpose of the "terrorism" was to re-
    lease such material;
3.  The "terrorism" is carried out by means of the
    dispersal or application of pathogenic or poison-
    ous biological or chemical materials; or
4.  Pathogenic or poisonous biological or chemical
    materials are released, and it appears that one
    purpose of the "terrorism" was to release such
    materials.

**F.** The terms and limitations of any terrorism exclusion,
or the inapplicability or omission of a terrorism
exclusion, do not serve to create coverage for loss
or damage that is otherwise excluded under this
Policy.

All other policy terms and conditions apply.

Policy Number   48-008-572-03

BUSINESSOWNERS
54319 (7-06)

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LIMITED FUNGI OR BACTERIA COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

**A.** Under **A. COVERAGE, 4. Additional Coverages**, the following coverage is added:

**Limited Coverage For "Fungi" And Bacteria**

**(1)** The coverage described in paragraphs (2) and (6) immediately below, only applies when the "fungi", wet rot, dry rot or bacteria are the result of a "specified cause of loss" other than fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

**(2)** We will pay for loss or damage by "fungi", wet rot, dry rot or bacteria.  As used in this Limited Coverage, the term loss or damage means:

   **(a)** Direct physical loss or damage to Covered Property caused by "fungi", wet rot, dry rot or bacteria including the cost of removal of the "fungi", wet rot, dry rot or bacteria;

   **(b)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet rot, dry rot or bacteria; and

   **(c)** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet rot, dry rot or bacteria are present.

**(3)** The coverage described under this Limited Coverage is limited to 10% of the building or business personal property limit of insurance, whichever is greater, subject to a maximum of $100,000 and a minimum of $15,000.  This is the most we shall pay for the total of all loss or

damage arising out of all occurrences of a "specified cause of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period) regardless of the number of locations covered by this policy or claims made.  With respect to a particular occurrence of loss which results in "fungi", wet rot, dry rot or bacteria, we will not pay more than this limit even if "fungi", wet rot, dry rot or bacteria continue to be present or active, or recurs, in a later policy period.

**(4)** The coverage provided un der this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property.  If a particular occurrence results in loss or damage by "fungi", wet rot, dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungi", wet rot, dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet rot, dry rot or bacteria causes an increase in the loss.  Any such increase in the loss will be subject to the terms of this Limited Coverage.

**(5)** The terms of this Limited Coverage do not increase or reduce the coverage provided under the Water Damage Additional Coverage.

**(6)** The following applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the suspension of "operations" satisfies all the terms and con-

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1987, 2002.

Agency Code   18-0335-00                                        Policy Number   48-008-572-03

ditions of the applicable Business Income and/or Extra Expense Additional Coverage.

**(a)** If the loss which resulted in "fungi", wet rot, dry rot or bacteria does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss or damage to property caused by "fungi", wet rot, dry rot or bacteria, then our payment under the Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 45 days. The days need not be consecutive.

**(b)** If a covered suspension of "operations" was caused by loss or damage other than "fungi", wet rot, dry rot or bacteria, but remediation of "fungi", wet rot, dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 45 days. The days need not be consecutive.

**B.** Under **B. EXCLUSIONS, 2.d.(2)**, is deleted and replaced by the following:

**(2)** Rust, corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage itself;

**C.** Under **B. EXCLUSIONS**, the following exclusion is added:

**"Fungi" Or Bacteria**

Presence, growth, proliferation, spread or any activity of "fungi", wet rot, dry rot or bacteria. This exclusion does not apply to loss or damage to covered property:

**(1)** If "fungi", wet rot or dry rot results from fire or lightning;

**(2)** If the ensuing loss not otherwise excluded results directly or indirectly from "fungi", wet rot or dry rot; or

**(3)** As provided under the Additional Coverage, **Limited Coverage For "Fungi" And Bacteria**.

**D.** Under **H. PROPERTY DEFINITIONS**, the following definition is added:

**"Fungi"** means any type or form of fungus, including but not limited to, any mold, mildew mycotoxins, spores, scents or byproducts produced or released by any type or form of fungus.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1984, 1985, 1987, 2002.

54319 (7-06)                                                                    Pages 2 of 2

Agency Code    18-0335-00                                                  Policy Number    48-008-572-03

54341 (3-13)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FINE ARTS, COLLECTIBLES AND MEMORABILIA - BLANKET COVERAGE

This endorsement modifies insurance under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

1.  Under **A. COVERAGE, 5. Additional Coverages**, the following Additional Coverage is added:

    **Fine Arts, Collectibles and Memorabilia - Blanket Coverage**

    **a.  Coverage**

    We will pay for direct physical loss or damage to fine arts, collectibles and memorabilia owned by you while located within the United States of America and Canada.

    **b.  Exclusions**

    Under **B. EXCLUSIONS**, the following exclusions are added to apply only to this Additional Coverage.

    **(1)**  An action committed by you or at your direction with the intent to cause loss or damage.
    **(2)**  Damage caused by any repairing, restoration or retouching process.
    **(3)**  Breakage of art glass windows, statuary, marble, glassware, bric-a-brac, porcelains and similar fragile articles unless caused by:
        **(a)**  Fire or lightning;
        **(b)**  Aircraft;
        **(c)**  Theft or attempted theft;
        **(d)**  Earthquake;
        **(e)**  Flood or storm surge;
        **(f)**  Malicious damage; or
        **(g)**  Collision, derailment or overturn of conveyance;
    except as we may state otherwise.

    **(4)**  Loss to fine arts, collectibles or memorabilia on exhibition at any premises other than described in the Declarations.
    **(5)**  Mysterious disappearance unless the loss is a direct result of a forcible entry of which there is visible evidence.

    **c.  Limit Of Insurance**

    We will pay no more than the smallest of either:
    **(1)**  The cost to replace damaged property with new property of similar quality and features reduced by the amount of decrease in value because of age, wear, obsolescence or market value applicable to the damaged property immediately prior to the loss; or
    **(2)**  The Limit of Insurance shown in the Declarations for FINE ARTS, COLLECTIBLES OR MEMORABILIA - BLANKET INSURANCE.

54341 (3-13)        Includes copyrighted material of ISO Commercial Services, Inc., with its permission.        Page 1 of 2

Agency Code   18-0335-00

Policy Number   48-008-572-03

In no event shall our payment for all items in any one loss exceed the Limit of Insurance shown in the Declarations for FINE ARTS, COLLECTIBLES OR MEMORABILIA - BLANKET INSURANCE.

This is an additional amount of insurance.

**d. Deductible**

No deductible applies to this Additional Coverage.

**e. Conditions**

(1) In case of loss of or damage to any part of a pair or set, we may:
  (a) repair or replace any part of the pair or set to restore it to its value before the loss; or
  (b) pay the difference between the actual cash value of the property before and after the loss.
(2) In case of loss or damage to any part of property covered, consisting of several parts when complete, we shall pay only for the value of the part loss or damaged.

2. Under **A. COVERAGE**, **b. Business Personal Property**, **2. Property Not Covered**, the following property is added:

Fine arts, collectibles and memorabilia.

3. Under **4. LIMITATIONS**, paragraph **c.** does not apply to this Additional Coverage.

4. The following **Definitions** apply to this endorsement only:
  a. **Fine arts** mean paintings, etchings, pictures, tapestries, art glass windows and other bona fide works of art of rarity, historical value or artistic merit.
  b. **Collectibles** mean objects collected as a hobby, for display or as an investment whose value may appreciate.
  c. **Memorabilia** means objects valued for their connection to historical events, culture, entertainment or experiences worthy of remembrance.

All other policy terms and conditions apply.

Agency Code    18-0335-00                                    Policy Number    48-008-572-03

**BUSINESSOWNERS**
**54360 (10-08)**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# BUSINESSOWNERS LIABILITY PLUS ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS LIABILITY COVERAGE FORM
BUSINESSOWNERS COMMON POLICY CONDITIONS

**1. EXTENDED WATERCRAFT COVERAGE**

Under **B. EXCLUSIONS, 1. Applicable to Business Liability Coverage, g.** exclusion **(2)** is deleted and is replaced by the following:

**(2)** A watercraft you do not own that is:

**(a)** Less than 50 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**2. BROADENED SUPPLEMENTARY PAYMENTS COVERAGE**

Under **A. COVERAGES, 1. Business Liability, e. Coverage Extension - Supplementary Payments**:

Paragraph **(2.)**, the amount we will pay for bail bonds is increased from $250 to $2,000.

Paragraph **(4.)**, the amount we will pay for the actual loss of earnings is increased from $100 per day to $400 per day.

**3. PERSONAL INJURY EXTENSION COVERAGE**

**a.** If Personal Injury is shown as "excluded" in the Declarations, then this provision, **3. PERSONAL INJURY EXTENSION COVERAGE** does not apply.

**b.** If a limit is shown in the Declarations for Personal Injury, then under **F. LIABILITY AND MEDICAL EXPENSES DEFINITIONS, 10.** "Personal injury" is deleted and replaced by the following:

**10.** "Personal injury" means, other than "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication of material that violates a person's right of privacy; or

**f.** Discrimination, humiliation, sexual harassment and any violation of civil rights caused by such discrimination, humiliation or sexual harassment.

**4. BROADENED KNOWLEDGE OF OCCURRENCE**

Under **E. LIABILITY AND MEDICAL EXPENSES GENERAL CONDITIONS, 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**, the following paragraph is added:

Paragraphs **a.** and **b.** of this condition will not serve to deny any claim for failure to provide us with notice

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1984, 1985

**54360 (10-08)**                                                          **Page 1 of 5**

Agency Code   18-0335-00                                        Policy Number   48-008-572-03

as soon as practicable after an "occurrence" or an offense which may result in a claim:

**a.** If the notice of a new claim is given to your "employee"; and

**b.** That "employee" fails to provide us with notice as soon as practicable.

This exception shall not apply:

**a.** To you; or

**b.** To any officer, director, partner, risk manager or insurance manager of yours.

5. **FIRE, LIGHTNING, EXPLOSION, SMOKE AND WATER DAMAGE LEGAL LIABILITY**

   **a.** ~~Fire, Lightning, Explosion, Smoke and Water~~ **Damage Legal Liability Coverage**

   Under **SECTION B - EXCLUSIONS**, the last paragraph is deleted and replaced by the following:

   Exclusions **c.**, **d.**, **e.**, **f.**, **g.**, **h.**, **i.**, **k.**, **l.**, **m.**, **n.**, and **o.** do not apply to damage by fire, lightning, explosion, smoke or water damage to premises rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in **5. FIRE, LIGHTNING, EXPLOSION, SMOKE AND WATER DAMAGE LEGAL LIABILITY, b. Limits of Insurance**.

   The following additional exclusions apply to "property damage" arising out of Water Damage to premises rented to you or temporarily occupied by you with permission of the owner:

   **(1)** "Property damage" to:

      **(a)** The interior of the premises caused by or resulting from rain or snow, whether driven by wind or not; or

      **(b)** Heating, air conditioning, plumbing or fire protection systems, or other equipment or appliances.

   **(2)** "Property damage" caused by or resulting from any of the following:

**(a)** Mechanical breakdown, including bursting or rupture caused by centrifugal force;

**(b)** Cracking, settling, expansion or shrinking;

**(c)** Smoke or smog;

**(d)** Birds, insects, rodents or other animals;

**(e)** Wear and tear;

**(f)** Corrosion, rust, decay, fungus, deterioration, hidden or latent defect or any quality in property that causes such property to destroy or damage itself; or

**(g)** Water that flows or leaks from any heating, air conditioning, plumbing or fire protection system caused by or resulting from freezing, unless:

   **1)** You make a reasonable effort to maintain heat in the building or structure; or

   **2)** You drain the equipment and shut off the water supply if the heat is not maintained.

**(3)** "Property damage" caused directly or indirectly by any of the following:

**(a)** Water that backs up from a drain or sewer;

**(b)** Mud flow or mudslide;

**(c)** Volcanic eruption, explosion or effusion;

**(d)** Any earth movement, such as earthquake, landslide, mine subsidence, earth sinking, earth rising or earth shifting;

**(e)** Regardless of the cause, flood, surface water, waves, tides, tidal waves, storm surge, overflow of any body of water, or their spray, all whether wind driven or not;

**(f)** Water under the ground surface pressing on, or seeping or flowing through;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1984, 1985

54360 (10-08)                                                  **Page 2 of 5**

Agency Code   18-0335-00                                                    Policy Number   48-008-572-03

1) Walls, foundations, floors or paved surfaces;

2) Basements, whether paved or not; or

3) Doors, windows or other openings.

(4) "Property damage" for which the insured is obligated to pay as damages by reason of the assumption of liability in a contract or agreement.  This exclusion does not apply to liability for damages that the insured would have in the absence of this contract or agreement.

**b.  Limits of Insurance**

**D. LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE**, is deleted and replaced by the following:

**D.  LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The most we will pay for the sum of all damages because of all:

   a. "Bodily injury", "property damage" and medical expenses arising out of any one "occurrence"; and

   b. "Personal injury" and "advertising injury" sustained by any one person or organization

   is the Liability and Medical Expenses limit shown in the Declarations.  But the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses limit shown in the Declarations.

3. The most we will pay under Business Liability Coverage for damages because of "property damage" to premises rented to you or temporarily occupied by you with permission of the owner arising out of or caused by fire, lightning, explosion, smoke and water damage is the amount shown in the Declarations under Fire, Lightning, Explosion, Smoke and Water Damage Legal Liability.

4. **Aggregate Limits**

   The most we will pay for:

   a. Injury or damage under the "products/completed operations hazard" arising from all "occurrences" during the policy period is the Products-Completed Operations Aggregate limit shown in the Declarations; and

   b. All other injury or damage, including medical expenses, arising from all "occurrences" during the policy period is the Aggregate Limit (Other than Products-Completed Operations) shown in the Declarations. This limitation does not apply to "property damage" to premises rented to you arising out of fire, lightning, explosion, smoke or water damage.

   The limits of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months.  In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

6. **BLANKET ADDITIONAL INSURED - LESSOR OF LEASED EQUIPMENT**

   a. **C. WHO IS AN INSURED** is amended to include as an additional insured any person or organization with whom you have agreed:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1984, 1985

**54360 (10-08)**                                                                           **Page 3 of 5**

Agency Code   18-0335-00

Policy Number   48-008-572-03

**(1)** In a written contract or agreement, executed prior to loss, to name as an additional insured; or

**(2)** In an oral contract or agreement, executed prior to loss, to name as an additional insured only if a Certificate of Insurance was issued prior to loss indicating that the person or organization was an additional insured

but only with respect to liability for:

**(1)** "Bodily injury";

**(2)** "Property damage";

**(3)** "Personal injury"; or

**(4)** "Advertising injury"

caused in whole or in part, by your maintenance, operation or use of equipment leased to you by such person or organization.

**b.** With respect to the insurance afforded to an additional insured, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

**c.** The following is added to **D. LIABILITY AND MEDICAL EXPENSES LIMITS OF INSURANCE**:

The Limits of Insurance for the additional insured are those specified in the written contract or agreement between the insured and the lessor, not to exceed the limits provided in this policy. These limits are inclusive of and not in addition to the Limits of Insurance shown in the Declarations.

**7. BLANKET ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES**

**a.** **C. WHO IS AN INSURED** is amended to include as an additional insured any person or organization with whom you have agreed:

**(1)** In a written contract or agreement, executed prior to loss, to name as an additional insured; or

**(2)** In an oral contract or agreement, executed prior to loss, to name as an additional in-

sured only if a Certificate of Insurance as issued prior to the loss indicating that the person or organization was an additional insured

but only with respect to liability arising out of ownership, maintenance or use of that part of the premises leased to you.

**b.** This provision is subject to the following additional exclusions, applicable to this provision only:

**(1)** Any "occurrence" which takes place after you cease to be a tenant in that premises.

**(2)** Structural alterations, new construction or demolition operations performed by or on behalf of the additional insured.

**c.** The Limits of Insurance for the additional insured are those specified in the written contract or agreement between the insured and the manager or lessor of the premises, not to exceed the limits provided in this policy. These limits are inclusive of and not in addition to the Limits of Insurance shown in the Declarations.

**8. BLANKET WAIVER OF SUBROGATION**

The following is added to **BUSINESSOWNERS COMMON POLICY CONDITIONS, J. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US, 2.**.

When you have agreed to waive your right of subrogation in a written contract, executed prior to loss, with any person or organization, we waive any right of recovery we may have against such person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard".

**9. NEWLY FORMED OR ACQUIRED ORGANIZATIONS**

The following provision is added to **C. WHO IS AN INSURED.**

Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1984, 1985

**54360 (10-08)**

Agency Code    18-0335-00                                                                Policy Number    48-008-572-03

there is no other similar insurance available to that organization.  However:

**a.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier; and

**b.** **A. COVERAGES** does not apply to:

**(1)** "Bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**(2)** "Personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

All other policy terms and conditions apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright Insurance Services Office, Inc., 1984, 1985

**54360 (10-08)**                                                               **Page 5 of 5**

Agency Code    18-0335-00

Policy Number    48-008-572-03

54371 (4-09)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES - CONDOMINIUM ASSOCIATION COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY

**A.** Paragraph **A.1.a. Buildings** in the Businessowners Property Coverage Form is deleted and replaced by the following:

**a.** **Buildings**, meaning the buildings or structures at the premises described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, outside of individual units, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

**(a)** Fire extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering that are not contained within individual units;

**(5)** Regardless of the boundaries of the condominium units:

**(a)** All portions of each building which are common elements including limited common elements;

**(b)** All foundations, roofs, and roof structures;

**(c)** Exterior walls, including windows and doors and their framing; and

**(d)** All convertible space within each building, meaning a portion of the buildings which may be converted into one or more condominium units or common elements in accordance with the Georgia Condominium Act;

**(6)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the buildings or structures;

**(b)** Materials, equipment, supplies, and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures; and

**(7)** Any of the following types of property contained within a unit, regardless of ownership, if your Condominium Association Agreement requires you to insure it:

**(a)** Fixtures, improvements and alterations that are a part of the buildings or structures; and

**(b)** Appliances, such as those used for security or housekeeping;

**(8)** The following items with respect to each condominium unit, regardless of who is responsible for maintaining them under the Condominium Association Agreement:

**(a)** The HVAC system serving the condominium unit;

**(b)** All sheetrock and plaster board comprising the walls and ceilings of the condominium unit; and

**(c)** The following items within the condominium unit of the type and quality initially installed, or replacements thereof of like kind and quality in accordance with the original plans and specifications or as they existed at the time the unit was initially conveyed, if the original plans and specifications are not available:

**(i)** Floors and subfloors;

**(ii)** Wall, ceiling and floor coverings;

**(iii)** Plumbing and electrical lines and fixtures;

**(iv)** Built-in cabinetry and fixtures;

Includes copyrighted material of Insurance Service Office, Inc., with its permission.

54371 (4-09)              Copyright, ISO Properties, Inc., 2004              Page 1 of 2

**(v)** Appliances used for refrigeration, cooking, dishwashing and laundry. However, with respect to this paragraph **(c)**, coverage for unfinished shell units conveyed as such by the declarant applies only with respect to those portions of the units constructed by the declarant, unless the condominium declaration provided by the declarant provides otherwise.  But if an unfinished shell unit has not been conveyed at the time of an insured loss, coverage provided under this paragraph **(c)** applies to the unit as it existed at the time of such loss.

For purposes of this paragraph **(c)**, declarant has the same meaning as provided in GA. CODE ANN. Section 44-3-71(13) and declaration has the same meaning as provided under GA. CODE ANN. Section 44-3-71(14).

However, **Buildings** do not include personal property owned by, used by or in the care, custody or control of a unit owner except for personal property listed in **A.1.a.(6)** above.

**B.** Paragraph **A.1.b. Business Personal Property** is deleted and replaced by the following:
  **b.** **Business Personal Property** located in or on the buildings described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following:
  **(1)** Personal property owned by you or owned indivisibly by all unit owners;
  **(2)** Your interest in the labor, materials or services furnished or arranged by you on personal property of others; or
  **(3)** Leased personal property which you have a contractual responsibility to insure, unless otherwise provided for under personal property of others.

**Business Personal Property** does not include personal property owned only by a unit owner, unless it is in your care, custody or control as covered below.  This also includes property of others that is in your care, custody or control. However, if an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, however, not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**C.** **E. PROPERTY LOSS CONDITIONS** is amended as follows:
  **1.** Under **6. Loss Payment**, the following is added:
    **a.** The following supersedes any other provisions or conditions to the contrary:
    If at the time of loss, the Limit of Insurance applicable to a covered building or structure is less than 80% of the full replacement cost of such building or structure immediately before the loss, we will pay a proportion of the cost to repair or replace the covered lost or damaged building or structure, after application of the deductible and without deduction for depreciation.  This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the cost of repair or replacement.  However, we will not pay more than the Limit of Insurance that applies to the covered lost or damaged building or structure.
    **b.** If you name an insurance trustee, we will adjust losses with you, but we will pay the insurance trustee.  If we pay the insurance trustee, the payments will satisfy your claims against us.
  **2.** The following Condition is added:
    **Unit Owner's Insurance**
    A unit owner may have other insurance covering the same property as this insurance.  This insurance is intended to be primary and not to contribute with such other insurance.

**D.** Under Businessowners Liability Coverage Form, the following is added to **C. WHO IS AN INSURED**:
  **1.** The board of directors and the officers of the condominium association.
  **2.** All agents and employees of the condominium association.
  **3.** All unit owners and other persons entitled to occupy any unit or other portion of the condominium
  only with respect to liability arising out of or in connection with the use, ownership, maintenance of the common elements or other portion of the condominium which the association has the responsibility to maintain.

**E.** Under Businessowners Common Policy Conditions, the following is added to **J. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**:

We waive our rights to recover payment from any unit owner of the condominium that is shown in the Declarations.

All other policy terms and conditions apply.

 Includes copyrighted material of Insurance Service Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2004

Agency Code    18-0335-00

Policy Number    48-008-572-03

54499 (4-13)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ACCOUNTS RECEIVABLE COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

### SCHEDULE*

| Prem. No. | Bldg. No. | Additional Premium | Limit of Insurance |
|---|---|---|---|
| | | | |

If additional premium for Accounts Receivable is shown in the Declarations or in the Schedule above, the following coverage applies. This coverage is subject to the provisions applicable to the Businessowners Property Coverage Form of this policy including the deductible, except as provided below.

**A.  COVERAGE**
Under Businessowners Special Property Coverage Form, subparts **1.**; **2.**; **4.**; **5.**; and **6.** are deleted as applied to this endorsement and replaced by the following:
1. We will pay:
   **a.** All amounts due from your customers that you are unable to collect;
   **b.** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;
   **c.** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and
   **d.** Other reasonable expenses that you incur to re-establish your records of accounts receivable
   that result from direct physical loss or damage by any Covered Causes of Loss to your records of accounts receivable.

**2.  PROPERTY NOT COVERED**
Covered property does not include contraband, or property in the course of illegal transportation or trade.

**3.  COVERAGE EXTENSION**
Removal

If you give us written notice within 10 days of removal of your records of accounts receivable because of imminent danger of loss or damage, we will pay for loss or damage while they are:
**a.** At a safe place away from the described premises; or
**b.** Being taken to and returned from that place.

This Coverage Extension is included within the Limit of Insurance applicable to the premises from which the Covered Property is removed.

**4.  EXCLUSIONS**
Under Section B. EXCLUSIONS, the following exclusions are added to apply only to this endorsement:
**a.** We will not pay for loss or damage caused by or resulting from any of the following:
   **(1)** Dishonest acts by you, anyone else with an interest in the property, or your or their employees or authorized representatives, or anyone entrusted with the property, whether or not acting alone or in collusion with other persons or occurring during the hours of employment.

   But this exclusion does not apply to a carrier for hire.

54499 (4-13)      Includes copyrighted material of Insurance Services Office, Inc., with its permission.      Page 1 of 2

Agency Code   18-0335-00                                                      Policy Number   48-008-572-03

**(2)** Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of money, securities or other property.

This exclusion applies only to the extent of the wrongful giving, taking, or withholding.

**(3)** Bookkeeping, accounting or billing errors or omissions.
**(4)** Electrical or magnetic injury, disturbance or erasure of electronic recordings. But we will pay for direct loss or damage caused by lightning.
**(5)** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.
**(6)** Unauthorized instructions to transfer property to any person or to any place.
**b.** We will not pay for loss or damage that requires any audit of records or any inventory computation to prove its factual existence.
**c.** We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.
**(1)** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **a.(1)**, **(2)** or **(3)** above to produce the loss or damage.
**(2)** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.
**(3)** Faulty, inadequate or defective:
**(a)** Planning, zoning, development, surveying, siting;
**(b)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
**(c)** Materials used in repair, construction, renovation or remodeling; or

**(d)** Maintenance of part or all of any property on or off the described premises.

**B.  LIMIT OF INSURANCE**
This section is replaced by the following:

The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for accounts receivable shown in the Schedule above or in the Declarations.

For accounts receivable not at the described premises, the most we will pay is:
**1.** $2,500; or
**2.** 25% of the accounts receivable limit
whichever is less.

**C.  ADDITIONAL CONDITIONS**
The following is added to paragraph E.6.d. of the Loss Payment Condition:

**1.** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage, the following method will be used:
**a.** Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and
**b.** Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.
**2.** The following will be deducted from the total amount of accounts receivable, however that amount is established:
**a.** The amount of the accounts for which there is no loss or damage;
**b.** The amount of the accounts that you are able to re-establish or collect;
**c.** An amount to allow for probable bad debts that you are normally unable to collect; and
**d.** All unearned interest and service charges.

Agency Code   18-0335-00                                              Policy Number   48-008-572-03

54500 (4-13)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# VALUABLE PAPERS AND RECORDS COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

## SCHEDULE

| Prem. No. | Bldg. No. | Additional Premium | Limit of Insurance |
|---|---|---|---|
|  |  |  |  |

If additional premium for Valuable Papers and Records is shown in the Declarations or in the Schedule above, the following coverage applies.  This coverage is subject to the provisions applicable to the Businessowners Property Coverage Form of this policy including the deductible, except as provided below.

**A. COVERAGE**
Under Businessowners Special Property Coverage Form, subparts 1.; 2.; 4.; 5.; and 6. are deleted as applied to this endorsement and replaced by the following:

1. **COVERED PROPERTY**, as used in this endorsement, means the following type of property that is your property or property of others in your care, custody or control.

   Valuable papers and records, meaning inscribed, printed or written:
   **a.** Documents;
   **b.** Manuscripts; and
   **c.** Records
   including abstracts, books, deeds, drawings, films, maps, or mortgages.

   But valuable papers and records does not mean:
   **i.** "Money" or "Securities";
   **ii.** Converted Data;
   **iii.** Programs or instructions used in your data processing operations, including the materials on which the data is recorded.

2. **PROPERTY NOT COVERED**
   Covered Property does not include:
   **a.** Property held as samples or for delivery after sale;

   **b.** Property in storage away from the premises shown in the Declarations or in the Schedule; or
   **c.** Contraband, or property in the course of illegal transportation or trade.

3. **COVERAGE EXTENSION**
   Removal

   If you give us written notice within 10 days of removal of your valuable papers and records because of imminent danger of loss or damage, we will pay for loss or damage while it is:
   **a.** At a safe place away from the described premises; or
   **b.** Being taken to and returned from that place.

   This Coverage Extension is included within the Limits of Insurance applicable to the premises from which the Covered Property is removed.

4. The VALUABLE PAPERS AND RECORDS Coverage Extension in the Businessowners Property Coverage Form does not apply at any premises where this endorsement applies.

5. The PERSONAL PROPERTY OFF PREMISES Coverage Extension in the Businessowners Property Coverage Form does not apply to valuable papers and records.

54500 (4-13)        Includes copyrighted material of Insurance Services Office, Inc., with its permission.        Page 1 of 2

## B. EXCLUSIONS

Under Section B. EXCLUSIONS, the following exclusions are added to apply only to this endorsement:

1. We will not pay for loss or damage caused by or resulting from any of the following:

   **a.** Dishonest acts by you, anyone else with an interest in the property, or your or their employees or authorized representatives, or anyone entrusted with the property, whether or not acting alone or in collusion with other persons or occurring during the hours of employment.

   But this exclusion does not apply to a carrier for hire.

   **b.** Errors or omissions in processing or copying.

   But we will pay for direct loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this endorsement.

   **c.** Electrical or magnetic injury, disturbance or erasure of electronic recordings.

   But we will pay for direct loss or damage caused by lightning.

   **d.** Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

   **e.** Unauthorized instructions to transfer property to any person or to any place.

2. We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

   **a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1.a., 1.b. and 1.c. above to produce the loss or damage.

   **b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   **c.** Faulty, inadequate or defective:

   **(1)** Planning, zoning, development, surveying, siting;

   **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

   **(3)** Materials used in repair, construction, renovation or remodeling; or

   **(4)** Maintenance

   of part or all of any property on or off the described premises.

## C. LIMIT OF INSURANCE

This section is replaced by the following:

The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for valuable papers and records shown in the Schedule above or in the Declarations.

For valuable papers and records not at the described premises, the most we will pay is:

1. $2,500; or

2. 25% of the valuable papers and records limit

whichever is less.

## D. PROPERTY LOSS CONDITIONS

Paragraph d.(6) of the LOSS PAYMENT Loss Condition does not apply to valuable papers and records that are actually replaced or restored.

## E. ADDITIONAL DEFINITIONS

1. "Money" means:

   **a.** Currency, coins and bank notes whether or not in current use; and

   **b.** Travelers checks, register checks and money orders held for sale to the public.

2. "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or other property and includes:

   **a.** Tokens, tickets, revenue and other stamps whether or not in current use; and

   **b.** Evidences of debt issued in connection with credit or charge cards, which are not of your own issue

   but does not include "money".

Agency Code   18-0335-00

Policy Number   48-008-572-03

54841 (3-17)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM

1. **A. COVERAGE** is amended.
   a. BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM. **4. Limitations**, paragraph **a.** is amended.  Subparagraphs **(1)** and **(2)** are deleted and replaced by the following for purposes of this endorsement only.
      **(1)** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment.  However, we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.
      **(2)** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.
   b. **Additional Coverages** is amended.
      **(1)** **Pollutant Clean Up and Removal** is deleted and replaced by the following for purposes of this endorsement only.
         **Pollutant Clean Up and Removal**
         We will pay for the pollutant clean up, removal, repair or replacement of damaged Covered Property resulting from an "Equipment Breakdown".  The amount we pay is subject to the Limits of Insurance section of this endorsement.  This coverage does not include contamination of perishable stock by a refrigerant.
      **(2)** The following **Additional Coverages** are added.
         **(a)** **Expediting Expenses**
         We will pay for the expediting expense loss resulting from an "Equipment Breakdown" with respect to your damaged Covered Property.  We will pay the "reasonable extra cost" to:

   **1)** Make temporary repairs;
   **2)** Expedite permanent repairs; or
   **3)** Expedite permanent replacement.
   "Reasonable extra cost" shall mean "the extra cost of temporary repair and of expediting the repair of such damaged equipment of the insured, including overtime and the extra cost of express or other rapid means of transportation".  The amount we pay is subject to the Limits of Insurance section of this endorsement.
   **(b)** **Refrigerant Contamination**
   We will pay for loss to your Covered Property that is damaged by contamination by a refrigerant used in refrigerating, cooling or humidity control equipment at the described premises as a result of an "Equipment Breakdown".  The amount we pay is subject to the Limits of Insurance section of this endorsement.
   **(c)** **Spoilage Coverage**
   **1)** We will pay for loss of "perishable goods" caused by spoilage resulting from lack of power, light, heat, steam or refrigeration caused by an "Equipment Breakdown" to types of property covered by this policy, that are:
      **a)** Located on or within 1,000 feet of your described premises; and
      **b)** Owned by you, the building owner (if you are a tenant), or owned by a public utility, or other supplier with whom you have a contract to supply you with any of the following services:  electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas,

compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission.

2) However, we will not pay for any physical loss or damage caused by or resulting from any of the causes of loss listed below, unless loss or damage not otherwise excluded results, then we will pay for such resulting damage:

   a) Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water damage, earth movement; or

   b) Flood, unless an "Equipment Breakdown" ensues.

Our payment will be based upon the actual replacement cost of the "perishable goods" at the time of loss. The amount we pay is subject to the Limits of Insurance section of this endorsement.

**(d) CFC Refrigerants**

We will pay for the "additional costs" to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (chlorofluorocarbon) substances.

"Additional costs" mean those in excess of what would have been required to repair or replace Covered Property, had no CFC refrigerant been involved. We will also pay for additional loss as described under Spoilage Coverage or loss of Business Income Coverage provided by this endorsement, caused by the presence of a refrigerant containing CFC substances.

We will pay no more than the least of the following:

1) The cost to repair the damaged property and replace any lost CFC refrigerant;

2) The cost to repair the damaged property, retrofit the system to accept a non-CFC refrigerant, and charge the system with a non-CFC refrigerant; or

3) The cost to replace the system with one using a non-CFC refrigerant.

The amount we pay is subject to the Limits of Insurance section of this endorsement.

**(e) Computer Equipment**

We will pay for direct physical loss or damage to your computers as a result of an "Equipment Breakdown". The amount we pay is subject to the Limits of Insurance section of this endorsement.

**(f) Business Interruption, Extra Expense, Data Restoration and Service Interruption**

Any insurance provided for Business Income, Extra Expense or Data Restoration is extended to apply to your loss, damage or expense caused by an "Equipment Breakdown" to equipment that is owned by a utility, landlord or other supplier with whom you have a contract to supply you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks, data transmission or "cloud computing". The equipment must meet the definition of "Equipment Breakdown" except that it is not Covered Property.

We will pay:

1) Your actual loss sustained from a total or partial interruption of business; and

2) The reasonable extra expense you sustain to run your business during the interruption, caused solely by an "Equipment Breakdown", including an "Equipment Breakdown" to any transformer, electrical apparatus, or any covered equipment that is:

   a) Located on or within 1,000 feet of your described premises;

   b) Owned by you, the building owner (if you are a tenant), or owned by a public utility company; and

   c) Used to supply electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission.

Agency Code    18-0335-00                                         Policy Number    48-008-572-03

The amount we pay is subject to the Limits of Insurance section of this endorsement.

**(g) Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore the lost information on electronic media and records as a result of an "Equipment Breakdown". The amount we pay is subject to the Limits of Insurance section of this endorsement.

**(h) Temperature Fluctuation**

We will pay for loss of "perishable goods" only caused by or resulting from any condition or event to Covered Property that can be resolved by calibrating, resetting, tightening, adjusting or cleaning.

However, we will not pay for loss of "perishable goods" as a result of resetting the power supply to the Covered Property containing the "perishable goods".

The amount we pay is subject to the Limits of Insurance section of this endorsement.

**(i) Unauthorized Instruction**

We will pay for loss or damage to your "computer equipment" caused by an "unauthorized instruction" which results in an "Equipment Breakdown".

"Computer equipment" means Covered Property that is electronic computer or other data processing equipment, including peripherals used in conjunction with such equipment and electronic media and records.

"Unauthorized instruction" means a virus, harmful code or similar instruction introduced into or enacted on a computer system or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation.

The amount we pay is subject to the Limits of Insurance section of this endorsement.

**(j) Risk Improvement**

If Covered Property suffers direct physical loss or damage caused by an "Equipment Breakdown", we will pay for the insured to improve the "power quality" of the electrical system or equipment at the loss location where the "Equipment Breakdown" occurred.  "Power quality" means the conditions that allow the electrical systems or equipment to operate as intended by limiting voltage fluctuations and other power influences that would adversely affect the operational performance and/or reduce the reliability, or the life span of the electrical system.

We will pay the reasonable extra cost to improve "power quality" for the following electrical systems and/or equipment improvements:

**1)** Installation of surge protection devices (SPD's) which are installed at the loss location's line disconnect, load disconnect, or on specific pieces of equipment and that are certified by Underwriter Laboratories (UL) or has an equivalent certification.

However SPD's do not include any SPD's which are cord-connected surge strips, direct plug-in SPD's or receptacle SPD's;

**2)** An upgrade and/or replacement of electrical panels, switchgear and/or circuit breakers; or

**3)** Electrical wire and wiring improvements which include installation of flexible conduit, junction boxes and/or ground wiring.

An invoice for implementation of this Additional Coverage must be sent to us within 180 days after the payment of the loss is received.

The amount we pay is subject to the Limits of Insurance section of this endorsement.

**(k) Off-Premises Coverage**

We will pay for loss or damage to Covered Property resulting from a covered "Equipment Breakdown" while temporarily at a premises or location that is not a described premises.

The amount we pay is subject to the Limits of Insurance section of this endorsement.

**(3)** The following provision is added to **Coverage Extensions**.

**Replacement Cost Coverage**

We will pay you the amount you actually spend to repair or replace your damaged property with new property of like kind, capacity, size and quality, whichever is less except for the following.

If any damaged property is not repaired or replaced, then we will pay only the actual

cash value at the time of the "Equipment Breakdown".

2. **EXCLUSIONS** is amended.
BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM is amended.  The following exclusions are deleted for purposes of this endorsement only.
   a. **Electrical Apparatus:**
   Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.  But if loss or damage by fire results, we will pay for that resulting loss or damage.
   d. **Steam Apparatus:**
   Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control.  But if loss or damage by fire or combustion explosion results, we will pay for that resulting loss or damage.
   e. **Mechanical Breakdown:**
   Mechanical Breakdown, including rupture or bursting caused by centrifugal force.  But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM is amended.  The following exclusions are deleted for purposes of this endorsement only.
   a. **Electrical Apparatus:**
   Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires.  But if loss or damage by fire results, we will pay for that resulting loss or damage.
   d. **(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force; or
   e. **Steam Apparatus:**
   Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control.  But if loss or damage by fire or combustion explosion results, we will pay for that resulting loss or damage.  We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fire vessel or within the flues or passages through which the gases of combustion pass.

3. **C. LIMITS OF INSURANCE** is deleted and replaced by the following for purposes of this endorsement only.
   **C. LIMITS OF INSURANCE**
   1. The most we will pay for "Equipment Breakdown" for one or more coverages in any one occurrence at any one location is the amount equal to the "total insured value" at

each location where "Equipment Breakdown" is shown in the Declarations.  This provision does not apply to paragraph **C.4.**

2. The limit of insurance for **Pollutant Clean Up and Removal, Refrigerant Contamination, Spoilage Coverage, Data Restoration, Temperature Fluctuation, Risk Improvement** and **Off-Premises Coverage** are not additional limits of insurance, but are included in the "total insured value".  We will pay the lesser of "total insured value" or:
   a. For Pollutant Clean Up and Removal, the greater of $250,000 or the limit shown in an endorsement that is attached to the property form;
   b. For Refrigerant Contamination, up to $750,000 for loss or damage;
   c. For Spoilage Coverage, up to $750,000 for loss or damage;
   d. For Data Restoration, up to $100,000 for loss, damage or expense including actual loss of Business Income you sustain and necessary Extra Expense you incur;
   e. For Temperature Fluctuation, up to $5,000 for loss including actual loss of Business Income you sustain and necessary Extra Expense you incur;
   f. For Risk Improvement, 10% of the loss amount paid, up to a maximum limit of $10,000; and
   g. For Off-Premises Coverage, up to $25,000 for loss or damage;

3. In no event will we pay more than the "total insured value" for each location where "Equipment Breakdown" is shown in the Declarations.

4. As regards Business Interruption, Extra Expense and Service Interruption, our limit of liability for any one "Equipment Breakdown" is equal to twelve (12) consecutive months of actual loss sustained for a total or partial interruption of your business.  The twelve (12) consecutive months begin on the date of the "Equipment Breakdown".

4. **PROPERTY GENERAL CONDITIONS** is amended.
The following conditions are added for purposes of this endorsement only.
   a. **Suspension**
   Whenever Covered Property is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss to that Covered Property for the perils covered by this endorsement.  Coverage can be suspended and possibly

Agency Code   18-0335-00                                           Policy Number   48-008-572-03

reinstated by delivering or mailing a written notice of suspension or coverage reinstatement to:

**(1)** Your last known address; or

**(2)** The address where the property is located.

If we suspend your insurance, you will get a pro rata refund of premium. However, the suspension will be effective even if we have not yet made or offered a refund.

**b.   Jurisdictional Inspections**

If any Covered Property under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**c.   Environmental, Safety and Efficiency Improvements**

If Covered Property requires replacement caused by an "Equipment Breakdown", we will pay your additional cost to replace with equipment that is better for the environment, safer, or more efficient than the equipment being replaced.

However, we will not pay more than 150% of what the cost would have been to repair or replace with like kind and quality. This condition does not apply to any property to which Actual Cash Value applies.

**d.   Green Environmental and Efficiency Improvements**

**(1)** If Covered Property requires repair or replacement caused by an "Equipment Breakdown", we will pay:

**(a)** The lessor of the reasonable and necessary additional cost incurred by you to repair or replace physically damaged Covered Property with equipment of like kind and quality which qualifies as "Green". Like kind and quality includes similar size and capacity.

**(b)** The additional reasonable and necessary fees incurred by you for an accredited professional certified by a "Green Authority" to participate in the repair or replacement of physically damaged Covered Property as "Green".

**(c)** The additional reasonable and necessary cost incurred by you for certification or recertification of the repaired or replaced Covered Property as "Green".

**(d)** The additional reasonable and necessary cost incurred by you for "Green" in the removal, disposal or recycling of damaged Covered Property.

**(e)** The business interruption (if coverage is provided by the policy to which this endorsement is attached) loss during the additional time required for repair or replacement of Covered Property, consistent with "Green", in the coverages above.

We will not pay more than 150%, up to a maximum limit of $100,000, of what the cost would have been to repair or replace with equipment of like kind and quality inclusive of fees, costs and any business interruption loss incurred as stated above.

**(2)   Green Environmental and Efficiency Improvements** does not cover any of the following:

**(a)** Covered Property does not include stock, raw materials, finished goods, "production machinery", merchandise, electronic data processing equipment not used in the functional support of the real property, process water, molds and dies, property in the open, property of others for which you are legally liable, or personal property of others.

**(b)** Any loss adjusted on any valuation basis other than a repair or replacement cost basis as per E. PROPERTY LOSS CONDITIONS, **6. Loss Payment**.

**(c)** Any loss covered under any other section of this policy.

**(d)** Any cost incurred because of any law or ordinance with which you were legally obligated to comply with prior to the time of the "Equipment Breakdown".

**e.   Other Insurance Issued By Us**

If this policy provides coverage for Data Processing Equipment Coverages, Electronic Data Processing Equipment, Refrigerated Products or Mechanical Breakdown where two or more of this policy's coverages apply to the same loss or damage, the Coverage of this endorsement shall supersede any coverages provided outside of this endorsement for the loss or damage that arises out of an "Equipment Breakdown" loss. This Condition supersedes any similar Condition when provided by us in this policy.

**5.   G. OPTIONAL COVERAGES** is amended.

**a.   1.c.(5)** Mechanical breakdown is deleted for purposes of this endorsement only.

**b.** The provisions of this endorsement supersede **G.** OPTIONAL COVERAGES, **5. Mechanical Breakdown.**

**6.   H. PROPERTY DEFINITIONS** is amended.

**a.** BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM, "Specified Causes of Loss" is amended to include "Equipment Breakdown" for purposes of this endorsement only.

54841 (3-17)        Includes copyrighted material of Insurance Services Office, Inc., with its permission.        Page 5 of 7

**b.** BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM and BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM are amended.  The following definitions are added for purposes of this endorsement only.

**"Cloud computing"** means on-demand network access to a shared pool of computing resources via networks, servers, storage, applications and services provided by an organization with whom you have a contract with using the following service models: Software as a Service (SaaS), Platform as a Service (PaaS) and Infrastructure as a Service (IaaS) on the following deployment models: public cloud, community cloud, hybrid cloud and private cloud.

**"Electronic equipment"** means devices which operate using many small electrical parts such as, but not limited to, microchips, transistors or circuits.

**"Electronic equipment deficiency"** means the quality or condition inside of "electronic equipment" which renders this equipment unexpectedly inoperable and which is operable again once a piece of "electronic equipment" has been replaced.

However, "electronic equipment deficiency" will not include replacement of "electronic equipment" for any condition that could have been resolved without replacement of the "electronic equipment" including but not limited to "computer equipment" maintenance or the reinstallation or incompatibility of software.

**"Equipment Breakdown"** means:
**(1)** Physical loss or damage both originating within:
  **(a)** Boilers, fired or unfired pressure vessels, vacuum vessels, and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:
     **1)** Waste disposal piping;
     **2)** Any piping forming part of a fire protective system;
     **3)** Furnaces; and
     **4)** Any water piping other than:
        **a)** Boiler feed water piping between the feed pump and the boiler;
        **b)** Boiler condensate return piping; or
        **c)** Water piping forming part of a refrigerating or air conditioning system.
  **(b)** All mechanical, electrical, "electronic equipment" or fiber optic equipment; and
**(2)** Caused by, resulting from, or consisting of:

**(a)** Mechanical breakdown;
**(b)** Electrical or electronic breakdown and "electronic equipment deficiency"; or
**(c)** Rupture, bursting, bulging, implosion, or steam explosion.
**(3)** However, "Equipment Breakdown" does not mean:
Physical loss or damage caused by or resulting from any of the following; however, if loss or damage not otherwise excluded results, then we will pay for such resulting damage:
  **(a)** Wear and tear;
  **(b)** Rust or other corrosion, decay, deterioration, hidden or latent defect, "fungi", wet rot, dry rot, bacteria or any other quality in property that causes it to damage or destroy itself;
  **(c)** Smog;
  **(d)** Settling, cracking, shrinking or expansion;
  **(e)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;
  **(f)** Any accident, loss, damage, cost, claim, or expense, whether preventive, remedial, or otherwise, directly or indirectly arising out of or relating to the recognition, interpretation, calculation, comparison, differentiation, sequencing, or processing of data by any computer system including any hardware, programs or software;
  **(g)** Scratching or marring; and
  **(h)** Loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following causes of loss:
     **1)** Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water damage, earth movement; or
     **2)** Flood, unless an "Equipment Breakdown" ensues.

**"Total insured value"** means:
The sum of the limits for the following coverages if shown at the location where "Equipment Breakdown" is shown in the Declarations:
**(1)** Building;
**(2)** Business Personal Property;
**(3)** Stock;

**(4)** Personal Property of Others;

**(5)** Tenants Improvements and Betterments;

**(6)** Improvements and Alterations;

**(7)** Furniture;

**(8)** Fixtures;

**(9)** Machinery and Equipment;

**(10)** Personal Property in the Open;

**(11)** Legal Liability Real Property;

**(12)** Business Income and Extra Expense (when Business Income and Extra Expense - 12 months - Actual Loss Sustained is shown, Business Income and Extra Expense applies at 25% of the sum of the building and business personal property limits at that location);

**(13)** Business Income (Without Extra Expense); and

**(14)** Extra Expense.

**"Green"** means products, materials, methods and processes certified by a "Green Authority" that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize environmental impact.

**"Green Authority"** means an authority on "Green" buildings, products, materials, methods or processes certified and accepted by Leadership in Energy and Environmental Design (LEED®), "Green" Building Initiative Green Globes®, Energy Star Rating System or any other recognized "Green" rating system.

**"Perishable goods"** means stock preserved and maintained under controlled conditions and susceptible to loss or damage if the controlled conditions change.

**"Production machinery"** means any machine which processes, forms, shapes, or transports raw materials, materials in process, waste materials or finished products.

All other policy terms and conditions apply.

Agency Code   18-0335-00                                                    Policy Number   48-008-572-03

59352 (1-15)

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM
# EXCEPTION FOR CERTAIN FIRE LOSSES
# and
# IMPORTANT INFORMATION REGARDING TERRORISM RISK
# INSURANCE COVERAGE

It is agreed:

1.  The following definition applies:

    **Certified act of terrorism** means any act certified by the Secretary of the Treasury, in consultation with:

    a.  the Secretary of Homeland Security; and
    b.  the Attorney General of the United States

    to be an act of terrorism as defined and in accordance with the federal Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act).

    Under the federal Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act) a terrorist act may be certified:

    a.  if the aggregate covered commercial property and casualty insurance losses resulting from the terrorist act exceed $5 million; and

    b.  **(1)** if the act of terrorism is:

        **a)**  a violent act; or

        **b)**  an act that is dangerous to human life, property or infrastructure; and

        **(2)**  if the act is committed:

        **a)**  by an individual or individuals as part of an effort to coerce the civilian population of the United States; or

        **b)**  to influence the policy or affect the conduct of the United States government by coercion.

2.  The following exclusion is added:

    We shall not pay:

    a.  for loss caused directly or indirectly by a **certified act of terrorism**, whether or not any other cause or event contributed concurrently or in any sequence to the loss.  This exclusion shall not apply to direct physical damage caused by fire.
    b.  any sums any insured becomes legally obligated to pay because of or arising out of bodily injury, property damage, personal injury or advertising injury, if covered by this insurance, caused by a **certified act of terrorism.**

3.  With respect to any one or more **certified acts of terrorism**, we will not pay any amounts for which we are not responsible because of the application of any provision which results in a cap on our liability for payments for terrorism losses in accordance with the terms of the federal Terrorism Risk Insurance Act of 2002 (including ensuing Congressional actions pursuant to the Act).

All other policy terms and conditions apply.

59352 (1-15)                                                              Page 1 of 2

Agency Code   18-0335-00                                        Policy Number   48-008-572-03

# IMPORTANT INFORMATION REGARDING TERRORISM RISK
# INSURANCE COVERAGE

The Terrorism Risk Insurance Act of 2002 was signed into law on November 26, 2002.  The Act (including ensuing Congressional actions pursuant to the Act) defines an act of terrorism, to mean any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security and the Attorney General of the United States to be (i) an act of terrorism; (ii) to be a violent act or an act that is dangerous to human life, property or infrastructure; (iii) to have resulted in damage within the United States or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and (iv) to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States government by coercion.

At your request, this policy does not provide insurance coverage for certified acts of terrorism as defined in the Act, except as shown below.  "Excluded" is shown on the Declarations page under this coverage.  In the event of a certified act of terrorism, future policies also may include a government assessed terrorism loss risk-spreading premium in accordance with the provisions of the Act.

Subject to the terms and conditions of the policy and of this endorsement:

**1.**   if coverage is provided for building(s) and contents located in Arizona, Georgia, Illinois, Iowa, North Carolina or North Dakota, you will have fire coverage for such property following a certified act of terrorism.

**2.**   if coverage is provided for building(s), contents or property covered by an inland marine policy located in Missouri or Wisconsin, you will have fire coverage for such property following a certified act of terrorism.

At this time, we are not imposing an additional premium charge for fire coverage to such property following a certified act of terrorism.

59352 (1-15)                                                          Page 2 of 2

Agency Code   18-0335-00                                              Policy Number   48-008-572-03

54060 (2-06)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# OFF-PREMISES UTILITY SERVICE FAILURE

This endorsement modifies insurance under the BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM.

1.   Under **A. COVERAGE, 5. Additional Coverages**, the following Additional Coverage is added:

**Off-Premises Utility Service Failure**

In the event of the interruption of utility service to the premises described in the Declarations, we shall pay for loss of or damage to Covered Property, actual loss of "Business Income" and necessary "Extra Expense".  The interruption must result from direct physical damage by a Covered Cause of Loss to property of your "local utility service".

2.   The most we shall pay for all loss or damage to Covered Property, actual loss of "Business Income" and necessary "Extra Expense" in any one loss is the Limit of Insurance shown in the Declarations for OFF-PREMISES UTILITY SERVICE FAILURE.  Payment for your actual loss of "Business Income" and necessary "Extra Expense", if any, will be subject to the necessary suspension of your "operation" during the "period of restoration" and the following terms and conditions:

a.   Under **A. COVERAGE, 5. Additional Coverages, f. Business Income** and **g. Extra Expense** do not apply to this endorsement.

b.   **"Operation"**, means your business activities occurring at the described premises.

c.   **"Period of Restoration"**, means the period of time that:

(1)   Begins with the interruption of utility service to the premises described in the Declarations caused by direct physical loss or damage by a Covered Cause of Loss to the property of your "local utility service"; and

(2)   Ends on the date when the interruption of utility service to the premises described in the Declarations is restored.

"Period of Restoration" does not include any increased period required due to the enforcement of any law that:

(1)   Regulates the construction, use or repair, or requires the tearing down of any property; or

(2)   Regulates the prevention, control, repair, clean-up or restoration of environmental damage.

The expiration date of this policy will not cut short the "period of restoration".

d.   **"Business Income"**, means the:

(1)   Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

(2)   Continuing normal operating expenses incurred, including payroll.

e.   **"Extra Expense"**, means expense incurred:

Agency Code   18-0335-00                                                Policy Number   48-008-572-03

    **(1)** To avoid or minimize the suspension of business and to continue "operations":

        **(a)** At the described premises; or

        **(b)** At replacement premises or at temporary locations, including:

            **1)** Relocation expenses; and

            **2)** Costs to equip and operate the replacement or temporary locations.

    **(2)** To minimize the suspension of business if you cannot continue "operations".

    **(3) (a)** To repair or replace any property; or

        **(b)** To research, replace or restore the loss information on damaged valuable papers and records

    to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage.

**3. Exclusions**

The following exclusions apply only to this endorsement:

  **a. Perishable Stock**

    We will not pay for loss or damage to "perishable stock".

  **b. Power or Other Utility Grid Failure**

    Under **B. EXCLUSIONS, 1.e. Power Failure**, is deleted and replaced by the following exclusion for this endorsement only:

    We shall not pay for loss or damage caused by or resulting from the failure to supply "communication supply services", "power supply services" or "water supply services" from any regional or national grid.

**4. Definitions**

The following definitions apply only to this Additional Coverage:

  **a. "Communication Supply Services"**, meaning property supplying communication services, including telephone, radio, microwave or television services, to the described premises, that are not located on a described premises and not rented, leased or owned by any insured, such as:

    **(1)** Communication transmission lines, including optic fiber transmission lines;

    **(2)** Coaxial cables; and

    **(3)** Microwave radio relays except satellites.

  **b. "Local Utility Service"**, means your billing entity, repair entity or service entity directly supplying your "communication supply services", "power supply services" or "water supply services" to the premises described in the Declarations.

  **c. "Perishable Stock"**, means merchandise held in storage or for sale that is refrigerated for preservation and is susceptible to loss or damage if the refrigeration fails.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.
Copyright, ISO Commercial Risk Office, Inc., 1984, 1985, 1986.

54060 (2-06)                                                                                    Page 2 of 3

**d.** **"Power Supply Services"**, means the following types of property supplying electricity, steam or gas to the described premises, that are located on a described premises and not rented, leased or owned by any insured:

**(1)** Utility generating plants;

**(2)** Switching stations;

**(3)** Substations;

**(4)** Transformers; and

**(5)** Transmission lines.

**e.** **"Water Supply Services"**, means the following types of property supplying water to the described premises, that are not located on a described premises and not rented, leased or owned by any insured:

**(1)** Pumping stations; and

**(2)** Water mains.

All other policy terms and conditions apply.

Includes copyrighted material of ISO Commercial Services, Inc., with its permission.

54060 (2-06)          Copyright, ISO Commercial Risk Office, Inc., 1984, 1985, 1986.          Page 3 of 3

# EXHIBIT B

**R&M Claims Service Inc**

90-F-117 Glenda Trace
Newnan, Ga. 30265
Office 678-423-3629 Fax 678-423-7488
ray@rmclaimsservice.com
Tax ID 26-4702197

| | | | |
|---|---|---|---|
| Insured: | The Crossing at Three Bridges | Home: | (678) 860-8551 |
| Property: | 4411 Suwannee Dam Rd | E-mail: | ehoell@computersolutionpartners. |
| | Suwanee, GA 30024-8701 | | com |
| | | | |
| Claim Rep.: | Ray Payne | Business: | (678) 423-3629 |
| | | E-mail: | ray@rmclaimsservice.com |
| | | | |
| Estimator: | Ray Payne | Business: | (678) 423-3629 |
| | | E-mail: | ray@rmclaimsservice.com |
| | | | |
| Reference: | Tony Richards | Business: | (888) 873-4705 x 55893 |
| Company: | Auto Owners Insurance | E-mail: | richards.tony@aoins.com |
| Business: | 1735 North Brown Road | | |
| | Lawrenceville, GA 30043 | | |

**Claim Number:** 300-0315878-2022    **Policy Number:** 48-008572-03    **Type of Loss:** hail and wind damage

| | | | |
|---|---|---|---|
| Date Contacted: | 6/1/2022 6:00 AM | | |
| Date of Loss: | 8/11/2021 12:00 AM | Date Received: | 5/31/2022 6:00 AM |
| Date Inspected: | 6/21/2022 6:01 AM | Date Entered: | 7/25/2022 5:58 AM |

| | |
|---|---|
| Price List: | GAAT8X_JUL22 |
| | Restoration/Service/Remodel |
| Estimate: | THREEBRIDGES |

**NOTICE:** This is a repair estimate only and not an offer of settlement. All estimate figures may be subject to additional company review and approval. This is not an authorization to repair or guarantee of payment. Authorization to repair and/or guarantee of payment must come from the owner of the property. The insurer assumes no responsibility for the quality nor any deficiencies in repairs.

**R&M Claims Service Inc**

90-F-117 Glenda Trace
Newnan, Ga. 30265
Office 678-423-3629 Fax 678-423-7488
ray@rmclaimsservice.com
Tax ID 26-4702197

## THREEBRIDGES

**THREEBRIDGES**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| The repairs listed below include repairs to all building per engineers report. There are 26 shingles per bundle. | | | | | | |
| 1. Material Only Laminated - comp. shingle rfg. - w/out felt | 2.00 SQ | 113.78 | 13.65 | 241.21 | (120.61) | 120.60 |
| Materials for repairs to all 10 buildings | | | | | | |
| 2. Roofer - per hour | 32.00 HR | 122.25 | 0.00 | 3,912.00 | (0.00) | 3,912.00 |
| Two people two eight hour days to make repairs to all ten buildings | | | | | | |
| 3. Haul debris - per pickup truck load - including dump fees | 1.00 EA | 153.73 | 0.00 | 153.73 | (0.00) | 153.73 |
| **Total:  THREEBRIDGES** | | | **13.65** | **4,306.94** | **120.61** | **4,186.33** |
| **Line Item Totals:  THREEBRIDGES** | | | **13.65** | **4,306.94** | **120.61** | **4,186.33** |

**R&M Claims Service Inc**

90-F-117 Glenda Trace
Newnan, Ga. 30265
Office 678-423-3629 Fax 678-423-7488
ray@rmclaimsservice.com
Tax ID 26-4702197

## Summary for Dwelling

| | | |
|---|---|---:|
| Line Item Total | | 4,293.29 |
| Material Sales Tax | | 13.65 |
| **Replacement Cost Value** | | **$4,306.94** |
| Less Depreciation | | (120.61) |
| **Actual Cash Value** | | **$4,186.33** |
| Less Deductible | [Full Deductible = 5,000.00] | (4,186.33) |
| **Net Claim** | | **$0.00** |
| Total Depreciation | | 120.61 |
| Less Residual Deductible | [Full Residual Deductible = 813.67] | (120.61) |
| Total Recoverable Depreciation | | 0.00 |
| **Net Claim if Depreciation is Recovered** | | **$0.00** |

_____
Ray Payne

**R&M Claims Service Inc**

90-F-117 Glenda Trace
Newnan, Ga. 30265
Office 678-423-3629 Fax 678-423-7488
ray@rmclaimsservice.com
Tax ID 26-4702197

## Recap by Room

| | | |
|---|---|---|
| Estimate: **THREEBRIDGES** | 4,293.29 | 100.00% |
| Subtotal of Areas | 4,293.29 | 100.00% |
| Total | 4,293.29 | 100.00% |

**R&M Claims Service Inc**

90-F-117 Glenda Trace
Newnan, Ga. 30265
Office 678-423-3629 Fax 678-423-7488
ray@rmclaimsservice.com
Tax ID 26-4702197

## Recap by Category with Depreciation

| Items | RCV | Deprec. | ACV |
|---|---|---|---|
| **GENERAL DEMOLITION** | 153.73 | | 153.73 |
| **ROOFING** | 4,139.56 | 113.78 | 4,025.78 |
| Subtotal | 4,293.29 | 113.78 | 4,179.51 |
| Material Sales Tax | 13.65 | 6.83 | 6.82 |
| **Total** | **4,306.94** | **120.61** | **4,186.33** |

**NOTICE:** This is an estimate for repairs and a copy of this document does not constitute settlement of claim. The above figures may be subject to additional company review and approval. Your loss will be settled on an actual cash value basis and your policy may contain a replacement cost provision. If it contains such a provision, full cost of replacement can be considered if the property is actually replaced. You have the right to make further claim under this provision within 180 days after the loss. All policy terms and conditions apply to this claim.

# EXHIBIT C



**Michael D. Turner, Esq.**
110 Norcross Street
Roswell, GA 30075
mdturner@lawhuggins.com
(770) 913-6229

August 3, 2022

Mr. Tony Richards                                    **Sent Via email:**
Owners Insurance Company                  Richards.tony@aoins.com
1735 North Brown Road
Lawrenceville, GA 30043

Re:   Named Insured(s):   The Crossing at Three Bridges Condominium Association
       Policy Number:        48-008572-03
       Claim Number:        300-0315878-2022
       Date of Loss:          August 11, 2021

To Whom it May Concern:

      I have been retained by The Crossing at Three Bridges Condominium Association ("Your Insured") to represent them regarding the above referenced property insurance claim. All further communication regarding this claim should be directed to my office.

      Please also accept this letter as a formal demand for a **certified copy of the relevant insurance policy, to include the original policy, any renewals, and any endorsements.** We also request a copy of any and all repair estimates drafted to date, **as well as a payment sheet or payment log detailing all insurance proceeds issued to date for this claim.**

      My client has complied with all conditions contained in the insurance policy. My client is at a loss as to why Owners Insurance Company ("Owners") has not afforded the proper coverage under the applicable policy. This lack of good faith has forced Your Insured to retain my legal services in order to fairly settle their claim. It is our belief that Owners has violated the Unfair Claims Settlement Practice Act pursuant to O.C.G.A. § 33-6-34 and has breached the insurance policy.

      Bad faith claims handling triggers additional liability on your part under O.C.G.A. § 33-4-6 that includes the amount of the claim, plus a penalty of an additional fifty percent (50%) of the value of the claim and reasonable attorneys' fees and costs.

      Therefore, per the enclosed spreadsheets of damages to Your Insured's property, we are hereby making formal demand that you settle the above claim for the sum of **$482,772.40, less previous payments and the applicable deductible.** The invoice & estimate of damages is attached for your review. This demand is being made pursuant to O.C.G.A. § 33-4-6, and you have sixty (60) days in which to make payment on this claim or be subject to a lawsuit containing a claim for breach of contract and bad faith seeking all compensation allowed by law, including attorneys' fees and a penalty of fifty percent (50%) of the loss amount.

To: Owners Insurance Company
Client: The Crossing at Three Bridges Condominium Association
August 3, 2022
Page **2** of **2**

This letter constitutes a "proper demand" for payment under O.C.G.A. § 33-4-6. If you contend that a proper demand has not been made, you must immediately notify us of the reasons for such allegation. Otherwise, it will be assumed you agree this letter constitutes a proper demand.

The purpose of this correspondence is to encourage Owners to resolve Your Insured's claim in a fair and equitable manner in hopes of avoiding litigation. If you fail to respond to this letter with an offer of settlement that is acceptable to Your Insured, we will have no alternative other than recommending to Your Insured that a lawsuit be filed against you.

Payment must be received in my office within sixty (60) days of your receipt of this letter in order to avoid a suit for bad faith penalties and attorney's fees. Any check issued should list Huggins Law Firm, LLC as sole payee. Any objection to these payment terms shall be submitted in writing to Huggins Law Firm, LLC within 10 days of receipt of this letter.

I look forward to working with you to resolve this matter quickly and amicably. Please feel free to contact me should you have any questions regarding this formal 60-day demand. Should you have any questions or concerns, please reach out to me at mdturner@lawhuggins.com or by phone at (770) 913-6229.

Sincerely,

Michael D. Turner, Esq.
Attorney at Law

MDT/
Encl.

 **Georgia in-Home Services**

2625 Piedmont Road N.E. Suite 56
ATLANTA GEORGIA 30324
404-434-2436
danny@Georgia in-home services.com

Insured:     Three Bridges Office park
Property:    4411 Suwanee Dam
             Suwanee, GA 30024

Claim Rep.:  Danny Diulus                      Business:  (404) 434-2436

Estimator:   Danny Diulus                      Business:  (404) 434-2436

Claim Number:              Policy Number:              Type of Loss:

Date of Loss:                      Date Received:
Date Inspected:                    Date Entered:   6/16/2022 7:36 AM

Price List:   GAAT8X_JUN22
              Restoration/Service/Remodel
Estimate:     2022-06-16-0736



**Georgia in-Home Services**

2625 Piedmont Road N.E. Suite 56
ATLANTA GEORGIA 30324
404-434-2436
danny@Georgia in-home services.com

**2022-06-16-0736**

### Building 1

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 1. Tear off composition shingles (no haul off) | | | | | | | | | |
| 66.34 SQ | 38.77 | 0.00 | 514.40 | 3,086.40 | 0/NA | Avg. | NA | (0.00) | 3,086.40 |
| 2. Roofing felt - 15 lb. | | | | | | | | | |
| 66.34 SQ | 31.01 | 29.91 | 417.42 | 2,504.53 | 0/20 yrs | Avg. | 0% | (0.00) | 2,504.53 |
| 3. Asphalt starter - peel and stick | | | | | | | | | |
| 359.00 LF | 1.90 | 14.07 | 139.24 | 835.41 | 0/20 yrs | Avg. | 0% | (0.00) | 835.41 |
| 4. Laminated - comp. shingle rfg. - w/out felt | | | | | | | | | |
| 76.33 SQ | 229.05 | 598.59 | 3,616.40 | 21,698.38 | 0/30 yrs | Avg. | 0% | (0.00) | 21,698.38 |
| 5. Remove Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | | | |
| 76.33 SQ | 14.45 | 0.00 | 220.60 | 1,323.57 | 0/NA | Avg. | NA | (0.00) | 1,323.57 |
| 6. Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | | | |
| 76.33 SQ | 43.28 | 0.00 | 660.72 | 3,964.28 | 0/NA | Avg. | 0% | (0.00) | 3,964.28 |
| 7. R&R Ridge cap - High profile - composition shingles | | | | | | | | | |
| 258.00 LF | 8.47 | 53.82 | 447.80 | 2,686.88 | 0/30 yrs | Avg. | 0% | (0.00) | 2,686.88 |
| 8. R&R Valley metal | | | | | | | | | |
| 138.00 LF | 6.08 | 19.61 | 171.74 | 1,030.39 | 0/35 yrs | Avg. | 0% | (0.00) | 1,030.39 |
| 9. Continuous ridge vent - shingle-over style | | | | | | | | | |
| 158.00 LF | 8.51 | 37.16 | 276.36 | 1,658.10 | 0/35 yrs | Avg. | 0% | (0.00) | 1,658.10 |
| 10. R&R Drip edge | | | | | | | | | |
| 503.00 LF | 3.04 | 40.49 | 313.92 | 1,883.53 | 0/35 yrs | Avg. | 0% | (0.00) | 1,883.53 |
| 11. Roof vent - turtle type - Metal | | | | | | | | | |
| 8.00 EA | 62.80 | 12.09 | 102.90 | 617.39 | 0/35 yrs | Avg. | 0% | (0.00) | 617.39 |
| 12. Flashing - pipe jack | | | | | | | | | |
| 4.00 EA | 43.97 | 3.66 | 35.92 | 215.46 | 0/35 yrs | Avg. | 0% | (0.00) | 215.46 |
| **Totals: Building 1** | | **809.40** | **6,917.42** | **41,504.32** | | | | **0.00** | **41,504.32** |

### Building 2

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 13. Tear off composition shingles (no haul off) | | | | | | | | | |
| 95.87 SQ | 38.77 | 0.00 | 743.38 | 4,460.26 | 0/NA | Avg. | NA | (0.00) | 4,460.26 |
| 14. Roofing felt - 15 lb. | | | | | | | | | |
| 95.87 SQ | 31.01 | 43.22 | 603.22 | 3,619.37 | 0/20 yrs | Avg. | 0% | (0.00) | 3,619.37 |
| 15. Asphalt starter - peel and stick | | | | | | | | | |
| 474.00 LF | 1.90 | 18.58 | 183.84 | 1,103.02 | 0/20 yrs | Avg. | 0% | (0.00) | 1,103.02 |
| 16. Laminated - comp. shingle rfg. - w/out felt | | | | | | | | | |
| 110.33 SQ | 229.05 | 865.22 | 5,227.26 | 31,363.57 | 0/30 yrs | Avg. | 0% | (0.00) | 31,363.57 |

 **Georgia in-Home Services**

2625 Piedmont Road N.E. Suite 56
ATLANTA GEORGIA 30324
404-434-2436
danny@Georgia in-home services.com

### CONTINUED - Building 2

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 17. Remove Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | | | |
| 110.33 SQ | 14.45 | 0.00 | 318.86 | 1,913.13 | 0/NA | Avg. | NA | (0.00) | 1,913.13 |
| 18. Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | | | |
| 110.33 SQ | 43.28 | 0.00 | 955.02 | 5,730.10 | 0/NA | Avg. | 0% | (0.00) | 5,730.10 |
| 19. R&R Ridge cap - High profile - composition shingles | | | | | | | | | |
| 353.00 LF | 8.47 | 73.64 | 612.70 | 3,676.25 | 0/30 yrs | Avg. | 0% | (0.00) | 3,676.25 |
| 20. Continuous ridge vent - shingle-over style | | | | | | | | | |
| 230.00 LF | 8.51 | 54.10 | 402.28 | 2,413.68 | 0/35 yrs | Avg. | 0% | (0.00) | 2,413.68 |
| 21. R&R Valley metal | | | | | | | | | |
| 197.00 LF | 6.08 | 27.99 | 245.16 | 1,470.91 | 0/35 yrs | Avg. | 0% | (0.00) | 1,470.91 |
| 22. R&R Drip edge | | | | | | | | | |
| 626.00 LF | 3.04 | 50.39 | 390.68 | 2,344.11 | 0/35 yrs | Avg. | 0% | (0.00) | 2,344.11 |
| 23. Roof vent - turtle type - Metal | | | | | | | | | |
| 8.00 EA | 62.80 | 12.09 | 102.90 | 617.39 | 0/35 yrs | Avg. | 0% | (0.00) | 617.39 |
| 24. Flashing - pipe jack | | | | | | | | | |
| 4.00 EA | 43.97 | 3.66 | 35.92 | 215.46 | 0/35 yrs | Avg. | 0% | (0.00) | 215.46 |
| **Totals: Building 2** | | **1,148.89** | **9,821.22** | **58,927.25** | | | | **0.00** | **58,927.25** |

### Building 3

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 25. Tear off composition shingles (no haul off) | | | | | | | | | |
| 95.87 SQ | 38.77 | 0.00 | 743.38 | 4,460.26 | 0/NA | Avg. | NA | (0.00) | 4,460.26 |
| 26. Roofing felt - 15 lb. | | | | | | | | | |
| 95.87 SQ | 31.01 | 43.22 | 603.22 | 3,619.37 | 0/20 yrs | Avg. | 0% | (0.00) | 3,619.37 |
| 27. Asphalt starter - peel and stick | | | | | | | | | |
| 474.00 LF | 1.90 | 18.58 | 183.84 | 1,103.02 | 0/20 yrs | Avg. | 0% | (0.00) | 1,103.02 |
| 28. Laminated - comp. shingle rfg. - w/out felt | | | | | | | | | |
| 110.33 SQ | 229.05 | 865.22 | 5,227.26 | 31,363.57 | 0/30 yrs | Avg. | 0% | (0.00) | 31,363.57 |
| 29. Remove Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | | | |
| 110.33 SQ | 14.45 | 0.00 | 318.86 | 1,913.13 | 0/NA | Avg. | NA | (0.00) | 1,913.13 |
| 30. Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | | | |
| 110.33 SQ | 43.28 | 0.00 | 955.02 | 5,730.10 | 0/NA | Avg. | 0% | (0.00) | 5,730.10 |
| 31. R&R Ridge cap - High profile - composition shingles | | | | | | | | | |
| 353.00 LF | 8.47 | 73.64 | 612.70 | 3,676.25 | 0/30 yrs | Avg. | 0% | (0.00) | 3,676.25 |



**Georgia in-Home Services**

2625 Piedmont Road N.E. Suite 56
ATLANTA GEORGIA 30324
404-434-2436
danny@Georgia in-home services.com

### CONTINUED - Building 3

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 32. Continuous ridge vent - shingle-over style | | | | | | | | | | |
| | 230.00 LF | 8.51 | 54.10 | 402.28 | 2,413.68 | 0/35 yrs | Avg. | 0% | (0.00) | 2,413.68 |
| 33. R&R Valley metal | | | | | | | | | | |
| | 197.00 LF | 6.08 | 27.99 | 245.16 | 1,470.91 | 0/35 yrs | Avg. | 0% | (0.00) | 1,470.91 |
| 34. R&R Drip edge | | | | | | | | | | |
| | 626.00 LF | 3.04 | 50.39 | 390.68 | 2,344.11 | 0/35 yrs | Avg. | 0% | (0.00) | 2,344.11 |
| 35. Roof vent - turtle type - Metal | | | | | | | | | | |
| | 8.00 EA | 62.80 | 12.09 | 102.90 | 617.39 | 0/35 yrs | Avg. | 0% | (0.00) | 617.39 |
| 36. Flashing - pipe jack | | | | | | | | | | |
| | 4.00 EA | 43.97 | 3.66 | 35.92 | 215.46 | 0/35 yrs | Avg. | 0% | (0.00) | 215.46 |
| **Totals: Building 3** | | | **1,148.89** | **9,821.22** | **58,927.25** | | | | **0.00** | **58,927.25** |

### Building 4

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 37. Tear off composition shingles (no haul off) | | | | | | | | | | |
| | 46.00 SQ | 38.77 | 0.00 | 356.68 | 2,140.10 | 0/NA | Avg. | NA | (0.00) | 2,140.10 |
| 38. Roofing felt - 15 lb. | | | | | | | | | | |
| | 46.00 SQ | 31.01 | 20.74 | 289.44 | 1,736.64 | 0/20 yrs | Avg. | 0% | (0.00) | 1,736.64 |
| 39. Asphalt starter - peel and stick | | | | | | | | | | |
| | 300.00 LF | 1.90 | 11.76 | 116.36 | 698.12 | 0/20 yrs | Avg. | 0% | (0.00) | 698.12 |
| 40. Laminated - comp. shingle rfg. - w/out felt | | | | | | | | | | |
| | 53.00 SQ | 229.05 | 415.63 | 2,511.06 | 15,066.34 | 0/30 yrs | Avg. | 0% | (0.00) | 15,066.34 |
| 41. Remove Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | | | | |
| | 53.00 SQ | 14.45 | 0.00 | 153.18 | 919.03 | 0/NA | Avg. | NA | (0.00) | 919.03 |
| 42. Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | | | | |
| | 53.00 SQ | 43.28 | 0.00 | 458.76 | 2,752.60 | 0/NA | Avg. | 0% | (0.00) | 2,752.60 |
| 43. R&R Ridge cap - High profile - composition shingles | | | | | | | | | | |
| | 200.00 LF | 8.47 | 41.72 | 347.14 | 2,082.86 | 0/30 yrs | Avg. | 0% | (0.00) | 2,082.86 |
| 44. Continuous ridge vent - shingle-over style | | | | | | | | | | |
| | 260.00 LF | 8.51 | 61.15 | 454.76 | 2,728.51 | 0/35 yrs | Avg. | 0% | (0.00) | 2,728.51 |
| 45. R&R Valley metal | | | | | | | | | | |
| | 88.00 LF | 6.08 | 12.50 | 109.52 | 657.06 | 0/35 yrs | Avg. | 0% | (0.00) | 657.06 |
| 46. R&R Drip edge | | | | | | | | | | |
| | 342.00 LF | 3.04 | 27.53 | 213.44 | 1,280.65 | 0/35 yrs | Avg. | 0% | (0.00) | 1,280.65 |

 **Georgia in-Home Services**

2625 Piedmont Road N.E. Suite 56
ATLANTA GEORGIA 30324
404-434-2436
danny@Georgia in-home services.com

### CONTINUED – Building 4

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 47. Roof vent - turtle type - Metal | | | | | | | | | | |
| | 6.00 EA | 62.80 | 9.07 | 77.18 | 463.05 | 0/35 yrs | Avg. | 0% | (0.00) | 463.05 |
| 48. Flashing - pipe jack | | | | | | | | | | |
| | 2.00 EA | 43.97 | 1.83 | 17.94 | 107.71 | 0/35 yrs | Avg. | 0% | (0.00) | 107.71 |
| **Totals: Building 4** | | | 601.93 | 5,105.46 | 30,632.67 | | | | 0.00 | 30,632.67 |

### Building 5

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 49. Tear off composition shingles (no haul off) | | | | | | | | | | |
| | 100.00 SQ | 38.77 | 0.00 | 775.40 | 4,652.40 | 0/NA | Avg. | NA | (0.00) | 4,652.40 |
| 50. Roofing felt - 15 lb. | | | | | | | | | | |
| | 100.00 SQ | 31.01 | 45.08 | 629.22 | 3,775.30 | 0/20 yrs | Avg. | 0% | (0.00) | 3,775.30 |
| 51. Asphalt starter - peel and stick | | | | | | | | | | |
| | 574.00 LF | 1.90 | 22.50 | 222.62 | 1,335.72 | 0/20 yrs | Avg. | 0% | (0.00) | 1,335.72 |
| 52. Laminated - comp. shingle rfg. - w/out felt | | | | | | | | | | |
| | 115.00 SQ | 229.05 | 901.84 | 5,448.52 | 32,691.11 | 0/30 yrs | Avg. | 0% | (0.00) | 32,691.11 |
| 53. Remove Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | | | | |
| | 115.00 SQ | 14.45 | 0.00 | 332.36 | 1,994.11 | 0/NA | Avg. | NA | (0.00) | 1,994.11 |
| 54. Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | | | | |
| | 115.00 SQ | 43.28 | 0.00 | 995.44 | 5,972.64 | 0/NA | Avg. | 0% | (0.00) | 5,972.64 |
| 55. R&R Ridge cap - High profile - composition shingles | | | | | | | | | | |
| | 243.00 LF | 8.47 | 50.69 | 421.78 | 2,530.68 | 0/30 yrs | Avg. | 0% | (0.00) | 2,530.68 |
| 56. Continuous ridge vent - shingle-over style | | | | | | | | | | |
| | 243.00 LF | 8.51 | 57.15 | 425.02 | 2,550.10 | 0/35 yrs | Avg. | 0% | (0.00) | 2,550.10 |
| 57. R&R Valley metal | | | | | | | | | | |
| | 344.00 LF | 6.08 | 48.88 | 428.08 | 2,568.48 | 0/35 yrs | Avg. | 0% | (0.00) | 2,568.48 |
| 58. R&R Drip edge | | | | | | | | | | |
| | 689.00 LF | 3.04 | 55.46 | 430.02 | 2,580.04 | 0/35 yrs | Avg. | 0% | (0.00) | 2,580.04 |
| 59. Roof vent - turtle type - Metal | | | | | | | | | | |
| | 8.00 EA | 62.80 | 12.09 | 102.90 | 617.39 | 0/35 yrs | Avg. | 0% | (0.00) | 617.39 |
| 60. Flashing - pipe jack | | | | | | | | | | |
| | 4.00 EA | 43.97 | 3.66 | 35.92 | 215.46 | 0/35 yrs | Avg. | 0% | (0.00) | 215.46 |
| **Totals: Building 5** | | | 1,197.35 | 10,247.28 | 61,483.43 | | | | 0.00 | 61,483.43 |



**Georgia in-Home Services**

2625 Piedmont Road N.E. Suite 56
ATLANTA GEORGIA 30324
404-434-2436
danny@Georgia in-home services.com

### Building 6

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 61. Tear off composition shingles (no haul off) | | | | | | | | | | |
| | 83.21 SQ | 38.77 | 0.00 | 645.22 | 3,871.27 | 0/NA | Avg. | NA | (0.00) | 3,871.27 |
| 62. Roofing felt - 15 lb. | | | | | | | | | | |
| | `83.21 SQ | 31.01 | 37.51 | 523.56 | 3,141.41 | 0/20 yrs | Avg. | 0% | (0.00) | 3,141.41 |
| 63. Asphalt starter - peel and stick | | | | | | | | | | |
| | 385.00 LF | 1.90 | 15.09 | 149.32 | 895.91 | 0/20 yrs | Avg. | 0% | (0.00) | 895.91 |
| 64. Laminated - comp. shingle rfg. - w/out felt | | | | | | | | | | |
| | 96.00 SQ | 229.05 | 752.84 | 4,548.32 | 27,289.96 | 0/30 yrs | Avg. | 0% | (0.00) | 27,289.96 |
| 65. Remove Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | | | | |
| | 96.00 SQ | 14.45 | 0.00 | 277.44 | 1,664.64 | 0/NA | Avg. | NA | (0.00) | 1,664.64 |
| 66. Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | | | | |
| | 96.00 SQ | 43.28 | 0.00 | 830.98 | 4,985.86 | 0/NA | Avg. | 0% | (0.00) | 4,985.86 |
| 67. R&R Ridge cap - High profile - composition shingles | | | | | | | | | | |
| | 461.00 LF | 8.47 | 96.16 | 800.16 | 4,800.99 | 0/30 yrs | Avg. | 0% | (0.00) | 4,800.99 |
| 68. Continuous ridge vent - shingle-over style | | | | | | | | | | |
| | 205.00 LF | 8.51 | 48.22 | 358.56 | 2,151.33 | 0/35 yrs | Avg. | 0% | (0.00) | 2,151.33 |
| 69. R&R Valley metal | | | | | | | | | | |
| | 284.00 LF | 6.08 | 40.36 | 353.42 | 2,120.50 | 0/35 yrs | Avg. | 0% | (0.00) | 2,120.50 |
| 70. R&R Drip edge | | | | | | | | | | |
| | 592.00 LF | 3.04 | 47.66 | 369.48 | 2,216.82 | 0/35 yrs | Avg. | 0% | (0.00) | 2,216.82 |
| 71. Roof vent - turtle type - Metal | | | | | | | | | | |
| | 8.00 EA | 62.80 | 12.09 | 102.90 | 617.39 | 0/35 yrs | Avg. | 0% | (0.00) | 617.39 |
| 72. Flashing - pipe jack | | | | | | | | | | |
| | 8.00 EA | 43.97 | 7.31 | 71.82 | 430.89 | 0/35 yrs | Avg. | 0% | (0.00) | 430.89 |
| **Totals:  Building 6** | | | 1,057.24 | 9,031.18 | 54,186.97 | | | | 0.00 | 54,186.97 |

### Building 7

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 73. Tear off composition shingles (no haul off) | | | | | | | | | | |
| | 95.87 SQ | 38.77 | 0.00 | 743.38 | 4,460.26 | 0/NA | Avg. | NA | (0.00) | 4,460.26 |
| 74. Roofing felt - 15 lb. | | | | | | | | | | |
| | 95.87 SQ | 31.01 | 43.22 | 603.22 | 3,619.37 | 0/20 yrs | Avg. | 0% | (0.00) | 3,619.37 |
| 75. Asphalt starter - peel and stick | | | | | | | | | | |
| | 474.00 LF | 1.90 | 18.58 | 183.84 | 1,103.02 | 0/20 yrs | Avg. | 0% | (0.00) | 1,103.02 |
| 76. Laminated - comp. shingle rfg. - w/out felt | | | | | | | | | | |
| | 110.33 SQ | 229.05 | 865.22 | 5,227.26 | 31,363.57 | 0/30 yrs | Avg. | 0% | (0.00) | 31,363.57 |
| 77. Remove Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | | | | |
| | 110.33 SQ | 14.45 | 0.00 | 318.86 | 1,913.13 | 0/NA | Avg. | NA | (0.00) | 1,913.13 |



**Georgia in-Home Services**

2625 Piedmont Road N.E. Suite 56
ATLANTA GEORGIA 30324
404-434-2436
danny@Georgia in-home services.com

### CONTINUED - Building 7

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 78. Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | | | |
| 110.33 SQ | 43.28 | | 955.02 | 5,730.10 | 0/NA | Avg. | 0% | (0.00) | 5,730.10 |
| 79. R&R Ridge cap - High profile - composition shingles | | | | | | | | | |
| 353.00 LF | 8.47 | 73.64 | 612.70 | 3,676.25 | 0/30 yrs | Avg. | 0% | (0.00) | 3,676.25 |
| 80. Continuous ridge vent - shingle-over style | | | | | | | | | |
| 230.00 LF | 8.51 | 54.10 | 402.28 | 2,413.68 | 0/35 yrs | Avg. | 0% | (0.00) | 2,413.68 |
| 81. R&R Valley metal | | | | | | | | | |
| 197.00 LF | 6.08 | 27.99 | 245.16 | 1,470.91 | 0/35 yrs | Avg. | 0% | (0.00) | 1,470.91 |
| 82. R&R Drip edge | | | | | | | | | |
| 626.00 LF | 3.04 | 50.39 | 390.68 | 2,344.11 | 0/35 yrs | Avg. | 0% | (0.00) | 2,344.11 |
| 83. Roof vent - turtle type - Metal | | | | | | | | | |
| 8.00 EA | 62.80 | 12.09 | 102.90 | 617.39 | 0/35 yrs | Avg. | 0% | (0.00) | 617.39 |
| 84. Flashing - pipe jack | | | | | | | | | |
| 4.00 EA | 43.97 | 3.66 | 35.92 | 215.46 | 0/35 yrs | Avg. | 0% | (0.00) | 215.46 |
| **Totals:  Building 7** | | **1,148.89** | **9,821.22** | **58,927.25** | | | | **0.00** | **58,927.25** |

### Building 8

| QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|
| 85. Tear off composition shingles (no haul off) | | | | | | | | | |
| 83.21 SQ | 38.77 | 0.00 | 645.22 | 3,871.27 | 0/NA | Avg. | NA | (0.00) | 3,871.27 |
| 86. Roofing felt - 15 lb. | | | | | | | | | |
| 83.21 LF | 31.01 | 37.51 | 523.56 | 3,141.41 | 0/20 yrs | Avg. | 0% | (0.00) | 3,141.41 |
| 87. Asphalt starter - peel and stick | | | | | | | | | |
| 385.00 LF | 1.90 | 15.09 | 149.32 | 895.91 | 0/20 yrs | Avg. | 0% | (0.00) | 895.91 |
| 88. Laminated - comp. shingle rfg. - w/out felt | | | | | | | | | |
| 96.00 SQ | 229.05 | 752.84 | 4,548.32 | 27,289.96 | 0/30 yrs | Avg. | 0% | (0.00) | 27,289.96 |
| 89. Remove Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | | | |
| 96.00 SQ | 14.45 | 0.00 | 277.44 | 1,664.64 | 0/NA | Avg. | NA | (0.00) | 1,664.64 |
| 90. Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | | | |
| 96.00 SQ | 43.28 | 0.00 | 830.98 | 4,985.86 | 0/NA | Avg. | 0% | (0.00) | 4,985.86 |
| 91. R&R Ridge cap - High profile - composition shingles | | | | | | | | | |
| 461.00 LF | 8.47 | 96.16 | 800.16 | 4,800.99 | 0/30 yrs | Avg. | 0% | (0.00) | 4,800.99 |
| 92. Continuous ridge vent - shingle-over style | | | | | | | | | |
| 205.00 LF | 8.51 | 48.22 | 358.56 | 2,151.33 | 0/35 yrs | Avg. | 0% | (0.00) | 2,151.33 |



**Georgia in-Home Services**

2625 Piedmont Road N.E. Suite 56
ATLANTA GEORGIA 30324
404-434-2436
danny@Georgia in-home services.com

### CONTINUED - Building 8

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 93. R&R Valley metal | | | | | | | | | | |
| | 284.00 LF | 6.08 | 40.36 | 353.42 | 2,120.50 | 0/35 yrs | Avg. | 0% | (0.00) | 2,120.50 |
| 94. R&R Drip edge | | | | | | | | | | |
| | 592.00 LF | 3.04 | 47.66 | 369.48 | 2,216.82 | 0/35 yrs | Avg. | 0% | (0.00) | 2,216.82 |
| 95. Roof vent - turtle type - Metal | | | | | | | | | | |
| | 8.00 EA | 62.80 | 12.09 | 102.90 | 617.39 | 0/35 yrs | Avg. | 0% | (0.00) | 617.39 |
| 96. Flashing - pipe jack | | | | | | | | | | |
| | 8.00 EA | 43.97 | 7.31 | 71.82 | 430.89 | 0/35 yrs | Avg. | 0% | (0.00) | 430.89 |
| **Totals: Building 8** | | | 1,057.24 | 9,031.18 | 54,186.97 | | | | 0.00 | 54,186.97 |

### Building 9

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 97. Tear off composition shingles (no haul off) | | | | | | | | | | |
| | 46.00 SQ | 38.77 | 0.00 | 356.68 | 2,140.10 | 0/NA | Avg. | NA | (0.00) | 2,140.10 |
| 98. Roofing felt - 15 lb. | | | | | | | | | | |
| | 46.00 SQ | 31.01 | 20.74 | 289.44 | 1,736.64 | 0/20 yrs | Avg. | 0% | (0.00) | 1,736.64 |
| 99. Asphalt starter - peel and stick | | | | | | | | | | |
| | 300.00 LF | 1.90 | 11.76 | 116.36 | 698.12 | 0/20 yrs | Avg. | 0% | (0.00) | 698.12 |
| 100. Laminated - comp. shingle rfg. - w/out felt | | | | | | | | | | |
| | 53.00 SQ | 229.05 | 415.63 | 2,511.06 | 15,066.34 | 0/30 yrs | Avg. | 0% | (0.00) | 15,066.34 |
| 101. Remove Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | | | | |
| | 53.00 SQ | 14.45 | 0.00 | 153.18 | 919.03 | 0/NA | Avg. | NA | (0.00) | 919.03 |
| 102. Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | | | | |
| | 53.00 SQ | 43.28 | 0.00 | 458.76 | 2,752.60 | 0/NA | Avg. | 0% | (0.00) | 2,752.60 |
| 103. R&R Ridge cap - High profile - composition shingles | | | | | | | | | | |
| | 200.00 LF | 8.47 | 41.72 | 347.14 | 2,082.86 | 0/30 yrs | Avg. | 0% | (0.00) | 2,082.86 |
| 104. Continuous ridge vent - shingle-over style | | | | | | | | | | |
| | 260.00 LF | 8.51 | 61.15 | 454.76 | 2,728.51 | 0/35 yrs | Avg. | 0% | (0.00) | 2,728.51 |
| 105. R&R Valley metal | | | | | | | | | | |
| | 88.00 LF | 6.08 | 12.50 | 109.52 | 657.06 | 0/35 yrs | Avg. | 0% | (0.00) | 657.06 |
| 106. R&R Drip edge | | | | | | | | | | |
| | 342.00 LF | 3.04 | 27.53 | 213.44 | 1,280.65 | 0/35 yrs | Avg. | 0% | (0.00) | 1,280.65 |
| 107. Roof vent - turtle type - Metal | | | | | | | | | | |
| | 6.00 EA | 62.80 | 9.07 | 77.18 | 463.05 | 0/35 yrs | Avg. | 0% | (0.00) | 463.05 |



**Georgia in-Home Services**

2625 Piedmont Road N.E. Suite 56
ATLANTA GEORGIA 30324
404-434-2436
danny@Georgia in-home services.com

### CONTINUED - Building 9

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 108. | Flashing - pipe jack | | | | | | | | | |
| | 2.00 EA | 43.97 | 1.83 | 17.94 | 107.71 | 0/35 yrs | Avg. | 0% | (0.00) | 107.71 |
| **Totals: Building 9** | | | **601.93** | **5,105.46** | **30,632.67** | | | | **0.00** | **30,632.67** |

### Building 10

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 109. | Tear off composition shingles (no haul off) | | | | | | | | | |
| | 34.30 SQ | 38.77 | 0.00 | 265.96 | 1,595.77 | 0/NA | Avg. | NA | (0.00) | 1,595.77 |
| 110. | Roofing felt - 15 lb. | | | | | | | | | |
| | 34.30 SQ | 31.01 | 15.46 | 215.82 | 1,294.92 | 0/20 yrs | Avg. | 0% | (0.00) | 1,294.92 |
| 111. | Asphalt starter - peel and stick | | | | | | | | | |
| | 220.00 LF | 1.90 | 8.62 | 85.32 | 511.94 | 0/20 yrs | Avg. | 0% | (0.00) | 511.94 |
| 112. | Laminated - comp. shingle rfg. - w/out felt | | | | | | | | | |
| | 39.67 SQ | 229.05 | 311.10 | 1,879.50 | 11,277.01 | 0/30 yrs | Avg. | 0% | (0.00) | 11,277.01 |
| 113. | Remove Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | | | |
| | 39.67 SQ | 14.45 | 0.00 | 114.64 | 687.87 | 0/NA | Avg. | NA | (0.00) | 687.87 |
| 114. | Additional charge for steep roof - 7/12 to 9/12 slope | | | | | | | | | |
| | 39.67 SQ | 43.28 | 0.00 | 343.38 | 2,060.30 | 0/NA | Avg. | 0% | (0.00) | 2,060.30 |
| 115. | R&R Ridge cap - High profile - composition shingles | | | | | | | | | |
| | 178.00 LF | 8.47 | 37.13 | 308.94 | 1,853.73 | 0/30 yrs | Avg. | 0% | (0.00) | 1,853.73 |
| 116. | Continuous ridge vent - shingle-over style | | | | | | | | | |
| | 105.00 LF | 8.51 | 24.70 | 183.66 | 1,101.91 | 0/35 yrs | Avg. | 0% | (0.00) | 1,101.91 |
| 117. | R&R Valley metal | | | | | | | | | |
| | 68.00 LF | 6.08 | 9.66 | 84.64 | 507.74 | 0/35 yrs | Avg. | 0% | (0.00) | 507.74 |
| 118. | R&R Drip edge | | | | | | | | | |
| | 291.00 LF | 3.04 | 23.43 | 181.60 | 1,089.67 | 0/35 yrs | Avg. | 0% | (0.00) | 1,089.67 |
| 119. | Roof vent - turtle type - Metal | | | | | | | | | |
| | 6.00 EA | 62.80 | 9.07 | 77.18 | 463.05 | 0/35 yrs | Avg. | 0% | (0.00) | 463.05 |
| 120. | Flashing - pipe jack | | | | | | | | | |
| | 2.00 EA | 43.97 | 1.83 | 17.94 | 107.71 | 0/35 yrs | Avg. | 0% | (0.00) | 107.71 |
| **Totals: Building 10** | | | **441.00** | **3,758.58** | **22,551.62** | | | | **0.00** | **22,551.62** |

 **Georgia in-Home Services**

2625 Piedmont Road N.E. Suite 56
ATLANTA GEORGIA 30324
404-434-2436
danny@Georgia in-home services.com

### General

| | QUANTITY | UNIT | TAX | O&P | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|---|---|
| 121. | Dumpster load - Approx. 40 yards, 7-8 tons of debris | | | | | | | | | |
| | 12.00 EA | 730.00 | 0.00 | 1,752.00 | 10,512.00 | 0/NA | Avg. | NA | (0.00) | 10,512.00 |
| **Totals: General** | | | **0.00** | **1,752.00** | **10,512.00** | | | | **0.00** | **10,512.00** |
| **Line Item Totals: 2022-06-16-0736** | | | **9,212.76** | **80,412.22** | **482,472.40** | | | | **0.00** | **482,472.40** |

[%] - Indicates that depreciate by percent was used for this item
[M] - Indicates that the depreciation percentage was limited by the maximum allowable depreciation for this item

| Additional Charges | Charge |
|---|---|
| Permit | 250.00 |
| **Additional Charges Total** | **$250.00** |

 **Georgia in-Home Services**

2625 Piedmont Road N.E. Suite 56
ATLANTA GEORGIA 30324
404-434-2436
danny@Georgia in-home services.com

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 392,847.42 |
| Permit | 250.00 |
| Material Sales Tax | 9,212.76 |
| | |
| Subtotal | 402,310.18 |
| Overhead | 40,231.11 |
| Profit | 40,231.11 |
| | |
| **Replacement Cost Value** | **$482,772.40** |
| **Net Claim** | **$482,772.40** |

Danny Diulus

# This Page Intentionally Left Blank to Separate Documents

E-FILED IN OFFICE - JT
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**22-A-08591-7**
10/4/2022 11:04 AM
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY

### STATE OF GEORGIA

**The Crossing at Three Bridges Condominium Association, Inc. d/b/a The Crossing at Three Bridges Condominium Association**
4411 Suwanee Dam Rd.
Suwanee, GA 30024

22-A-08591-7

PLAINTIFF          CIVIL ACTION NUMBER: _____

**VS**

**Owners Insurance Company**
**RA: C T Corporation System**
289 S. Culver St.
Lawrenceville, GA 30046

DEFENDANT

---

## SUMMONS

---

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Michael D. Turner**
**Attorney For the Plaintiff**
**THE HUGGINS LAW FIRM, LLC**
**110 Norcross Street**
**Roswell, GA 30075**
**770-913-6229**
mdturner@lawhuggins.com

an Answer to the Complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.    4th day of October, 2022

This _____ day of _____, 2022.

Tiana P. Garner,
Clerk of Superior Court


BY: _____
Deputy Clerk

# This Page Intentionally Left Blank to Separate Documents

E-FILED IN OFFICE - JT
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**22-A-08591-7**
**10/4/2022 11:04 AM**
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| THE CROSSING AT THREE BRIDGES CONDOMINIUM ASSOCIATION, INC. D/B/A THE CROSSING AT THREE BRIDGES CONDOMINIUM ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>OWNERS INSURANCE COMPANY, a foreign corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION FILE NO.:

_____

22-A-08591-7

### CERTIFICATE OF SERVICE

This is to certify that I have served the foregoing upon the Defendant Owners Insurance Company by serving them with the ***Summons, Complaint and Exhibits***, and ***Plaintiff's First Set of Interrogatories and Request for Production of Documents*** in accordance with the Court's rules to Defendant Owners Insurance Company at the address listed below:

**C T Corporation System**
**Registered Agent for Defendant Owners Insurance Company**
**289 S. Culver St.**
**Lawrenceville, GA 30046**

Respectfully submitted, this 4th day of October, 2022.

For: The Huggins Law Firm, LLC,

_____

| | |
|---|---|
| **The Huggins Law Firm, LLC**<br>110 Norcross Street<br>Roswell, GA 30075<br>(o) (770) 913-6229<br>(e) remington@lawhuggins.com<br>(e) mdturner@lawhuggins.com<br>(e) fpeebles@lawhuggins.com | J. Remington Huggins, Esq.<br>Georgia Bar No.: 348736<br>Michael D. Turner, Esq.<br>Georgia Bar No.: 216414<br>Foster L. Peebles, Esq.<br>Georgia Bar No.: 410852<br>*Attorneys for the Plaintiff* |

# This Page Intentionally Left Blank to Separate Documents

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 22-A-08591-7

Date Filed 10/4/2022

Attorney's Address

Huggins Law Firm, LLC

110 Norcross St.

Roswell, GA 30075

Name and Address of Party to Served

Owners Insurance Company

RA: C.T. Corporation System

289 S. Culver St., Lawrenceville, GA 30046

Superior Court ☒  Magistrate Court ☐
State Court ☐  Probate Court ☐
Juvenile Court ☐

Georgia, Gwinnett COUNTY

The Crossing at Three Bridges Cndominium

Association, Inc. d/b/a The Crossing at Three
                                             Plaintiff
Bridges Condominium Association

VS.

Owners Insurance Company

                                             Defendant

                                             Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
I have this day served the defendant _____ personally with a copy
☐ of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant _____ a corporation

☐ by leaving a copy of the within action and summons with _____
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20____.

DEPUTY                                    _____

**CLERK'S | DEFENDANT'S | PLAINTIFF'S COPY**

# This Page Intentionally Left Blank to Separate Documents

E-FILED IN OFFICE - LW
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

22-A-08591-7

11/4/2022 1:49 PM
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

THE CROSSING AT THREE BRIDGES
CONDOMINIUM ASSOCIATION, INC.　　)
D/B/A THE CROSSING AT THREE　　　)
BRIDGES CONDOMINIUM　　　　　　)　CIVIL ACTION FILE NO.:
ASSOCATION,　　　　　　　　　　)　<u>22-A-08591-7</u>
　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　)
　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
OWNERS INSURANCE COMPANY,　　　 )
a foreign corporation,　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.

---

### OWNERS INSURANCE COMPANY'S ANSWER AND
### AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW, Owners Insurance Company ("Owners"), Defendant in the above-styled

action, and hereby files its Answer and Affirmative Defenses to The Crossing at Three Bridges

Condominium Association, Inc. d/b/a The Crossing at Three Bridges Condominium Association

("Plaintiff")'s Complaint and responds as follows:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim against Owners upon which relief can be

granted.

### SECOND AFFIRMATIVE DEFENSE

To the extent Plaintiff seeks to assert a claim for breach of contract against Owners for

purported damage (the "Loss") to properties located at 4411 Suwanee Dam Road, Suwanee,

Georgia 30024 (the "Property"), which is the subject of Plaintiff's Complaint, Plaintiff's action

should be dismissed because Owners did not breach its contract with Plaintiff and, at all times

relevant to this action, has acted in accordance with the terms and conditions of Owners policy number 48-008572-03 (the "Policy") and all applicable Georgia law.

### THIRD AFFIRMATIVE DEFENSE

Owners has not breached any duty owed under its insurance contract with Plaintiff and, therefore, Plaintiff may not recover from Owners in any sum or manner whatsoever.

### FOURTH AFFIRMATIVE DEFENSE

To the extent that the Complaint seeks, or is construed as seeking, recovery of bad faith penalties or attorneys' fees under O.C.G.A. § 33-4-6 against Owners, such remedies are not available to Plaintiff, as Plaintiff has failed to satisfy the substantive and/or procedural requirements for making a bad faith claim as required under O.C.G.A. § 33-4-6.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff may not recover from Owners under the Policy because Plaintiff breached the terms and conditions of the Policy.

### SIXTH AFFIRMATIVE DEFENSE

Owners is not indebted to Plaintiff for the sum sought or in any amount whatsoever.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff is barred from recovering the amount asserted in its Complaint because these alleged damages are speculative, and Plaintiff did not actually incur and/or are not likely to incur these damages.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's alleged damages, if any, are limited by the coverage limits set forth in the Policy.

## <u>NINTH AFFIRMATIVE DEFENSE</u>

Plaintiff may not recover for any damages that occurred outside the subject policy period.

## <u>TENTH AFFIRMATIVE DEFENSE</u>

Plaintiff may not recover any additional benefits under the Policy because Plaintiff failed to satisfy its duties as required under the Policy. The Policy provides, in relevant part, as follows:

**E.    PROPERTY LOSS CONDITIONS**

   **...**

   **3.    Duties In The Event Of Loss Or Damage**

   You must see that the following are done in the event of loss or damage to Covered Property:

   **a.**  Notify the police if a law may have been broken.

   **b.**  Give us prompt notice of the loss or damage. Include a description of the property involved.

   **c.**  As soon as possible, give us a description of how, when and where the loss or damage occurred.

   **d.**  Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the limit of insurance.

   **e.**  At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

   **f.**  Permit us to inspect the property and records proving the loss or damage.

   **g.**  If requested, permit us to question you under oath at such times as may be reasonably required about any matter relating to this insurance of your claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**h.** Send us a signed, sworn statement of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**i.** Cooperate with us in the investigation or settlement of the claim.

**j.** Resume all or part of your "operations" as quickly as possible.

...

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to recover from Owners because the Loss is not payable in accordance with the terms and provisions of the Policy. The Policy provides, in relevant part, as follows:

**E.   PROPERTY LOSS CONDITIONS**

...

**6.   Loss Payment**

In the event of loss or damage covered by this policy:

**a.** We will not pay you more than your financial interest in the Covered Property.

**b.** We will either:

**(1)** Pay the value of lost or damaged property, as described in paragraph d. below;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, plus any reduction in value of repaired items;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality.

**c.** We will give notice of our intentions within 30 days after we receive the sworn statement of loss.

**d.** We will determine the value of Covered Property as follows:

**(1)** At replacement cost (without deduction for depreciation), except as provided in (2) through (7) below.

    **(a)** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of you intent to do so within 180 days after the loss or damage.

    **(b)** We will not pay on a replacement cost basis for any loss or damage:

        **(i)** Until the lost or damaged property is actually repaired or replaced; and

        **(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

    **(c)** We will not pay more for loss or damage on a replacement cost basis than the least of:

        **(i)** The cost to replace, on the same premises, the lost or damaged property with other property:

            **i.** Of comparable material and quality; and

            **ii.** Used for the same purpose; or

        **(ii)** The amount you actually spend that is necessary to repair or replace the lost or damaged property.

**(2)** If the "Actual Cash Value Buildings" option applies, as shown in the Declarations, paragraph (1) above does not apply to Buildings. Instead, we will determine the value of Buildings at actual cash value.

**(3)** The following property at actual cash value:

-5-

**(a)** Used or second-hand merchandise held in storage or for sale;

**(b)** Property of others;

**(c)** Household contents, except personal property in apartments or rooms furnished by you as landlord;

**(d)** Manuscripts;

**(e)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

**(4)** Glass at the cost of replacement with safety glazing material if required by law.

**(5)** Tenants' Improvements and Betterments at:

**(a)** Replacement cost if you make repairs promptly.

**(b)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(ii)** Divide the amount determined in (i) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(c)** Nothing if others pay for repairs or replacement.

**(6)** Value Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

**(a)** Blank materials for reproducing the records; and

-6-

      **(b)**     Labor to transcribe or copy the records.

   **(7)** Applicable only to the Optional Coverages:

      **(a)**     Money at its face value; and

      **(b)**     Securities at their value at the close of business on the day the loss is discovered.

**e.**   Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.**   We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.**   We will pay for covered loss or damage within 30 days after we receive the sworn statement of loss, if:

   **(1)** You have complied with all of the terms of this policy; and

   **(2) (a)** We have reached agreement with you on the amount of loss; or

      **(b)** An appraisal award has been made.

## <u>TWELFTH AFFIRMATIVE DEFENSE</u>

Plaintiff cannot maintain a claim for replacement cost benefits against Owners because the Policy provides that Owners will pay no more than the actual cash value of the damaged dwelling unless actual repair or replacement is complete and the insureds have submitted documentation to Owners establishing that the expense has been incurred. *See Marchman v. Grange Mut. Ins. Co.*, 232 Ga. App. 481, 483 (1998).

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff is unable to recover the damages set forth in its Complaint because this amount does not reflect the reasonable cost to replace or repair the alleged damages resulting from a covered cause of loss to the Property with equivalent construction for equivalent use and to return Plaintiff to its pre-loss condition.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff may not recover from Owners under the Policy because Plaintiff failed to satisfy the conditions precedent to recovery. The Policy provides, in relevant part, as follows:

**E.     PROPERTY LOSS CONDITIONS**

**...**

**4.     Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

**a.** There has been full compliance with all of the terms of this insurance; and

**b.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to recover for all of the purported damage to the Property asserted in the Complaint because not all of said purported damage resulted from a covered peril and the cause of the diminished condition of the Property, if any, is excluded under the Policy. To wit, the Policy provides, in relevant part, as follows:

**A.     COVERAGE**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

...

**B.    EXCLUSIONS**

...

2.    We will not pay for loss or damage caused by or resulting from the following:

...

**d.  Maintenance Types of Loss:**

(1) Wear and tear;

(2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Setting, cracking, shrinking or expansion;

(5) Insects, birds, rodents or other animals;

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force; ...

...

3.    We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damaged by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

...

**c.   Negligent Work:** Faulty, inadequate or defective:

...

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

## SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff may not recover damages from Owners under the Policy and applicable Georgia law because any alleged loss in excess of the Policy's deductible is excluded and not an insured loss under the terms and conditions of the Policy which provides, in relevant part, as follows:

**D.     DEDUCTIBLES**

**1.**     We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

**...**

## SEVENTEENTH AFFIRMATIVE DEFENSE

Owners is not liable to Plaintiff because Plaintiff failed to properly mitigate its damages.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiff is estopped from recovering from Owners benefits related to any exaggerated or exacerbated damages to the Property due to Plaintiff's failure to mitigate its damages or protect the Property as required by the Policy.

## NINETEENTH AFFIRMATIVE DEFENSE

The facts and circumstances forming the basis of Plaintiff's Complaint were brought about by, and as a result of, Plaintiff's conduct for which there is no coverage under the Policy, and Plaintiff is therefore estopped or precluded from recovery.

## TWENTIETH AFFIRMATIVE DEFENSE

No act or omission on the part of Owners caused or contributed to any of the alleged injuries or damages claimed by Plaintiff and, therefore, Plaintiff is not entitled to recover from Owners.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

To the extent Plaintiff attempts to impose duties upon Owners aside from those set forth in the Policy, Plaintiff's claims fail in both fact and law. Georgia law does not impose extra-contractual duties on insurers or their adjusters when adjusting claims asserted by insureds. Moreover, at all times relevant hereto, Owners has acted in good faith and in accordance with the terms and conditions of the Policy.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver and estoppel.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

Plaintiff is not entitled to recover under the Policy as the Property did not sustain any accidental direct physical losses in excess of the policy deductible so as to trigger coverage under the Policy.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

To the extent Plaintiff seeks to establish a cause of action against Owners based on the provisions of Georgia's Unfair Claims Settlement Practices Act contained in O.C.G.A. § 33-6-34, Plaintiff fails to state a claim upon which relief could be granted. By its express terms, the Unfair Claims Settlement Practices Act does not create a private cause of action. O.C.G.A. § 33-6-37.

-11-

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

Owners expressly reserves the right to assert any and all affirmative defense(s) and matter(s) in avoidance as may be disclosed during the course of additional investigation and discovery. Subject to and without waiving any of their other respective rights, jurisdictional or legal defenses, or objections, Owners responds to the specific allegations contained in the individual and enumerated paragraphs of the Complaint as follows:

## PARTIES

1.

Upon information and belief, Owners admits that Plaintiff is a Georgia corporation with its principal place of business in the State of Georgia.

2.

Owners admits the allegations in Paragraph 2 of the Complaint, in part. Owners admits that it maintains a registered agent in Gwinnett County, Georgia. Owners responds further that it is incorporated in the State of Ohio, and that it has its principal place of business is in Lansing, Michigan. Owners admits that it is not a citizen of the State of Georgia. Owners denies all remaining allegations in Paragraph 2.

## JURISDICTION AND VENUE

1.[1]

In response to the allegations contained in Paragraph 1 of the Complaint, Owners states that it does not dispute the personal or subject matter jurisdiction of this Court.

---

[1] Despite being the 3rd Paragraph of Plaintiff's Complaint, said Paragraph is labeled in the Complaint as Paragraph 1 and continues sequentially therefrom. This Answer reflects the numbering as contained in the Complaint.

2.

In response to the allegations contained in Paragraph 2 of the Complaint, Owners states that it does not dispute venue in this Court.

3.

In response to the allegations contained in Paragraph 3 of the Complaint, Owners responds that the Policy speaks for itself, and it denies all allegations contained in Paragraph 3 of the Complaint that are in direct contravention of the express language of the Policy.

**THE POLICY**

4.

In response to the allegations contained in Paragraph 4 of the Complaint, Owners responds that the Policy speaks for itself, and it denies all allegations contained in Paragraph 4 of the Complaint that are in direct contravention of the express language of the Policy. Owners responds further that it will produce a complete and certified copy of the Policy in this matter. Except as otherwise herein admitted, all remaining allegations contained in Paragraph  4 of Plaintiff's Complaint are denied.

5.

In response to the allegations contained in Paragraph 5 of the Complaint, Owners responds that the Policy speaks for itself, and it denies all allegations contained in Paragraph 5 of the Complaint that are in direct contravention of the express language of the Policy. Owners admits that the Property is insured under the Policy, subject to all terms, conditions, and exclusions contained within the Policy and applicable Georgia law. Except as otherwise herein admitted, all remaining allegations contained in Paragraph  5 of Plaintiff's Complaint are denied. Owners denies that the Policy affords coverage for personal property.

-13-

6.

In response to the allegations contained in Paragraph 6 of the Complaint, Owners responds that the Policy speaks for itself, and it denies all allegations contained in Paragraph 6 of the Complaint that are in direct contravention of the express language of the Policy. Owners admits that the Property is insured under the Policy, subject to all terms, conditions, and exclusions contained within the Policy and applicable Georgia law. Except as otherwise herein admitted, all remaining allegations contained in Paragraph 6 of Plaintiff's Complaint are denied. Owners denies that all coverages afforded under the Policy are "all perils" coverage and denies that the Policy affords coverage for personal property. Owners denies that the Policy provides unfettered and/or unrestricted coverage for the Property.

7.

In response to the allegations contained in Paragraph 7 of the Complaint, Owners responds that the Policy speaks for itself, and it denies all allegations contained in Paragraph 7 of the Complaint that are in direct contravention to the express language of the Policy. Owners admits that the Property is insured under the Policy, subject to all terms, conditions, and exclusions contained within the Policy and applicable Georgia law. Except as otherwise herein admitted, all remaining allegations contained in Paragraph 7 of Plaintiff's Complaint are denied.

**<u>SUDDEN AND ACCIDENTAL DAMAGE TO THE INSURED PROPERTY</u>**

8.

In response to Paragraph 8 of the Complaint, Owners cannot admit or deny when any loss occurred or the remaining allegations contained in Paragraph 8 and, thus, it denies the same.

9.

Owners admits only that it assigned an adjuster to investigate Plaintiff's claim for purported loss. Owners denies the remaining allegations contained in Paragraph 9 of the Complaint.

10.

Owners admits only that Plaintiff made its property available to Owners to inspect and investigate the purported damages. Owners denies that Plaintiff fully cooperated with Owners and all remaining allegations contained in Paragraph 10 of the Complaint.

11.

Owners admits only that an independent adjuster, acting on its behalf, performed a site inspection of the Property. All remaining allegations in Paragraph 11 of the Complaint are denied.

12.

In response to the allegations contained in Paragraph 12 of the Complaint, Owners admits only that its representative investigated aspects of the purported loss. Owners denies all remaining allegations contained in Paragraph 12 of the Complaint.

13.

In response to the allegations contained in Paragraph 13 of the Complaint, Owners admits that Plaintiff's deductible for a covered loss under the Policy is $5,000.00 per occurrence. Owners further admits that Exhibit "B" to the Complaint is a true and correct copy of Owners' estimate dated July 25, 2022, which reflects Owners' evaluation of the scope of covered damage and the cost to repair that damage. Owners denies all remaining allegations in Paragraph 13 of the Complaint.

14.

Owners denies the allegations contained in Paragraph 14 of the Complaint.

15.

In response to the allegations contained in Paragraph 15 of the Complaint, Owners admits only that it received the written communication requesting payment attached as Exhibit "C" to the Complaint. Owners denies all remaining allegations in Paragraph 15 of the Complaint including, but not limited to, any allegations that this was a valid demand pursuant to O.C.G.A. 33-4-6 or any other statute.

16.

In response to the allegations contained in Paragraph 16 of the Complaint, Owners responds that Exhibit "C" to the Complaint speaks for itself, and it denies all remaining allegations contained in Paragraph 16 of the Complaint. Owners denies that this document was a timely and valid bad faith demand pursuant to O.C.G.A. 33-4-6 or any other statute.

17.

Owners denies the allegations contained in Paragraph 17 of the Complaint.

18.

Owners denies the allegations contained in Paragraph 18 of the Complaint.

19.

Owners denies the allegations contained in Paragraph 19 of the Complaint.

20.

Owners denies the allegations contained in Paragraph 20 of the Complaint.

## COUNT I – BREACH OF CONTRACT

### 21.

To the extent a response is required to the allegations contained in Paragraph 21 of the Complaint, Owners hereby incorporates by reference its responses to Paragraphs 1 through 20 as if each were fully set forth herein.

### 22.

Owners denies the allegations contained in Paragraph 22 of the Complaint.

### 23.

In response to the allegations contained in Paragraph 23 of Plaintiff's Complaint, Owners admits only that the Policy speaks for itself and denies all allegations contained in the Policy in direct contravention thereto. Except as otherwise herein admitted, all remaining allegations contained in Paragraph 23 are denied.

### 24.

Owners denies the allegations contained in Paragraph 24 of the Complaint.

### 25.

Owners denies the allegations contained in Paragraph 25 of the Complaint.

### 26.

Owners denies the allegations contained in Paragraph 26 of the Complaint.

### 27.

Owners denies the allegations contained in Paragraph 27 of the Complaint.

### 28.

Owners denies the allegations contained in Paragraph 28 of the Complaint.

29.

Paragraph 29 of the Complaint does not contain allegations that require a response from Owners, but Owners denies the relief sought and any allegations relied upon in seeking such relief.

## COUNT II:  BAD FAITH PURSUANT TO O.C.G.A. § 33-4-6

30.

To the extent a response is required to the allegations contained in Paragraph 30 of the Complaint, Owners hereby incorporates by reference its responses to Paragraphs 1 through 29 as if each were fully set forth herein.

31.

Owners denies the allegations contained in Paragraph 31 of the Complaint.

32.

Owners denies the allegations contained in Paragraph 32 of the Complaint.

33.

Owners denies the allegations contained in Paragraph 33, including all subparts, of the Complaint.

34.

Owners denies the allegations contained in Paragraph 34 of the Complaint.

35.

Owners denies the allegations contained in Paragraph 35 of the Complaint.

36.

Owners denies the allegations contained in Paragraph 36 of the Complaint.

37.

Owners denies the allegations contained in Paragraph 37 of the Complaint.

38.

Paragraph 38 of the Complaint does not contain allegations that require a response from Owners, but Owners denies the relief sought and any allegations relied upon in seeking such relief.

## DEMAND FOR JURY TRIAL

39.

Paragraph 39 of the Complaint does not contain allegations that require a response from Owners, but Owners denies the relief sought and any allegations relied upon in seeking such relief.

## PRAYER FOR RELIEF

40.

Owners denies the allegations contained in Paragraph 40 of the Complaint, including all subparts.

41.

Owners denies each and every remaining allegation contained in the Complaint not specifically admitted herein, including all of Plaintiff's requests for relief.

WHEREFORE, Owners requests that the following relief be granted:

a)      That Plaintiff's Complaint be dismissed with prejudice;

b)      That Owners be awarded assessments, interest, and late charges, in amounts to be proven at trial;

c)      That Owners be awarded its reasonable attorneys' fees and costs incurred in

asserting its rights through this action;

d)      That Owners be awarded such other and further relief as this Court deems just and

proper.

This 4th day of November, 2022.

Respectfully submitted,

**SWIFT, CURRIE, McGHEE & HIERS**

*/s/ Jessica M. Phillips*
Jessica M. Phillips, Esq.
Georgia Bar No. 922902
Kyle A. Ference, Esq.
Georgia Bar No. 683043
*Attorneys for Owners Insurance Company*

1420 Peachtree Street, NE
Suite 800
Atlanta, GA  30309
OFF: (404) 874-8800
FAX: (404) 888-6199
jessica.phillips@swiftcurrie.com
kyle.ference@swiftcurrie.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify I have this day electronically filed the foregoing **OWNERS INSURANCE COMPANY'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT** with the Clerk of Court via the Odyssey eFile GA e-filing system, which will send automatic notification to the following:

J. Remington Huggins, Esq.
Michael D. Turner, Esq.
Foster L. Peebles, Esq.
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, Georgia 30075
remington@lawhuggins.com
mdturner@lawhuggins.com
fpeebles@lawhuggins.com
*Attorneys for Plaintiff*

This 4th day of November, 2022.

Respectfully submitted,

**SWIFT, CURRIE, McGHEE & HIERS**

*/s/ Jessica M. Phillips*
Jessica M. Phillips, Esq.
Georgia Bar No. 922902
Kyle A. Ference, Esq.
Georgia Bar No. 683043
*Attorneys for Owners Insurance Company*

1420 Peachtree Street, NE
Suite 800
Atlanta, GA  30309
OFF: (404) 874-8800
FAX: (404) 888-6199
jessica.phillips@swiftcurrie.com
kyle.ference@swiftcurrie.com