IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE CROSSING AT THREE BRIDGES CONDOMINIUM ASSOCATION, INC. D/B/A THE CROSSING AT THREE BRIDGES CONDOMINIUM ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>OWNERS INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | CIVIL ACTION<br>FILE NO. 1:22-cv-04418-ELR<br><br>[On removal from the Superior Court of Gwinnett County, Georgia, Civil Action File No. 22-A-03729-4] |

## NOTICE OF SETTLEMENT

COME NOW Plaintiff, THE CROSSING AT THREE BRIDGES CONDOMINIUM ASSOCIATION, INC. D/B/A THE CROSSING AT THREE BRIDGES CONDOMINIUM ASSOCIATION and Defendant, OWNERS INSURANCE COMPANY, through their undersigned counsel of record, and notify the Court that the above-styled lawsuit has been settled. The parties will submit a stipulation of dismissal with prejudice upon completion of the settlement which the parties anticipate to occur within 30 days.

This 21st day of December, 2023.

Respectfully submitted,

**SWIFT, CURRIE, MCGHEE, & HIERS, LLP**

*/s/ Taylor C. Gore*

Jessica M. Phillips
Georgia Bar No.: 922902
Taylor C. Gore
Georgia Bar No.: 205817
*Attorneys for Defendant*

1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309
Jessica.phillips@swiftcurrie.com
Taylor.gore@swiftcurrie.com

**THE HUGGINS LAW FIRM**

*/s/ J. Remington Huggins*
**(signed *with express permission by Taylor C. Gore*)**
J. Remington Huggins
Georgia Bar No.:348736
Michael D. Turner
Georgia Bar No.: 216414
Foster L. Peebles
Georgia Bar No.: 410852
*Attorneys for Plaintiff*

110 Norcross Street
Roswell, GA 30075
remington@lawhuggins.com
mdturner@lawhuggins.com
fpeebles@lawhuggins.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing **NOTICE OF SETTLEMENT** upon all parties to this matter by e-filing same using the CM/ECF System which will automatically send email notification of said filing to the following attorneys of record:

J. Remington Huggins, Esq.
Michael D. Turner, Esq.
Foster L. Peebles, Esq.
THE HUGGINS LAW FIRM
110 Norcross Street
Roswell, GA  30075
remington@lawhuggins.com
mdturner@lawhuggins.com
fpeebles@lawhuggins.com
*Attorneys for Plaintiff*

This 21st day of December, 2023.

Respectfully submitted,

**SWIFT, CURRIE, MCGHEE, & HIERS, LLP**

*/s/ Taylor C. Gore*
Jessica M. Phillips
Georgia Bar No.:  922902
Taylor C. Gore
Georgia Bar No.: 205817
*Attorneys for Defendant*

1420 Peachtree Street, NE
Suite 800
Atlanta, GA  30309
Office: (404) 874-8800

- 4 -

Jessica.phillips@swiftcurrie.com
Taylor.gore@swiftcurrie.com

4869-6742-3639, v. 1